5/30/2017 11:28:33 PM
Chris Daniel - District Clerk Harris County
Envelope No. 17322866
By: Justina Lemon
Filed: 5/30/2017 11:28:33 PM

# CIVIL PROCESS REQUEST

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** 2016-87708      **CURRENT COURT:** 113th District Court of Harris County

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Original Counterclaim and Third Party Petition of Royce Hassell

**FILE DATE OF MOTION:** 5/19/2017
                              Month/    Day/    Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**1. NAME:** Michael Hassell
   **ADDRESS:** c/o Hassell Management Services, 12211 Duncan Road, Houston, Tx.  77066
   **AGENT,** (*if applicable*):

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____
- ☐ **MAIL**
- ☒ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
   Type of Publication:
   - ☐ **COURTHOUSE DOOR, or**
   - ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **CONSTABLE**
- ☐ **OTHER,** *explain*

*********************************************************************************************

**2. NAME:** Trustee of James C. Hassell Intervivos Trust
   **ADDRESS:** c/o Hassell Management Services, 12211 Duncan Road, Houston, Tx.  77066
   **AGENT,** (*if applicable*): Michael Hassell

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____
- ☐ **MAIL**
- ☒ **CERTIFIED MAIL**
- ☐ **CONSTABLE**
- ☐ **PUBLICATION:**
   Type of Publication:
   - ☐ **COURTHOUSE DOOR, or**
   - ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** *explain*

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

**NAME:** Deanna Willson                              **TEXAS BAR NO./ID NO.** 24092759
**MAILING ADDRESS:** 600 Travis St., Houston, Tx.  77002
**PHONE NUMBER:** 713  226-1467          **FAX NUMBER:** 713  229-2582
                  area code  phone number                    area code  fax number
**EMAIL ADDRESS:** deanna.willson@lockelord.com

CIVCI08 Revised 9/3/99

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

| INSTRUMENTS TO BE SERVED: | PROCESS TYPES: |
|---|---|
| (Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.) | |
| | NON WRIT: |
| ORIGINAL PETITION | CITATION |
| _____ AMENDED PETITION | ALIAS CITATION |
| _____ SUPPLEMENTAL PETITION | PLURIES CITATION |
| | SECRETARY OF STATE CITATION |
| | COMMISSIONER OF INSURANCE |
| COUNTERCLAIM | HIGHWAY COMMISSIONER |
| _____ AMENDED COUNTERCLAIM | CITATION BY PUBLICATION |
| _____ SUPPLEMENTAL COUNTERCLAIM | NOTICE |
| | SHORT FORM NOTICE |
| CROSS-ACTION: | |
| _____ AMENDED CROSS-ACTION | PRECEPT (SHOW CAUSE) |
| _____ SUPPLEMENTAL CROSS-ACTION | RULE 106 SERVICE |
| THIRD-PARTY PETITION: | SUBPOENA |
| _____ AMENDED THIRD-PARTY PETITION | |
| _____ SUPPLEMENTAL THIRD-PARTY PETITION | WRITS: |
| | ATTACHMENT (PROPERTY) |
| INTERVENTION: | ATACHMENT (WITNESS) |
| _____ AMENDED INTERVENTION | ATTACHMENT (PERSON) |
| _____ SUPPLEMENTAL INTERVENTION | |
| INTERPLEADER | CERTIORARI |
| _____ AMENDED INTERPLEADER | |
| _____ SUPPLEMENTAL INTERPLEADER | EXECUTION |
| | EXECUTION AND ORDER OF SALE |
| | GARNISHMENT BEFORE JUDGMENT |
| INJUNCTION | GARNISHMENT AFTER JUDGMENT |
| MOTION TO MODIFY | |
| | HABEAS CORPUS |
| SHOW CAUSE ORDER | INJUNCTION |
| TEMPORARY RESTRAINING ORDER | TEMPORARY RESTRAINING ORDER |
| | PROTECTIVE ORDER (FAMILY CODE) |
| | PROTECTIVE ORDER (CIVIL CODE) |
| BILL OF DISCOVERY: | |
| ORDER TO: _____ | POSSESSION (PERSON) |
| (specify) | POSSESSION (PROPERTY) |
| MOTION TO: _____ | |
| (specify) | |
| | SCIRE FACIAS |
| | SEQUESTRATION |
| | SUPERSEDEAS |

5/30/2017 11:28:33 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 17322866
By: LEMON, JUSTINA V
Filed: 5/30/2017 11:28:33 PM

# CIVIL PROCESS REQUEST

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** 2016-87708

**CURRENT COURT:** 113th District Court of Harris County

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Original Counterclaim and Third Party Petition of Royce Hassell

**FILE DATE OF MOTION:** 5/19/2017
 Month/ Day/ Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**1. NAME:** Phillip Hassell
   **ADDRESS:** c/o Hassell Management Services, 12211 Duncan Road, Houston, Tx. 77066
   **AGENT,** (*if applicable*):

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**
- ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____
- ☐ **MAIL**
- ☒ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
   Type of Publication:
   - ☐ **COURTHOUSE DOOR, or**
   - ☐ **NEWSPAPER OF YOUR CHOICE:**
- ☐ **OTHER,** *explain*

*******************************************************************************************

**2. NAME:** Shawn Hassell Potts
   **ADDRESS:** c/o Hassell Management Services, 12211 Duncan Road, Houston, Tx. 77066
   **AGENT,** (*if applicable*):

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**
- ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____
- ☐ **MAIL**
- ☒ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
   Type of Publication:
   - ☐ **COURTHOUSE DOOR, or**
   - ☐ **NEWSPAPER OF YOUR CHOICE:**
- ☐ **OTHER,** *explain*

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

**NAME:** Deanna Willson   **TEXAS BAR NO./ID NO.** 24092759
**MAILING ADDRESS:** 600 Travis St., Houston, Tx.  77002
**PHONE NUMBER:** 713  226-1467   **FAX NUMBER:** 713  229-2582
 area code   phone number   area code   fax number
**EMAIL ADDRESS:** deanna.willson@lockelord.com

Page 1 of 2

CIVCI08 Revised 9/3/99

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

| INSTRUMENTS TO BE SERVED: | PROCESS TYPES: |
|---|---|
| (Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.) | |
| | NON WRIT: |
| ORIGINAL PETITION | CITATION |
| _____ AMENDED PETITION | ALIAS CITATION |
| _____ SUPPLEMENTAL PETITION | PLURIES CITATION |
| | SECRETARY OF STATE CITATION |
| | COMMISSIONER OF INSURANCE |
| COUNTERCLAIM | HIGHWAY COMMISSIONER |
| _____ AMENDED COUNTERCLAIM | CITATION BY PUBLICATION |
| _____ SUPPLEMENTAL COUNTERCLAIM | NOTICE |
| | SHORT FORM NOTICE |
| CROSS-ACTION: | |
| _____ AMENDED CROSS-ACTION | PRECEPT (SHOW CAUSE) |
| _____ SUPPLEMENTAL CROSS-ACTION | RULE 106 SERVICE |
| THIRD-PARTY PETITION: | SUBPOENA |
| _____ AMENDED THIRD-PARTY PETITION | |
| _____ SUPPLEMENTAL THIRD-PARTY PETITION | WRITS: |
| | ATTACHMENT (PROPERTY) |
| INTERVENTION: | ATACHMENT (WITNESS) |
| _____ AMENDED INTERVENTION | ATTACHMENT (PERSON) |
| _____ SUPPLEMENTAL INTERVENTION | |
| INTERPLEADER | CERTIORARI |
| _____ AMENDED INTERPLEADER | |
| _____ SUPPLEMENTAL INTERPLEADER | EXECUTION |
| | EXECUTION AND ORDER OF SALE |
| | GARNISHMENT BEFORE JUDGMENT |
| INJUNCTION | GARNISHMENT AFTER JUDGMENT |
| MOTION TO MODIFY | |
| | HABEAS CORPUS |
| SHOW CAUSE ORDER | INJUNCTION |
| TEMPORARY RESTRAINING ORDER | TEMPORARY RESTRAINING ORDER |
| | PROTECTIVE ORDER (FAMILY CODE) |
| | PROTECTIVE ORDER (CIVIL CODE) |
| BILL OF DISCOVERY: | |
| ORDER TO: _____ | POSSESSION (PERSON) |
| (specify) | POSSESSION (PROPERTY) |
| MOTION TO: _____ | |
| (specify) | |
| | SCIRE FACIAS |
| | SEQUESTRATION |
| | SUPERSEDEAS |

Case 19-03452   Document 1-3   Filed in TXSB on 05/03/19   Page 5 of 16

1/30/2018 9:02 AM
Chris Daniel - District Clerk Harris County
Envelope No. 22150812
By: janel gutierrez
Filed: 1/30/2018 9:02 AM

# RENTEA & ASSOCIATES

### Attorneys At Law

700 Lavaca, Suite 1400-2678
Austin, Texas 78701

Tel. (512) 472-6291
Fax (512) 472-6278
Email: brentea@rentealaw.com

**Bogdan Rentea***
*\*Board Certified Administrative Law*
*Texas Board of Legal Specialization*

January 30, 2018

<u>Via Electronic-Filing</u>
Chris Daniel, District Clerk
Harris County Courthouse
P.O. Box 4651
Houston, Texas 77210

Re: Cause No. 2016-87708; Hassell Construction Company, Inc. v. Royce Hassell and Silvia Hassell; 113th Judicial District Court of Harris County, Texas

Dear Clerk:

Please be advised that the following is my vacation schedule for 2018:

July 1-10. 2018
November 19-28, 2018

I respectfully request that no hearings, trials, pre-trials, arbitrations, mediations, or the like be scheduled in any cases pending in your courts, and that counsel not set any matters for deposition, inspections, and like matters requiring my presence.

Please file this document in the Court's file for the above-referenced cause. This vacation letter has been copied to all counsel of record via *e-file*.

Sincerely,

*/s/ Bogdan Rentea*

Bogdan Rentea

BR/ch

cc: All Counsel of Record via e-file

Case 19-03452   Document 1-3   Filed in TXSB on 05/03/19   Page 6 of 16

2/2/2018 1:44 PM
Chris Daniel - District Clerk Harris County
Envelope No. 22261184
By: Jacob Blessing
Filed: 2/2/2018 1:44 PM

## CIVIL PROCESS REQUEST

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** 2016-87708

**CURRENT COURT:** 113th District Court of Harris County

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Original Counterclaim and Third Party Petition of Royce Hassell

**FILE DATE OF MOTION:** 5/19/2017
Month/   Day/   Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**1. NAME:** Michael Hassell
**ADDRESS:** c/o Hassell Management Services, 12211 Duncan Road, Houston, Tx.  77066
**AGENT,** (*if applicable*):

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

**SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP**
- [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up:           Phone:
- [ ] **MAIL**
- [x] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
    Type of Publication:
    - [ ] **COURTHOUSE DOOR, or**
    - [ ] **NEWSPAPER OF YOUR CHOICE:**
- [ ] **OTHER**, *explain*

*************************************************************************************************

**2. NAME:** Trustee of James C. Hassell Intervivos Trust
**ADDRESS:** c/o Hassell Management Services, 12211 Duncan Road, Houston, Tx.  77066
**AGENT,** (*if applicable*): Michael Hassell

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

**SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP**
- [ ] **CONSTABLE**
- [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up:           Phone:
- [ ] **MAIL**
- [x] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
    Type of Publication:
    - [ ] **COURTHOUSE DOOR, or**
    - [ ] **NEWSPAPER OF YOUR CHOICE:**
- [ ] **OTHER**, *explain*

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
**NAME:** Deanna Willson
**TEXAS BAR NO./ID NO.** 24092759
**MAILING ADDRESS:** Locke Lord, 600 Travis St., Suite 2800, Houston, Tx.  77002
**PHONE NUMBER:** 713  226-1467
    area code    phone number
**FAX NUMBER:** 713  229-2582
    area code    fax number
**EMAIL ADDRESS:** deanna.willson@lockelord.com

Page 1 of 2

CIVCI08 Revised 9/3/99

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.  SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

| INSTRUMENTS TO BE SERVED: | PROCESS TYPES: |
|---|---|
| (Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.) | |
| | NON WRIT: |
| ORIGINAL PETITION | (CITATION) |
| _____ AMENDED PETITION | ALIAS CITATION |
| _____ SUPPLEMENTAL PETITION | PLURIES CITATION |
| | SECRETARY OF STATE CITATION |
| | COMMISSIONER OF INSURANCE |
| (COUNTERCLAIM) | HIGHWAY COMMISSIONER |
| _____ AMENDED COUNTERCLAIM | CITATION BY PUBLICATION |
| _____ SUPPLEMENTAL COUNTERCLAIM | NOTICE |
| | SHORT FORM NOTICE |
| CROSS-ACTION: | |
| _____ AMENDED CROSS-ACTION | PRECEPT (SHOW CAUSE) |
| _____ SUPPLEMENTAL CROSS-ACTION | RULE 106 SERVICE |
| | |
| | SUBPOENA |
| (THIRD-PARTY PETITION:) | |
| _____ AMENDED THIRD-PARTY PETITION | WRITS: |
| _____ SUPPLEMENTAL THIRD-PARTY PETITION | ATTACHMENT (PROPERTY) |
| | ATACHMENT (WITNESS) |
| INTERVENTION: | ATTACHMENT (PERSON) |
| _____ AMENDED INTERVENTION | |
| _____ SUPPLEMENTAL INTERVENTION | |
| | |
| INTERPLEADER | CERTIORARI |
| _____ AMENDED INTERPLEADER | |
| _____ SUPPLEMENTAL INTERPLEADER | EXECUTION |
| | EXECUTION AND ORDER OF SALE |
| | |
| | GARNISHMENT BEFORE JUDGMENT |
| INJUNCTION | GARNISHMENT AFTER JUDGMENT |
| MOTION TO MODIFY | |
| | HABEAS CORPUS |
| SHOW CAUSE ORDER | INJUNCTION |
| TEMPORARY RESTRAINING ORDER | TEMPORARY RESTRAINING ORDER |
| | |
| | PROTECTIVE ORDER (FAMILY CODE) |
| | PROTECTIVE ORDER (CIVIL CODE) |
| BILL OF DISCOVERY: | |
| ORDER TO: _____ | POSSESSION (PERSON) |
| (specify) | POSSESSION (PROPERTY) |
| MOTION TO: _____ | |
| (specify) | |
| | SCIRE FACIAS |
| | SEQUESTRATION |
| | SUPERSEDEAS |

Note box (next to THIRD-PARTY PETITION area): "Original Counterclaim and Third Party Petition of Royce Hassell — Only 1 Instrument to be served"

2/2/2018 1:44:38 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 22261184
By: BLESSING, JACOB K
Filed: 2/2/2018 1:44:38 PM

## CIVIL PROCESS REQUEST

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** 2016-87708

**CURRENT COURT:** 113th District Court of Harris County

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Original Counterclaim and Third Party Petition of Royce Hassell

**FILE DATE OF MOTION:** 5/19/2017
Month/ Day/ Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**1. NAME:** Phillip Hassell
**ADDRESS:** c/o Hassell Management Services, 12211 Duncan Road, Houston, Tx. 77066
**AGENT,** (*if applicable*):

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

**SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP**
- [ ] **CONSTABLE**
- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- [ ] **MAIL**
- [x] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
  Type of Publication:
  - [ ] **COURTHOUSE DOOR, or**
  - [ ] **NEWSPAPER OF YOUR CHOICE:**
- [ ] **OTHER**, *explain*

*******************************************************************************************

**2. NAME:** Shawn Hassell Potts
**ADDRESS:** c/o Hassell Management Services, 12211 Duncan Road, Houston, Tx. 77066
**AGENT,** (*if applicable*):

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

**SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP**
- [ ] **CONSTABLE**
- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- [ ] **MAIL**
- [x] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
  Type of Publication:
  - [ ] **COURTHOUSE DOOR, or**
  - [ ] **NEWSPAPER OF YOUR CHOICE:**
- [ ] **OTHER**, *explain*

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
**NAME:** Deanna Willson    **TEXAS BAR NO./ID NO.** 24092759
**MAILING ADDRESS:** Locke Lord, 600 Travis St., Suite 2800, Houston, Tx. 77002
**PHONE NUMBER:** 713  226-1467    **FAX NUMBER:** 713  229-2582
  area code  phone number        area code  fax number
**EMAIL ADDRESS:** deanna.willson@lockelord.com

CIVCI08 Revised 9/3/99

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.  SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____    AMENDED PETITION
_____    SUPPLEMENTAL PETITION

COUNTERCLAIM
_____    AMENDED COUNTERCLAIM
_____    SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____    AMENDED CROSS-ACTION
_____    SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____    AMENDED THIRD-PARTY PETITION
_____    SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____    AMENDED INTERVENTION
_____    SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____    AMENDED INTERPLEADER
_____    SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                        (specify)
    MOTION TO: _____
                        (specify)

Original Counterclaim and Third Party Petition of Royce Hassell

Only 1 Instrument to be served

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

2/20/2018 12:52 PM
Chris Daniel - District Clerk Harris County
Envelope No. 22636983
By: Jacob Blessing
Filed: 2/20/2018 12:52 PM



2800 JPMorgan Chase Tower, 600 Travis
Houston, TX 77002
Telephone: 713-226-1200
Fax: 713-223-3717
www.lockelord.com

Deanna Markowitz Willson
Direct Telephone: 713-226-1467
Direct Fax: 713-229-2582
deanna.willson@lockelord.com

February 20, 2018

Harris County District Clerk
Civil Intake
3012 Fannin St.
Houston, TX 77004

Re:  Cause No. 2016-87708; *Hassell Construction Co., Inc. v. Royce Hassell and Silvia Hassell*;
     In the 113th District Court of Harris County, Texas

Dear Sir/Madam:

Per my assistant Santa Garcia's conversation with Regina of your office, we are making payment of $81.00 to cover the filing fee for the Third Party Petition filed on May 19, 2017. This should allow your office to proceed with processing of the service requests filed on February 2, 2018 under Reference No. 22261184.

Thank you for your assistance. If you have any questions, please call me at (713) 226-1467.

Regards,

*Deanna Marie Willson*

Deanna Willson
For the Firm

Enclosure

7016 0600 0001 0813 7329

CAUSE NO. 201687708

P-2

RECEIPT NO.                                     75.00      CTM
\*\*\*\*\*\*\*\*\*\*                    TR # 73465521

PLAINTIFF: HASSELL CONSTRUCTION COMPANY INC            In The   113th
     vs.                                                                  Judicial District Court
DEFENDANT: HASSELL, ROYCE                                 of Harris County, Texas
                                                                              113TH DISTRICT COURT
                                                                             Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: POTTS, SHAWN HASSELL
    C/O HASSELL MANAGEMENT SERVICES
    OR WHEREVER SHE MAY BE FOUND

    12211   DUNCAN ROAD    HOUSTON   TX   77066

    Attached is a copy of ORIGINAL COUNTERCLAIM AND THIRD PARTY PETITION

This instrument was filed on the 19th day of May, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 21st day of February, 2018, under my hand and
seal of said Court.

Issued at request of:                                       CHRIS DANIEL, District Clerk
WILLSON, DEANNA MARKOWITZ                           Harris County, Texas
600   TRAVIS SUITE 2800                             201 Caroline, Houston, Texas 77002
HOUSTON, TX   77002                                   (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 226-1467
Bar No.: 24092759                                       Generated By: ALEXANDER, RAYSHANA D  FEJ//10886971

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
ORIGINAL COUNTERCLAIM AND THIRD PARTY PETITION
to the following addressee at address:

_____
_____                 ADDRESS

                                          Service was executed in accordance with Rule 106
(a) ADDRESSEE                                  (2) TRCP, upon the Defendant as evidenced by the
                                              return receipt incorporated herein and attached
                                              hereto at
_____

                                              on _____ day of _____, _____
                                              by U.S. Postal delivery to _____
                                              _____

                                              This citation was not executed for the following
                                              reason: _____

                                              CHRIS DANIEL, District Clerk
                                              Harris County, TEXAS

                                              By _____, Deputy

N.INT.CITM.P                           \*73465521\*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

7016 0600 0001 0813 7329

CAUSE NO. 201687708

RECEIPT NO.                                            75.00       CTM
        **********                          TR # 73465521

PLAINTIFF: HASSELL CONSTRUCTION COMPANY INC           In The    113th
        vs.                                                          Judicial District Court
DEFENDANT: HASSELL, ROYCE                           of Harris County, Texas
                                                                         113TH DISTRICT COURT
                                                                         Houston, TX

CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: POTTS, SHAWN HASSELL
    C/O HASSELL MANAGEMENT SERVICES
    OR WHEREVER SHE MAY BE FOUND

    12211   DUNCAN ROAD    HOUSTON   TX   77066

Attached is a copy of <u>ORIGINAL COUNTERCLAIM AND THIRD PARTY PETITION</u>

This instrument was filed on the <u>19th day of May, 2017</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

      This citation was issued on 21st day of February, 2018, under my hand and
seal of said Court.



                                                                            Chris Daniel

<u>Issued at request of</u>:                                          CHRIS DANIEL, District Clerk
WILLSON, DEANNA MARKOWITZ                           Harris County, Texas
600   TRAVIS SUITE 2800                                 201 Caroline, Houston, Texas 77002
HOUSTON, TX   77002                                         (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 226-1467
<u>Bar No.</u>:   24092759                       Generated By: ALEXANDER, RAYSHANA D   FEJ//10886971

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
ORIGINAL COUNTERCLAIM AND THIRD PARTY PETITION
to the following addressee at address:

                                                         ADDRESS

                                                         Service was executed in accordance with Rule 106
(a)ADDRESSEE                                        (2) TRCP, upon the Defendant as evidenced by the
                                                                return receipt incorporated herein and attached
                                                                hereto at

                                                         on _____ day of _____, _____
                                                         by U.S. Postal delivery to _____

                                                         This citation was not executed for the following
                                                         reason: _____

                                                         CHRIS DANIEL, District Clerk
                                                         Harris County, TEXAS

                                                         By _____, Deputy

N.INT.CITM.P                                *73465521*

2016-87708



02-21-18

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2016-87708



02-21-18

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2016-87708

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | 3.35 |

2016 87708

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 1.42
Total Postage and
$ 7.62

Sent To
PHILLIP HASSELL C/O HASSELL
Street and Apt. No.
MANAGEMENT SERVICES
12211 DUNCAN ROAD
City, State, ZIP+4
HOUSTON, TX 77066

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

02-21-18

7016 0910 0000 1080 3132

**RECORDER'S MEMORANDUM**
This instrument is of poor quality at the time of imaging

2016-87708



02-21-18

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging