# EXHIBIT "H"

2011029712O
07/19/2011 RP2 $32.00

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER**

## DEED OF TRUST

**DATE:**      June 13 , 2011

**GRANTOR:**  Royce J. Hassell and Silvia T. Hassell

**GRANTOR'S MAILING ADDRESS (INCLUDING COUNTY):**

P. O. Box 20487, Houston, Harris County, Texas 77225-0487

**TRUSTEE:**   Shawn Potts, Trustee

**TRUSTEE'S MAILING ADDRESS (INCLUDING COUNTY):**

25034 Huffsmith Cemetery Road, Tomball Texas 77375

**BENEFICIARY:**     Vista Bank

**BENEFICIARY'S MAILING ADDRESS (INCLUDING COUNTY):**

14561 Northwest Freeway, Houston, Harris County, Texas 77040

**INSTRUMENT SECURED:**

James C. Hassell's obligation as a guarantor to pay any principal, interest or other amount based upon any funds received by R. Hassell under that certain Line of Credit between Jim Hassell , as Borrower, and Vista Bank, as Lender (and any amendments, extensions, renewals, substitutions, modifications, and supplements) in an amount never to exceed the principal amount of $2,500,000 plus any accrued interest thereon (the "Obligation").

**PROPERTY (INCLUDING ANY IMPROVEMENTS):**

This is a deed of trust lien against that certain real property located respectively at 6421 Buffalo Speedway, Houston, Harris County, Texas and more particularly described as the South Fifty Feet (S. 50') of Lots Nine (9), in Block Twelve (12), of WEST UNIVERSITY PLACE, an addition in Harris County, Texas, according to the map or plat thereof, recorded in Volume 444, Page 563 of the Official Real Property Records of Harris County, Texas. (the "Property").

This deed of trust lien is subordinate to that certain Deed of Trust, dated August 7, 2007, between Royce J. Hassell and Silvia T. Hassell, as Grantor, Daryl D. Bohls, as Trustee, and Allegiance Bank Texas, as Beneficiary, recorded at File Code 2009-0367116 of the Official Real Property Records of Harris County, Texas as modified by that certain Modification of Deed of Trust, dated August 8, 2010, between Royce J. Hassell and Silvia T. Hassell, on one hand, and Allegiance Bank Texas, as Beneficiary, on the other hand, recorded at File Code 2010-0393975 of the Official Real Property Records of Harris County, Texas.

**OTHER EXCEPTIONS TO CONVEYANCE AND WARRANTY:**

Subject to any and all valid and subsisting restrictions, easements, rights of way, mineral and royalty reservations, maintenance charges, zoning laws, ordinances of municipal and/or other governmental authorities, conditions and covenants, if any, applicable to and enforceable against the Property and property of record respectively in the office of the County Clerk of the county in which the Property is located in whole or in part.

For value received and to secure payment of the Note, Grantor conveys all right, title and interest in, to and under the Property to Trustee in trust. Grantor warrants and agrees to defend the title to the property. If Grantor performs all the covenants and there is no Event of Default under this Deed of Trust, this Deed of Trust shall have no further effect, and Beneficiary shall release it at Grantor's expense.

**GRANTOR'S OBLIGATIONS AND EVENTS OF DEFAULT:**

Grantor agrees to:

1.    keep the property in good repair and condition;

2.    pay all taxes and assessments on the property when due;

3.    preserve the respective Lien's priority as it is established in this Deed of Trust; and

4.    maintain the current insurance on the real property for the full replacement value of all improvements with Grantor as beneficiaries; and

The failure of Grantor to comply with any of the foregoing four (4) obligations after thirty (30) days written notice to comply shall constitute an Event of Default.

If (a) Grantor is in default under the Allegiance Loan, (b) Beneficiary has paid any amount under the Jim Hassell Guaranty, and (c) Grantor does not reimburse Beneficiary all such amounts

paid by Beneficiary in full after sixty (60) days written notice, then, upon the condition that all of these three events have occurred, there is an Event of Default.

**BENEFICIARY'S RIGHTS:**

    1.    Beneficiary may appoint in writing a substitute or successor trustee, succeeding to all rights and responsibilities of Trustee.

    2.    If there is an Event of Default, Beneficiary may:

        a.    request Trustee to foreclose this Lien, in which case Beneficiary or Beneficiary's agent shall give notice of the foreclosure sale as provided by the Texas Property Code as then amended; and

        b.    purchase the property at any foreclosure sale by offering the highest bid and then have the bid credited to the Note.

**TRUSTEE'S DUTIES:**

    If requested by Beneficiary to foreclose this Lien, Trustee shall:

    1.    either personally or by agent give notice of the foreclosure sale as required by the Texas Property Code as then amended;

    2.    sell and convey all or part of the property to the highest bidder for cash with a general warranty binding Grantor, subject to prior liens and to other exceptions to conveyance and warranty; and

    3.    from the proceeds of the sale, pay, in this order:

        a.    expenses of foreclosure, including a commission to Trustee of 5% of the bid;
        b.    to Beneficiary, the full amount paid by Beneficiary under the Jim Hassell Guaranty;
        c.    any amounts required by law to be paid before payment to Grantor; and
        d.    to Grantor, any balance.

**GENERAL PROVISIONS:**

    1.    If any of the Property is sold under this Deed of Trust, Grantor shall immediately surrender possession to the purchaser. If Grantor fails to do so, Grantor shall become a tenant at sufferance of the purchaser, subject to an action for forcible detainer.

    2.    Recitals in any Trustee's deed conveying the property will be presumed to be true.

3.      Proceeding under this Deed of Trust, filing suit for foreclosure, or pursuing any other remedy will not constitute an election of remedies.

4.      This lien shall remain superior to liens later created even if the time of payment of all or part of the Note is extended or part of the property is released.

5.      If there is a casualty loss which can be restored to the pre-loss condition of the Property with the proceeds from the insurance, then Grantor shall so restore the Property to the its pre-loss condition. If there is any other casualty loss or a whole or partial condemnation of the Property, then Grantor shall receive the proceeds from the insurance or the condemning authority and deposit those proceeds in a certificate of deposit with a market interest rate. Grantor grants a security interest to Beneficiary in the right to receive those proceeds, in the proceeds, and in the certificate of deposit.  Grantor agrees to sign any documents necessary to perfect this security interest and agreement. Grantor also grants a limited power of attorney to Beneficiary to sign any document necessary to perfect this security interest and agreement. The rights in this paragraph are subordinate to any respective prior deed of trust lien or vendor's lien.

6.      When context requires, singular nouns and pronouns include the plural.

7.      This Deed of Trust shall bind, inure to the benefit of, and be exercised by successors in interest of all parties.

8.      If Grantor and Maker are not the same person, the "Grantor" shall include Maker.

9.      As evidence of the discharge of Grantor's responsibility to pay all taxes and assessments and to keep said premises insured, Grantor shall deliver to any holder of the indebtedness the official receipts for said taxes and assessments before the same shall become delinquent and shall deliver to any holder of the indebtedness receipts showing said insurance premiums as having been paid in advance for each succeeding year for any and all parcels of secured property named herein.

10.      Beneficiary may remedy any Event of Default without waiving it and may waive any Event of Default without waiving any prior or subsequent Even of Default.

_____          _____
ROYCE J. HASSELL                                          SILVIA T. HASSELL

STATE OF TEXAS     §
                         §

COUNTY OF HARRIS   §

      This instrument was acknowledged before me on this ____18th____ day of June, 2011, by Royce J. Hassell.

      [NOTARY SEAL: CYNTHIA L. GROOMS NOTARY PUBLIC TEXAS COMMISSION 06-16-12]

                                       _____
                                       Notary Public -- State of Texas

STATE OF TEXAS     §
                         §

COUNTY OF HARRIS   §

      This instrument was acknowledged before me on this ___18th___ day of June, 2011, by Silvia T. Hassell.

                                       _____
                                       Notary Public -- State of Texas

**AFTER RECORDING PLEASE RETURN TO:**

    Shawn Potts
    25034 Huffsmith Cemetery Road
    Tomball, tx 77375



[NOTARY SEAL: CYNTHIA L. GROOMS NOTARY PUBLIC STATE OF TEXAS COMMISSION EXPIRES: 06-16-2012]



ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
    I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas

JUL 19 2011

[SEAL]        _Stan Stanart_
                COUNTY CLERK
                HARRIS COUNTY, TEXAS

2011 JUL 19 PM 3: 00
COUNTY CLERK HARRIS COUNTY TEXAS
FILED

<u>RELEASE</u>

1.  Definitions

<u>Deed of Trust</u> shall mean that certain Deed of Trust, dated June 13, 2011, between Royce J. and Silvia T. Hassell, as Grantor, Shawn Potts, as Trustee, and Vista Bank, as Beneficiary, and recorded at File No. 20110297120 of the Official Real Property Records of Harris County, Texas;

<u>Property</u> shall mean the real property described in the Deed of Trust;

<u>Liens</u> shall mean any and all claims, vendor's liens, deed of trust liens, security interests, or other liens, charges, or encumbrances against the Property;

<u>Holder</u> shall mean the undersigned as the sole owner of all right, title and interest in, to or under the Debt, the Deed of Trust, and the Liens who has not otherwise pledged, assigned, conveyed or transferred, or agreed to pledge, assign, convey or transfer, any whole or part of any right, title and interest in, to or under the Debt, the Deed of Trust, and the Liens

<u>Maker</u> shall mean each person obligated under the Debt.

2.  Recitals

Maker has now paid the Debt secured by the Liens. Holder executes this Release to release and discharge the Liens.

3.  Text

For good and valuable consideration (the receipt and sufficiency of which has been acknowledged), the Holder, through the undersigned fully authorized and binding signature, do **HEREBY RELEASE, ACQUIT AND FOREVER DISCHARGE**, and by this instrument do **RELEASE, ACQUIT AND FOREVER DISCHARGE**, the Liens and do hereby **CONFIRM**, and by this instrument do **CONFIRM**, that the Property is free and clear of the Liens.

Signed this _31_ day of _August_, 2011 at _12530 Attitude Harris_ County, Texas.

By: _____
Name:  SHAWN POTTS
Position:  Trustee

1

State of Texas

County of Harris

This instrument was acknowledged before me on the 31st day of _August_, 2011 by Shawn Potts, Trustee.

MARY HELEN RIVERA
Notary Public, State of Texas
My Commission Expires
September 23, 2013

_____
Notary Public - State of Texas

After Recording, Please Return:

Royce J. Hassell
P.O. Box 20487
Houston, TX 77225

2

# EXHIBIT "I"

2012029234
05/24/2012 RP2 $32.00

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER

## DEED OF TRUST

**DATE:**   May 1, 2012

**GRANTOR:**   Royce J. Hassell and Silvia T. Hassell

**GRANTOR'S MAILING ADDRESS (INCLUDING COUNTY):**

P. O. Box 20487, Houston, Harris County, Texas 77225-0487

**TRUSTEE:**   Shaw Potts, Trustee

**TRUSTEE'S MAILING ADDRESS (INCLUDING COUNTY):**

25034 Huffsmith Cemetery Road, Tomball, Texas 77375

**BENEFICIARY:**   James C. Hassell

**BENEFICIARY'S MAILING ADDRESS (INCLUDING COUNTY):**

12211 Duncan Road, Houston, Harris County, Texas 77056

**INSTRUMENT SECURED:**

James C. Hassell's obligation as a guarantor to pay any principal, interest or other amount based upon any funds received by R. Hassell & Co., Inc. (or its affiliated companies) under that certain Line of Credit between Hassell Construction Company., Inc., as Borrower, and Vista Bank, as Lender (and any amendments, extensions, renewals, substitutions, modifications, and supplements) in an amount never to exceed the principal amount of R. Hassell's current obligation on the Line of Credit plus any accrued interest thereon (the "Obligation").

**PROPERTY (INCLUDING ANY IMPROVEMENTS):**

This is a deed of trust lien against that certain real property located 6417 Buffalo Speedway, Houston, Harris County, Texas and more particularly described as the North Fifty Feet (N. 50') of Block Nine (9), in Block Twelve (12), of WEST UNIVERSITY PLACE, an addition in Harris County, Texas, according to the map or plat thereof, recorded in Volume 444, Page 563 of the Official Real Property Records of Harris County, Texas. (the "Property").

This deed of trust lien is subordinate to that certain Deed of Trust, dated July 6, 2007, between Royce J. Hassell and Silvia T. Hassell, as Grantor, James W. Goolsby, Jr., as Trustee, and Sterling Bank, as Beneficiary, recorded at File Code 2007-0423777.

## OTHER EXCEPTIONS TO CONVEYANCE AND WARRANTY:

Subject to any and all valid and subsisting restrictions, easements, rights of way, mineral and royalty reservations, maintenance charges, zoning laws, ordinances of municipal and/or other governmental authorities, conditions and covenants, if any, applicable to and enforceable against the Property and property of record respectively in the office of the County Clerk of the county in which the Property is located in whole or in part.

For value received and to secure payment of the Note, Grantor conveys all right, title and interest in, to and under the Property to Trustee in trust. Grantor warrants and agrees to defend the title to the property. If Grantor performs all the covenants and there is no Event of Default under this Deed of Trust, this Deed of Trust shall have no further effect, and Beneficiary shall release it at Grantor's expense.

## GRANTOR'S OBLIGATIONS AND EVENTS OF DEFAULT:

Grantor agrees to:

1.    keep the property in good repair and condition;

2.    pay all taxes and assessments on the property when due;

3.    preserve the respective Lien's priority as it is established in this Deed of Trust; and

4.    maintain the current insurance on the real property for the full replacement value of all improvements with Grantor as beneficiaries; and

The failure of Grantor to comply with any of the foregoing four (4) obligations after thirty (30) days written notice to comply shall constitute an Event of Default.

If (a) Beneficiary has paid any amount under the Obligation, and (c) Grantor does not reimburse Beneficiary all such amounts paid by Beneficiary in full after sixty (60) days written notice, then, upon the condition that all of these two events have occurred, there is an Event of Default.

## BENEFICIARY'S RIGHTS:

1.      Beneficiary may appoint in writing a substitute or successor trustee, succeeding to all rights and responsibilities of Trustee.

2.      If there is an Event of Default, Beneficiary may:

    a.      request Trustee to foreclose this Lien, in which case Beneficiary or Beneficiary's agent shall give notice of the foreclosure sale as provided by the Texas Property Code as then amended; and

    b.      purchase the property at any foreclosure sale by offering the highest bid and then have the bid credited to the Note.

**TRUSTEE'S DUTIES:**

If requested by Beneficiary to foreclose this Lien, Trustee shall:

1.      either personally or by agent give notice of the foreclosure sale as required by the Texas Property Code as then amended;

2.      sell and convey all or part of the property to the highest bidder for cash with a general warranty binding Grantor, subject to prior liens and to other exceptions to conveyance and warranty; and

3.      from the proceeds of the sale, pay, in this order:

    a.      expenses of foreclosure, including a commission to Trustee of 5% of the bid;

    b.      to Beneficiary, the full amount paid by Beneficiary under the Obligation;

    c.      any amounts required by law to be paid before payment to Grantor; and

    d.      to Grantor, any balance.

**GENERAL PROVISIONS:**

1.      If any of the Property is sold under this Deed of Trust, Grantor shall immediately surrender possession to the purchaser. If Grantor fails to do so, Grantor shall become a tenant at sufferance of the purchaser, subject to an action for forcible detainer.

2.      Recitals in any Trustee's deed conveying the property will be presumed to be true.

3.      Proceeding under this Deed of Trust, filing suit for foreclosure, or pursuing any other remedy will not constitute an election of remedies.

4.      This lien shall remain superior to liens later created even if the time of payment of all or part of the Note is extended or part of the property is released.

5.      If there is a casualty loss which can be restored to the pre-loss condition of the Property with the proceeds from the insurance, then Grantor shall so restore the Property to the its pre-loss condition. If there is any other casualty loss or a whole or partial condemnation of the Property, then Grantor shall receive the proceeds from the insurance or the condemning authority and deposit those proceeds in a certificate of deposit with a market interest rate.  Grantor grants a security interest to Beneficiary in the right to receive those proceeds, in the proceeds, and in the certificate of deposit.  Grantor agrees to sign any documents necessary to perfect this security interest and agreement. Grantor also grants a limited power of attorney to Beneficiary to sign any document necessary to perfect this security interest and agreement.  The rights in this paragraph are subordinate to any respective prior deed of trust lien or vendor's lien.

6.      When context requires, singular nouns and pronouns include the plural.

7.      This Deed of Trust shall bind, inure to the benefit of, and be exercised by successors in interest of all parties.

8.      If Grantor and Maker are not the same person, the "Grantor" shall include Maker.

9.      As evidence of the discharge of Grantor's responsibility to pay all taxes and assessments and to keep said premises insured, Grantor shall deliver to any holder of the indebtedness the official receipts for said taxes and assessments before the same shall become delinquent and shall deliver to any holder of the indebtedness receipts showing said insurance premiums as having been paid in advance for each succeeding year for any and all parcels of secured property named herein.

10.      Beneficiary may remedy any Event of Default without waiving it and may waive any Event of Default without waiving any prior or subsequent Even of Default.

ROYCE J. HASSELL                                SILVIA T. HASSELL

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

 This instrument was acknowledged before me on this _23rd_ day of _May_, 2012, by Royce J. Hassell.



Notary Public -- State of Texas

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

 This instrument was acknowledged before me on this _23rd_ day of _May_, 2012, by Silvia T. Hassell.



Notary Public -- State of Texas

AFTER RECORDING PLEASE RETURN TO:

Shawn Potts
25034 Huffsmith Cemetery Road
Tomball, Texas 77375

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me, and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas

MAY 24 2012

COUNTY CLERK
HARRIS COUNTY, TEXAS

# EXHIBIT "J"

20120229237
05/24/2012  RP2  $32.00

**NOTICE OF CONFIDENTIALITY RIGHTS:  IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:  YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER**

## DEED OF TRUST

**DATE:**        May 1, 2012

**GRANTOR:**   Royce J. Hassell and Silvia T. Hassell

**GRANTOR'S MAILING ADDRESS (INCLUDING COUNTY):**

P. O. Box 20487, Houston, Harris County, Texas 77225-0487

**TRUSTEE:**   Shaw Potts, Trustee

**TRUSTEE'S MAILING ADDRESS (INCLUDING COUNTY):**

25034 Huffsmith Cemetery Road, Tomball, Texas 77375

**BENEFICIARY:**    James C. Hassell

**BENEFICIARY'S MAILING ADDRESS (INCLUDING COUNTY):**

12211 Duncan Road, Houston, Harris County, Texas 77056

**INSTRUMENT SECURED:**

James  C. Hassell's obligation as a guarantor to pay any principal, interest or other amount based upon any funds received by R. Hassell & Co., Inc. (or its affiliated companies) under that certain Line of Credit between Hassell Construction Company., Inc., as Borrower, and Vista Bank, as Lender (and any amendments, extensions, renewals, substitutions, modifications, and supplements) in an amount never to exceed the principal amount of R. Hassell's current obligation on the Line of Credit plus any accrued interest thereon (the "Obligation").

**PROPERTY (INCLUDING ANY IMPROVEMENTS):**

This is a deed of trust lien against that certain real property located respectively at 6421 Buffalo Speedway, Houston, Harris County, Texas and more particularly described as the South Fifty Feet (S. 50') of Lots Nine (9), in Block Twelve (12), of WEST UNIVERSITY PLACE, an addition in Harris County, Texas, according to the map or plat thereof, recorded in Volume 444, Page 563 of the Official Real Property Records of Harris County, Texas. (the "Property").

**BENEFICIARY'S RIGHTS:**

1.  Beneficiary may appoint in writing a substitute or successor trustee, succeeding to all rights and responsibilities of Trustee.

2.  If there is an Event of Default, Beneficiary may:

    a.  request Trustee to foreclose this Lien, in which case Beneficiary or Beneficiary's agent shall give notice of the foreclosure sale as provided by the Texas Property Code as then amended; and

    b.  purchase the property at any foreclosure sale by offering the highest bid and then have the bid credited to the Note.

**TRUSTEE'S DUTIES:**

If requested by Beneficiary to foreclose this Lien, Trustee shall:

1.  either personally or by agent give notice of the foreclosure sale as required by the Texas Property Code as then amended;

2.  sell and convey all or part of the property to the highest bidder for cash with a general warranty binding Grantor, subject to prior liens and to other exceptions to conveyance and warranty; and

3.  from the proceeds of the sale, pay, in this order:

    a.  expenses of foreclosure, including a commission to Trustee of 5% of the bid;
    b.  to Beneficiary, the full amount paid by Beneficiary under the Obligation;
    c.  any amounts required by law to be paid before payment to Grantor; and
    d.  to Grantor, any balance.

**GENERAL PROVISIONS:**

1.  If any of the Property is sold under this Deed of Trust, Grantor shall immediately surrender possession to the purchaser.  If Grantor fails to do so, Grantor shall become a tenant at sufferance of the purchaser, subject to an action for forcible detainer.

2.  Recitals in any Trustee's deed conveying the property will be presumed to be true.

3.  Proceeding under this Deed of Trust, filing suit for foreclosure, or pursuing any other remedy will not constitute an election of remedies.

4.    This lien shall remain superior to liens later created even if the time of payment of all or part of the Note is extended or part of the property is released.

5.    If there is a casualty loss which can be restored to the pre-loss condition of the Property with the proceeds from the insurance, then Grantor shall so restore the Property to the its pre-loss condition. If there is any other casualty loss or a whole or partial condemnation of the Property, then Grantor shall receive the proceeds from the insurance or the condemning authority and deposit those proceeds in a certificate of deposit with a market interest rate. Grantor grants a security interest to Beneficiary in the right to receive those proceeds, in the proceeds, and in the certificate of deposit. Grantor agrees to sign any documents necessary to perfect this security interest and agreement. Grantor also grants a limited power of attorney to Beneficiary to sign any document necessary to perfect this security interest and agreement. The rights in this paragraph are subordinate to any respective prior deed of trust lien or vendor's lien.

6.    When context requires, singular nouns and pronouns include the plural.

7.    This Deed of Trust shall bind, inure to the benefit of, and be exercised by successors in interest of all parties.

8.    If Grantor and Maker are not the same person, the "Grantor" shall include Maker.

9.    As evidence of the discharge of Grantor's responsibility to pay all taxes and assessments and to keep said premises insured, Grantor shall deliver to any holder of the indebtedness the official receipts for said taxes and assessments before the same shall become delinquent and shall deliver to any holder of the indebtedness receipts showing said insurance premiums as having been paid in advance for each succeeding year for any and all parcels of secured property named herein.

10.    Beneficiary may remedy any Event of Default without waiving it and may waive any Event of Default without waiving any prior or subsequent Even of Default.


ROYCE J. HASSELL                                    SILVIA T. HASSELL

STATE OF TEXAS       §
                           §
COUNTY OF HARRIS     §

This instrument was acknowledged before me on this 23ʳᵈ day of May, 2012, by Royce J. Hassell.



_Isabel Repka_
Notary Public -- State of Texas

STATE OF TEXAS       §
                           §
COUNTY OF HARRIS     §

This instrument was acknowledged before me on this 23ʳᵈ day of May, 2012, by Silvia T. Hassell.



_Isabel Repka_
Notary Public -- State of Texas

**AFTER RECORDING PLEASE RETURN TO:**

Shawn Potts
25034 Huffsmith Cemetery Road
Tomball, Texas 77375

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL OR USE OF THE DESCRIBED REAL
PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED In File Number Sequence on the date and at the time
stamped hereon by me, and was duly RECORDED, in the Official Public Records of Real Property of Harris
County, Texas

MAY 24 2012



_Stan Stewart_
COUNTY CLERK
HARRIS COUNTY, TEXAS

# Exhibit "K"

00000506501

05-102
(1-08/28)

## TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT
(To be filed by Corporations or Limited Liability Companies (LLCS))
This report MUST be filed to satisfy franchise tax requirements

■ Tcode 13196

■ Taxpayer number

17606560831

■ Report year

2008

You have certain rights under Chapter 552 and 559, Government Code to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

Taxpayer name
R. Hassell Properties, Inc.

Mailing address
PO Box 20487

City
Houston

State
TX

ZIP Code
77225-0487

Plus 4

Secretary of State file number or Comptroller file number

0159486100

☐ Check box if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office
PO Box 20487          Houston          TX  77225-0487

Principal place of business
PO Box 20487          Houston          TX  77225-0487

Please sign below!

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

1760656083108

**SECTION A.** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | | Term expiration | m m d d y y |
|------|-------|----------|--|-----------------|-------------|
| Royce J. Hassell | President | ☒ YES | | State | 123108 ZIP Code |
| Mailing address PO Box 20487 | City Houston, TX 77225 | | | | |
| ALAN B. STENBRIDGE | Vice-President | ☐ YES | | State | 123108 ZIP Code |
| Mailing address PO Box 20487 | City Houston, TX 77225 | | | | |
| Ricardo Todeschini | Secretary | ☐ YES | | State | 123108 ZIP Code |
| Mailing address PO Box 20487 | City Houston, TX 77225 | | | | |

**SECTION B.** Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NONE | | | |
| | | | |

**SECTION C.** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file. (See instructions if you need to make changes)     ☐ Check box if you need forms to change the registered agent or registered office information.

Agent:  Royce J. Hassell

Office:  PO Box 20487          City Houston          State TX          ZIP Code 77225-0487

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶

Title VICE President

Date 04/28/2008

Area code and phone number 713.400-7512

Texas Comptroller Official Use Only



☐ VE/DE          ☐ PIR IND          ☐

1022

00002501505                                    **Filing Number: 159486100**

880701 12-08-08
TX2009       05-102
Ver. 1.1     (Rev. 1-08/28)

### TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT
*(To be filed by Corporations and Limited Liability Companies (LLCS))*
**This report MUST be filed to satisfy franchise tax requirements**

■ **Tcode** 13196

You have certain rights *under Chapter 552 and 559, Government Code,*
to review, request, and correct information we have on file about you.
Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

■ **Taxpayer number**
17606560831

■ **Report year**
2009

**Taxpayer name**
R. HASSELL PROPERTIES, INC.

Mailing address
PO BOX 20487

| City | State | Zip Code | Plus 4 | Secretary of State file number or Comptroller file number |
|------|-------|----------|--------|------------------------------------------------------------|
| HOUSTON | TX | 77225 | 0487 | 0159486100 |

☐ Check box if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office
PO BOX 20487, HOUSTON, TX 77225-0487

Principal place of business
SAME

**Please sign below!**   Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

*1760656083109*

**SECTION A.** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | | m  m   d  d   y   y |
|------|-------|----------|--|---------------------|
| ROYCE HASSELL | PRESIDENT | ☒ YES | Term expiration | |
| Mailing address PO BOX 20487 | City HOUSTON | | State TX | Zip Code 77225 |
| RICARDO TODESCHINI | SECRETARY | ☐ YES | Term expiration | m  m   d  d   y   y |
| Mailing address PO BOX 20487 | City HOUSTON | | State TX | Zip Code 77225 |
| TERRY K TAURIELLO | VICE PRESIDENT | ☐ YES | Term expiration | m  m   d  d   y   y |
| Mailing address PO BOX 20487 | City HOUSTON | | State TX | Zip Code 77225 |

**SECTION B.** Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |

**SECTION C.** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|

Registered agent and registered office currently on file. (See instructions if you need to make changes.)

| Agent: | ROYCE J. HASSELL | | ☐ Check box if you need forms to change the registered agent or registered office information. |
|--------|------------------|--|--|
| Office: | 3550 WILLOWBEND | City HOUSTON | State TX | Zip Code 77054 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | /s/ [signature] | Title VICE PRES | Date 3-11-09 | Area code and phone number 713-400-7512 |
|-------------|-----------------|------|------|------------------------------|

Texas Comptroller of Public Accounts

| VE/DE | ☐ | PIR IND | ☐ |

1019

00005865759                    Filing Number: 159486100

900701 12-02-09
TX2010
Ver. 1.0          05-102
                  (9-08/29)
■ Tcode  13196

**TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT**
*To be filed by Corporations, Limited Liability Companies (LLCS) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | ■ Report year | You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide. |
|---|---|---|
| 17606560831 | 2010 | |

Taxpayer name
R. HASSELL PROPERTIES, INC.

| Mailing address | | | | Secretary of State file number or Comptroller file number |
|---|---|---|---|---|
| PO BOX 20487 | | | | |
| City | State | ZIP Code | Plus 4 | 0159486100 |
| HOUSTON | TX | 77225 | 0487 | |

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
PO BOX 20487, HOUSTON, TX  77225-0487
Principal place of business
PO BOX 20487, HOUSTON, TX  77225-0487

**Please sign below!** Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

*1760656083110*

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | | | m m d d y y |
|---|---|---|---|---|---|
| ROYCE HASSELL | PRESIDENT | ☒ YES | Term expiration | | |
| Mailing address PO BOX 20487 | City HOUSTON | | | State TX | ZIP Code 77225 |
| RICARDO TODESCHINI | SECRETARY | ☐ YES | Term expiration | | m m d d y y |
| Mailing address PO BOX 20487 | City HOUSTON | | | State TX | ZIP Code 77225 |
| TERRY K TAURIELLO | VICE PRESIDENT | ☐ YES | Term expiration | | m m d d y y |
| Mailing address PO BOX 20487 | City HOUSTON | | | State TX | ZIP Code 77225 |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|

Registered agent and registered office currently on file. (See instructions if you need to make changes)  ☐  Check box if you need new forms to change the registered agent or registered office information.

| Agent: | ROYCE J. HASSELL | | | | |
|---|---|---|---|---|---|
| Office: | 3550 WILLOWBEND | City HOUSTON | | State | ZIP Code 77054 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | [signature] | Title VICE PRESIDENT | Date 4-1-2010 | Area code and phone number 713-400-7512 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

1019

**00009974718**                                    **Filing Number: 159486100**

000701 02-24-11
TX2011
Ver. 2.1          05-102
                  (9-09/29)
■ **Tcode** 13196

### TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT
*To be filed by Corporations and Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Taxpayer number**                    ■ **Report year**

You have certain rights under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

17606560831                              2011

Taxpayer name  R. HASSELL PROPERTIES, INC.

Mailing address
PO BOX 20487

City HOUSTON        | State TX      | ZIP Code 77225 | Plus + 0487

Secretary of State file number or
Comptroller file number

0159486100

☐  Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office  PO BOX 20487, HOUSTON, TX  77225-0487

Principal place of business  PO BOX 20487, HOUSTON, TX  77225-0487

Officer, director and member information is reported as of the date a Public Information
Report is completed. The information is updated annually as part of the franchise tax
report. There is no requirement or procedure for supplementing the information as
officers, directors, or members change throughout the year.

**Please sign below!**

*1760656083111*

**SECTION A**  Name, title and mailing address of each officer, director or member.

Name                          Title                    Director  ☒ YES   Term expiration   m m  d d  y  y

ROYCE HASSELL                 PRESIDENT

Mailing address  PO BOX 20487         City HOUSTON      State TX    | ZIP Code 77225

Name                          Title                    Director  ☐ YES   Term expiration   m m  d d  y  y

RICARDO TODESCHINI            SECRETARY

Mailing address  PO BOX 20487         City HOUSTON      State TX    | ZIP Code 77225

Name                          Title                    Director  ☐ YES   Term expiration   m m  d d  y  y

TERRY K TAURIELLO             VICE PRESIDENT

Mailing address  PO BOX 20487         City HOUSTON      State TX    | ZIP Code 77225

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|

Registered agent and registered office currently on file. (See instructions if you need to make changes.)            ☐  Check box if you need forms to change
                                                                                                    the registered agent or registered office information.

Agent:  ROYCE J. HASSELL

Office:  3550 WILLOWBEND        | City HOUSTON        | State        | ZIP Code 77054

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets
for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has
been mailed to each person named in this document who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here** ▶   Title VICE PRESIDENT   | Date 5-12-2011   | Area code and phone number 713-408-7512

**Texas Comptroller Official Use Only**

VE/DE ☐        PIR IND ☐

1019

**TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT**

Filing Number: 159486100

05-102
(Rev. 1-08/28)
■ Tcode 13196

(To be filed by Corporations and Limited Liability Companies (LLCs))
**This report MUST be filed to satisfy franchise tax requirements**

■ Taxpayer number

| 1 | 7 | 6 | 0 | 6 | 5 | 6 | 0 | 8 | 3 | 1 | | | | |

■ Report year

| | | | |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

Taxpayer name
R. HASSELL PROPERTIES, INC.

Mailing address
12512 CUTTEN RD STE A

| City | State | ZIP Code | Plus 4 | Secretary of State file number or Comptroller file number |
|---|---|---|---|---|
| HOUSTON | TX | 77066 | 1822 | 0159486100 |

○   Blacken circle if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office
PO BOX 20487   HOUSTON, TX 77225

Principal place of business
PO BOX 20487   HOUSTON, TX 77225

*Please sign below!*   Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

1760656083108

**SECTION A**   Name, title and mailing address of each officer, director or member.

| Name | Title | Director | | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|
| ROYCE HASSELL | PRESIDENT | ○ YES | | | | | | | | |
| Mailing address PO BOX 20487 | City HOUSTON | State TX | | ZIP code 77225 | | | | | | |
| RICARDO TODESCHINI | SECRETARY | ○ YES | | | | | | | | |
| Mailing address PO BOX 20487 | City HOUSTON | State TX | | ZIP code 77225 | | | | | | |
| TERRY K TAURIELLO | VICE PRESI | ○ YES | | | | | | | | |
| Mailing address PO BOX 20487 | City HOUSTON | State TX | | ZIP code 77225 | | | | | | |
| | | ○ YES | | | | | | | | |
| Mailing address | City | State | | ZIP code | | | | | | |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NONE | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
| NONE | | | |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*

○   Blacken circle if you need forms to change the registered agent or registered office information.

Agent:   ROYCE J. HASSELL

| Office:   3550 WILLOWBEND | City HOUSTON | State TX | ZIP Code 77054 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶

| Title PRESIDENT | Date 09/17/2012 | Area code and phone number ( 713 ) 665 - 2442 |
|---|---|---|

Texas Comptroller of Public Accounts — Official Use Only



| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

05-102
(Rev. 1-08/28)
FORM
■ Tcode 13196

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

(To be filed by Corporations and Limited Liability Companies (LLCS))
**This report MUST be filed to satisfy franchise tax requirements**

■ Taxpayer number

| 1 | 7 | 6 | 0 | 6 | 5 | 6 | 0 | 8 | 3 | 1 | | | | |

■ Report year

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

Taxpayer name
**R. HASSELL PROPERTIES, INC.**

Mailing address
**12512 CUTTEN RD STE A**

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| **HOUSTON** | **TX** | **77066** | **1822** |

Secretary of State file number or Comptroller file number
**0159486100**

○   Blacken circle if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office
PO BOX 20487   HOUSTON, TX 77225

Principal place of business
PO BOX 20487   HOUSTON, TX 77225

*Please sign below!*   Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

1760656083198

**SECTION A**   Name, title and mailing address of each officer, director or member.

| Name | Title | Director | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|
| **ROYCE HASSELL** | **DIRECTOR** | ⦿ YES | Term expiration | | | | | | |
| Mailing address **PO BOX 20487** | City **HOUSTON** | | State **TX** | | ZIP code **77225** | | | | |
| Name | Title | ○ YES | Term expiration | m | m | d | d | y | y |
| Mailing address | City | | State | | ZIP code | | | | |
| Name | Title | ○ YES | Term expiration | m | m | d | d | y | y |
| Mailing address | City | | State | | ZIP code | | | | |
| Name | Title | ○ YES | Term expiration | m | m | d | d | y | y |
| Mailing address | City | | State | | ZIP code | | | | |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| **NONE** | | | |
| **NONE** | | | |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| **NONE** | | | |

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*

○   Blacken circle if you need forms to change the registered agent or registered office information.

Agent:   **ROYCE J. HASSELL**

| Office:   **3550 WILLOWBEND** | City **HOUSTON** | State **TX** | ZIP Code **77054** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | Title **PRESIDENT** | Date **09/17/2012** | Area code and phone number **( 713 ) 665 - 2442** |
|---|---|---|---|

Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |

**Filing Number: 159486100**

## Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
■ Tcode 13196 Franchise

To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | ■ Report year | You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600. |
|---|---|---|
| 1 7 6 0 6 5 6 0 8 3 1 | 2 0 1 3 | |

| Taxpayer name | |
|---|---|
| R. HASSELL PROPERTIES, INC. | |

| Mailing address | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|
| 12512 CUTTEN RD STE A | | |
| City HOUSTON | State TX | ZIP Code 77066 | Plus 4 | 0159486100 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| 12512 CUTTEN RD  STE A  HOUSTON, TX 77066 |
| Principal place of business |
| 12512 CUTTEN RD  STE A  HOUSTON, TX 77066 |

*Please sign below!*   Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

1760656083113

**SECTION A**   Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| TERRY K TAURIELLO | VICE PRESI | ○ YES | | |
| Mailing address 12512 CUTTEN RD  STE A | City HOUSTON | State TX | ZIP Code 77066 | |
| Name ROYCE HASSELL | Title DIRECTOR | Director ● YES | Term expiration | m m d d y y |
| Mailing address 12512 CUTTEN RD  STE A | City HOUSTON | State TX | ZIP Code 77066 | |
| Name RICARDO TODESCHINI | Title SECRETARY | Director ○ YES | Term expiration | m m d d y y |
| Mailing address 12512 CUTTEN RD  STE A | City HOUSTON | State TX | ZIP Code 77066 | |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10  percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* | | Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|---|
| Agent: ROYCE J. HASSELL | ○ | |
| Office: 12512 CUTTEN ROAD, SUITE A | City HOUSTON | State TX | ZIP Code 77066 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ► David B McMullen | Title Electronic | Date 07-26-2013 | Area code and phone number ( 713 )  522 - 1031 |
|---|---|---|---|

**Texas Comptroller Official Use Only**



| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

## Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
■ Tcode 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

| ■ Taxpayer number | ■ Report year | You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600. |
|---|---|---|
| 1 7 6 0 6 5 6 0 8 3 1 | 2 0 1 3 | |

| Taxpayer name | | |
|---|---|---|
| R. HASSELL PROPERTIES, INC. | | |
| Mailing address | | Secretary of State (SOS) file number or Comptroller file number |
| 12512 CUTTEN RD STE A | | |
| City HOUSTON | State TX     ZIP Code 77066     Plus 4 | 0159486100 |

○  Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   12512 CUTTEN RD  STE A   HOUSTON, TX 77066
Principal place of business   12512 CUTTEN RD  STE A   HOUSTON, TX 77066

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

1760656083113

**SECTION A**   Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| ROYCE HASSELL | PRESIDENT | ○ YES | | | |
| Mailing address 12512 CUTTEN RD  STE A | City HOUSTON | | State TX | | ZIP Code 77066 |
| Name | Title | Director ○ YES | | Term expiration | m m d d y y |
| Mailing address | City | | State | | ZIP Code |
| Name | Title | Director ○ YES | | Term expiration | m m d d y y |
| Mailing address | City | | State | | ZIP Code |

**SECTION B**   Enter the information required for each corporation or LLC, if any, In which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* | | | ○ Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|---|---|
| Agent: ROYCE J. HASSELL | | | |
| Office: 12512 CUTTEN ROAD, SUITE A | City HOUSTON | State TX | ZIP Code 77066 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here▸ | David B McMullen | Title Electronic | Date 07-26-2013 | Area code and phone number ( 713 )  522 - 1031 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

Filing Number: 159486100

## Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
**Tcode** 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

■ Taxpayer number: 1 7 6 0 6 5 6 0 8 3 1

■ Report year: 2 0 1 4

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

Taxpayer name: **R. HASSELL PROPERTIES, INC.**

Mailing address: **12512 CUTTEN RD STE A**

City: **HOUSTON** State: **TX** ZIP Code: **77066** Plus 4:

Secretary of State (SOS) file number or Comptroller file number: **0159486100**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **12512 CUTTEN RD STE A  HOUSTON, TX 77066**

Principal place of business: **12512 CUTTEN RD STE A  HOUSTON, TX 77056**

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

1760656083114

**SECTION A**   Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **TERRY K TAURIELLO** | **VICE PRESI** | ○ YES | | |
| Mailing address: **12512 CUTTEN RD STE A** | City: **HOUSTON** | State: **TX** | ZIP Code: **77066** | |
| **ROYCE HASSELL** | **PRESIDENT** | ○ YES | | |
| Mailing address: **12512 CUTTEN RD STE A** | City: **HOUSTON** | State: **TX** | ZIP Code: **77066** | |
| **ROYCE HASSELL** | **DIRECTOR** | ● YES | | |
| Mailing address: **12512 CUTTEN RD STE A** | City: **HOUSTON** | State: **TX** | ZIP Code: **77066** | |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. (see instructions if you need to make changes)   ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **ROYCE J. HASSELL**

Office: **12512 CUTTEN ROAD** City: **HOUSTON** State: **TX** ZIP Code: **77066**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ►  **David B McMullen**   Title: **Electronic**   Date: **11-14-2014**   Area code and phone number: **( 713 ) 522 - 1031**

### Texas Comptroller Official Use Only

VE/DE ○   PIR IND ○

## Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
■ Tcode  13196 Franchise

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | | | | | | | | | | ■ Report year | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 6 | 0 | 6 | 5 | 6 | 0 | 8 | 3 | 1 | 2 | 0 | 1 | 4 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.*

Taxpayer name
**R. HASSELL PROPERTIES, INC.**

Mailing address
**12512 CUTTEN RD STE A**

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| **HOUSTON** | **TX** | **77066** | |

Secretary of State (SOS) file number or Comptroller file number
**0159486100**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**12512 CUTTEN RD STE A  HOUSTON, TX 77066**

Principal place of business
**12512 CUTTEN RD STE A  HOUSTON, TX 77056**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

1760656083114

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RICARDO TODESCHINI** | **SECRETARY** | ○ YES | Term expiration | m m | d d | y y | | |
| Mailing address **12512 CUTTEN RD STE A** | City **HOUSTON** | State **TX** | | ZIP Code **77066** | | | | |
| Name | Title | Director ○ YES | Term expiration | m m | d d | y y | | |
| Mailing address | City | State | | ZIP Code | | | | |
| Name | Title | Director ○ YES | Term expiration | m m | d d | y y | | |
| Mailing address | City | State | | ZIP Code | | | | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* | ○ | Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|---|
| Agent: **ROYCE J. HASSELL** | | |

| Office: **12512 CUTTEN ROAD** | City **HOUSTON** | State **TX** | ZIP Code **77066** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ► **David B McMullen** | Title **Electronic** | Date **11-14-2014** | Area code and phone number **( 713 )  522 - 1031** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

00000522572

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

05-102
(Rev. 1-08/28)
FORM
■ Tcode  13196

Comptroller
of Public
Accounts

(To be filed by Corporations and Limited Liability Companies (LLCS))
**This report MUST be filed to satisfy franchise tax requirements**

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.*

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 0 2 8 5 4 9 2 8 | 2 0 0 8 |

Taxpayer name
THE R. HASSELL HOLDING COMPANIES, INC.

Mailing address
3550 WILLOWBEND

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| HOUSTON | TX | 77225 | |

Secretary of State file number or Comptroller file number
0160010900

○ Blacken circle if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office
3550 WILLOWBEND HOUSTON, TEXAS 77054

Principal place of business
SAME

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

3200285492808

## SECTION A  Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| ROYCE J. HASSELL | PRESIDENT | ◉ YES | | 0 9 | 3 0 | 0 8 |

Mailing address
P.O. BOX 20487

| City | State | ZIP code |
|---|---|---|
| HOUSTON | TX | 77225 |

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| ALAN STEMBRIDGE | VICE PRES. | ○ YES | | 0 9 | 3 0 | 0 8 |

Mailing address
P.O. BOX 20487

| City | State | ZIP code |
|---|---|---|
| HOUSTON | TX | 77225 |

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| | | ○ YES | | | | |

Mailing address | City | State | ZIP code

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| | | ○ YES | | | | |

Mailing address | City | State | ZIP code

## SECTION B  Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| R. HASSELL BUILDERS, INC. | TEXAS | 0139462600 | 100 |
| R. HASSELL & CO., INC. | TEXAS | 0120280800 | 100 |

## SECTION C  Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*

○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent:  ROYCE J. HASSELL

| Office: | 3550 WILLOWBEND | City | State | ZIP Code |
|---|---|---|---|---|
| | | HOUSTON | TX | 77054 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ► | Title | Date | Area code and phone number |
|---|---|---|---|
| | V. P. | 4-28-08 | (713) 460-7512 |

Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

00004776026

780701    05-102
04-17-08  (1-09/28)

**TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT**
*(To be filed by Corporations and Limited Liability Companies (LLCS))*
**This report MUST be filed to satisfy franchise tax requirements**

■ **Tcode**  13196

■ Taxpayer number
32002854928

■ Report year
2009

You have certain rights under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

Taxpayer name
THE R. HASSELL HOLDING CO., INC.

Mailing address
3550 WILLOWBEND

| City | State | ZIP Code | Plus 4 | Secretary of State file number or Comptroller file number |
|------|-------|----------|--------|-----------|
| HOUSTON | TX | 77054 | | 0160010900 |

☐ Check box if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office
3550 WILLOWBEND BLVD, HOUSTON, TX 77054-1127

Principal place of business
SAME

RMAL450    9303
2H30    /    /

**Please sign below!** Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

*3200285492809*

**SECTION A.** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | | m m d d y y |
|------|-------|----------|--|-------------|
| ROYCE J HASSELL | DIRECTOR | ☒ YES | Term expiration | 0 1 0 3 1 0 |
| Mailing address PO BOX 20487 HOUSTON, TX 77 | | City | State | ZIP Code |
| ALAN STEMBRIDGE | VICE PRES, CFO DIRECTOR | ☐ YES | Term expiration | m m d d y y |
| Mailing address PO BOX 20487 HOUSTON, TX 77 | | City | State | ZIP Code |
| Name | Title | ☐ YES Director | Term expiration | m m d d y y |
| Mailing address | | City | State | ZIP Code |

**SECTION B.** Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|------|------|------|------|
| R. HASSELL BUILDERS, INC | TX | 0139462600 | 100.00 |
| R. HASSELL & CO, INC. | TX | 0120280800 | 100.00 |

**SECTION C.** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|------|------|------|------|

Registered agent and registered office currently on file. (See instructions if you need to make changes)

Agent:   ROYCE J HASSELL

☐ Check box if you need forms to change the registered agent or registered office information.

| Office: 3550 WILLOWBEND | City HOUSTON | State TX | ZIP Code 77054 |
|------|------|------|------|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ *[signature]*

| Title PRESIDENT | Date 11-2-2009 | Area code and phone number 713-665-2442 |
|------|------|------|

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |
|-------|---|---------|---|

1019

00007200533   **Filing Number: 160010900**

880701 05-05-08
TX2009    05-102
Ver. 1.2    (Rev. 1-08/28)

**TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT**
*(To be filed by Corporations and Limited Liability Companies (LLCS))*
**This report MUST be filed to satisfy franchise tax requirements**

■ **Tcode** 13196

■ **Taxpayer number**
32002854928

■ **Report year**
2010

You have certain rights *under Chapter 552 and 559, Government Code,*
to review, request, and correct information we have on file about you.
Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

**Taxpayer name**
THE R. HASSELL HOLDING CO., INC.

**Mailing address**
3550 WILLOWBEND

| City | State | ZIP Code | Plus 4 | Secretary of State file number or Comptroller file number |
|---|---|---|---|---|
| HOUSTON | TX | 77054 | | 0160010900 |

☐ Check box if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

**Entity's principal office**
3550 WILLOWBEND BLVD, HOUSTON, TX 77054-1127

**Principal place of business**
SAME

**Please sign below!**   Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

*3200285492810*

**SECTION A.** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| ROYCE J HASSELL | DIRECTOR / PRES | ☒ YES | Term expiration | |
| **Mailing address** PO BOX 20487 HOUSTON | **City** TX 7722 | | **State** | **ZIP Code** |
| ALAN STEMBRIDGE | DIRECTOR VICE PRES | ☐ YES | Term expiration | m m  d d  y y |
| **Mailing address** PO BOX 20487 HOUSTON | **City** TX 7722 | | **State** | **ZIP Code** |
| | | ☐ YES | Term expiration | m m  d d  y y |
| **Mailing address** | **City** | | **State** | **ZIP Code** |

**SECTION B.** Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| R. HASSELL BUILDERS, INC | TX | 0139462600 | 100.00 |
| R. HASSELL & CO, INC. | TX | 0120280800 | 100.00 |

**SECTION C.** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file. (See instructions if you need to make changes)**   ☐ Check box if you need forms to change the registered agent or registered office information.

**Agent:** ROYCE J HASSELL

| **Office:** 3550 WILLOWBEND | **City** HOUSTON | **State** TX | **ZIP Code** 77054 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, or member and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here** ▶

| Title VICE PRESIDENT | Date 7-6-2010 | Area code and phone number 713-400-7512 |
|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

1019

00010370682                    Filing Number: 160010900

980701 12-02-09
TX2010
Ver. 1.0
05-102
(9-06/28)
■ Tcode   13196

## TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT
*To be filed by Corporations, Limited Liability Companies (LLCS) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | ■ Report year | You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide. |
|---|---|---|
| 32002854928 | 2011 | |

Taxpayer name
THE R. HASSELL HOLDING CO., INC.

Mailing address
3550 WILLOWBEND

| City | State | ZIP Code | Plus 4 | Secretary of State file number or Comptroller file number |
|---|---|---|---|---|
| HOUSTON | TX | 77054 | | 0160010900 |

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
3550 WILLOWBEND, HOUSTON, TX  77054
Principal place of business
3550 WILLOWBEND, HOUSTON, TX  77054

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

**Please sign below!**

*3200285492011*

SECTION A  Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| ROYCE J HASSELL | DIRECTOR | ☒ YES | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| PO BOX 20487 HOUSTON | TX 7722 | | |

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| ALAN STEMBRIDGE | DIRECTOR | ☐ YES | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| PO BOX 20487 HOUSTON | TX 7722 | | |

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| | | ☐ YES | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| | | | |

SECTION B  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| R. HASSELL BUILDERS, INC | TX | 0139462600 | 100.00 |
| R. HASSELL & CO., INC. | TX | 0120280800 | 100.00 |

SECTION C  Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. (See instructions if you need to make changes)
☐ Check box if you need forms to change the registered agent or registered office information.

| Agent: | ROYCE J HASSELL | | | |
|---|---|---|---|---|
| Office: | 3550 WILLOWBEND | City HOUSTON | State TX | ZIP Code 77054 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | Title VICE PRESIDENT | Date 6-15-2011 | Area code and phone number 713-400-7512 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| | VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|---|

1019

Filing Number: 160010900

## Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
FORM
■ Tcode  13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | | | | | | | | | | ■ Report year | | | | *You have certain rights* under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 0 | 0 | 2 | 8 | 5 | 4 | 9 | 2 | 8 | 2 | 0 | 1 | 3 | |

| Taxpayer name |
|---|
| THE R. HASSELL HOLDING COMPANIES, INC. |

| Mailing address | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|
| 12512 CUTTEN RD STE A | | |

| City | State | ZIP Code | Plus 4 | |
|---|---|---|---|---|
| HOUSTON | TX | 77066 | | 0160010900 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| 12512 CUTTEN RD, STE A  HOUSTON, TX 77066 |

| Principal place of business |
|---|
| 12512 CUTTEN RD, STE A   HOUSTON, TX 77066 |

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3200285492813

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| ROYCE J HASSELL | DIRECTOR | ● YES | Term expiration | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| 12512 CUTTEN RD, STE A | HOUSTON | TX | 77066 |

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| CYNTHIA L. GROOMS | SECRETARY | ○ YES | Term expiration | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| 12512 CUTTEN RD, STE A | HOUSTON | TX | 77066 |

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| RICARDO TODESCHINI | EXEC V/P | ○ YES | Term expiration | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| 12512 CUTTEN RD, STE A | HOUSTON | TX | 77066 |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* | | | ○ Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|---|---|
| Agent: ROYCE J. HASSELL | | | |

| Office: 12512 CUTTEN ROAD, SUITE A | City | State | ZIP Code |
|---|---|---|---|
| | HOUSTON | TX | 77066 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ David B McMullen | Title | Date | Area code and phone number |
|---|---|---|---|
| | Electronic | 11-06-2013 | ( 713 ) 522 - 1031 |

**Texas Comptroller Official Use Only**

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

Filing Number: 160010900

## Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
FORM
■ Tcode 13196 Franchise

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | ■ Report year | You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600. |
|---|---|---|
| 3 2 0 0 2 8 5 4 9 2 8 | 2 0 1 4 | |

Taxpayer name
**THE R. HASSELL HOLDING COMPANIES, INC.**

Mailing address
**12512 CUTTEN RD STE A**

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| **HOUSTON** | **TX** | **77066** | |

Secretary of State (SOS) file number or Comptroller file number
**0160010900**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3200285492814

**SECTION A**   Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| **RICARDO TODESCHINI** | **EXECUTIVE** | ○ YES | | | |
| Mailing address **12512 CUTTEN RD, STE A** | City **HOUSTON** | | State **TX** | | ZIP Code **77066** |
| Name **ROYCE J HASSELL** | Title **DIRECTOR** | Director ● YES | | Term expiration | m m d d y y |
| Mailing address **12512 CUTTEN RD, STE A** | City **HOUSTON** | | State **TX** | | ZIP Code **77066** |
| Name **CYNTHIA L GROOMS** | Title **SECRETARY** | Director ○ YES | | Term expiration | m m d d y y |
| Mailing address **12512 CUTTEN RD, STE A** | City **HOUSTON** | | State **TX** | | ZIP Code **77066** |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **ROYCE J. HASSELL**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: **12512 CUTTEN ROAD, SUITE A** | City **HOUSTON** | State **TX** | ZIP Code **77066** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **LARRY ONHAIZER** | Title **Electronic** | Date **11-13-2014** | Area code and phone number **( 713 )  522 - 1031** |
|---|---|---|---|

### Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

## Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
■ Tcode 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | | | | | | | | | | ■ Report year | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 0 | 0 | 2 | 8 | 5 | 4 | 9 | 2 | 8 | 2 | 0 | 1 | 4 |

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

| Taxpayer name |
|---|
| THE R. HASSELL HOLDING COMPANIES, INC. |

| Mailing address | | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| 12512 CUTTEN RD STE A | | | | |
| City **HOUSTON** | State **TX** | ZIP Code **77066** | Plus 4 | **0160010900** |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| Principal place of business |

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3200285402814

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|---|
| CYNTHIA L GROOMS | DIRECTOR | | ● YES | | | | | |
| Mailing address 12512 CUTTEN RD, STE A | City HOUSTON | | | | State TX | | ZIP Code 77066 | |
| Name | Title | | Director ○ YES | | Term expiration | m m | d d | y y |
| Mailing address | City | | | | State | | ZIP Code | |
| Name | Title | | Director ○ YES | | Term expiration | m m | d d | y y |
| Mailing address | City | | | | State | | ZIP Code | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* | | Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|---|
| Agent: **ROYCE J. HASSELL** | ○ | |
| Office: **12512 CUTTEN ROAD, SUITE A** | City **HOUSTON** | State **TX** ZIP Code **77066** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ► | LARRY ONHAIZER | Title Electronic | Date 11-13-2014 | Area code and phone number ( 713 ) 522 - 1031 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**



| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|




PROCEEDING BEFORE THE
AMERICAN ARBITRATION ASSOCIATION
In Houston, Texas

JAMES C. HASSELL and HASSELL                §
CONSTRUCTION COMPANY, INC.,                  §
                                             §
    Claimants,                               §
                                             §
vs.                                          §
                                             §
R. HASSELL HOLDING CO., INC,                 §    Case No. 01-14-0000-3178
R. HASSELL & COMPANY, INC.,                  §
R. HASSELL BUILDERS, INC. AND                §
G.R. GROUP RESOURCES LLP, ROYCE J.           §
HASSELL AND SILVIA T. HASSELL,               §
                                             §
    Respondents.                             §

## CLAIMANTS' FIRST SUPPLEMENT TO THEIR DEMAND IN ARBITRATION

NOW COME Claimants James C. Hassell ("Jim") and Hassell Construction Company, Inc. (herein "HCCI") (collectively "Claimants") and pursuant to Preliminary Order No. 8, as amended by an email from the AAA case administrator, file this, their Supplement to their First Amended Demand For Arbitration, dated January 12, 2014, (hereinafter "Current Demand") and would show as follows:

1.       Claimants incorporate the allegations, claims, demands and exhibits contained in their Current Demand, except to the extent amended herein. *See* paragraph 11, *infra*.

2.       Claimants supplement their Current Demand, as more specifically set forth herein.

3.       The "Springwoods JV" and the "Hassell 2012 JV" involuntary bankruptcies were filed on February 5, 2015, shortly before a crucial evidentiary hearing in this arbitration proceeding on Claimants' Rule 56 Motion to Strike Respondents' Affirmative Claims and Respondents Request for Equitable and Injunctive Relief. This proceeding was, of course, immediately stayed.

012637.000001\4813-9978-8347.v1

4.      It is obvious from the timing of the bankruptcy filings that the intended purpose was nothing more than an attempt to stay this proceeding and to prevent discovery related to Respondents financial condition.

5.      It is obvious from the ultimate results of the bankruptcy filings, that they were unsuccessful at least, and frivolous at most.  For example, the Springwoods JV involuntary bankruptcy was "voluntarily" dismissed by Respondents after Judge Isgur threatened sanctions against them.

6.      Unfortunately, the bankruptcy filings did not merely delay this proceeding.  They cost the Claimants a substantial amount of money in legal fees and costs.  More importantly, during the pendency of the bankruptcy Respondents used the involuntary bankruptcy to disparage HCCI and to suggest to trade creditors and others doing business with HCCI that HCCI was bankrupt.  HCCI was inundated with inquiries as to its financial stability and whether it had filed bankruptcy.  Claimants were forced to respond to and attempt to assuage concerns of customers, trade creditors and others.  However, Respondents actions had the intended affect and caused HCCI to be stigmatized with the effects of an involuntary bankruptcy filing that alleged that HCCI could not pay their debts as they became due.  Respondents made sure to widely publicize the filings and the allegations, in order to inflict maximum damages upon HCCI.

7.      That stigma and Respondents' tactics, caused Claimants significant damages, for which they now make an additional claim in this proceeding.

8.      To add insult to injury, after steadfastly maintaining that they were partners with Claimants in the Springwoods project, Respondents filed a second petition in intervention in the Springwoods state court action, claiming, inter alia, that Claimants perpetuated a fraud on the court through the initial filing of their lawsuit, as well as fraud against a public entity, the Harris

2

County Improvement District #18, by entering into a sham contractor arrangement, under the provisions of the Property Code.

9.      Respondent, Royce Hassell admitted during testimony in the Springwoods JV involuntary bankruptcy that his company, RHHC, was responsible for all the losses on the Springwoods job, not losses caused by third parties, but losses caused or attributable to him or his company, the Claimants hereby seek as additional damages in this proceeding all losses incurred or suffered by Claimants as a direct and proximate result of Respondents' actions.

10.     Since Respondents owe Claimants for an admittedly large and growing, unpaid debt, and since Respondents are making claims in two state court proceedings, commonly known as the *Trunkline* and *Springwoods* cases, Claimants hereby seek the turnover of any proceeds from settlement or judgement in Respondents' favor, and seek an order that any sums recovered by Respondents be held in trust until a final award is made in this matter.

11.     The existing causes of action set forth in the Current Demand, are hereby supplemented with these additional facts.

12.     Finally, Claimants incorporate the description of the relationship between the parties, as set forth in the attached declaration of Phillip Hassell, *see* 2a, *supra*, and supplement and amend their Current Demand in each instance in which such relationship is discussed or described.

WHERFORE, PREMISES CONSIDERED, the Claimants respectfully request that they be awarded the relief set forth herein and in its Current Demand, and for such other and further relief to which they may show themselves justly entitled.

3

Respectfully submitted,

COATS | ROSE
*A Professional Corporation*

By: _____

Patrick E. Gaas, SBN:  07562790
pgaas@coatsrose.com
Heather Asselin, SBN:  00797143
hasselin@coatsrose.com
Edward Hubbard, SBN:  10131700
ehubbard@coatsrose.com
9 Greenway Plaza, Suite 1100
Houston, Texas 77046
(713) 651-0111
(713) 651-0220 facsimile

ATTORNEYS FOR CLAIMANTS JAMES C. HASSELL AND
HASSELL CONSTRUCTION COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the parties listed below via electronic transmission on the 2nd day of November, 2016.

Silvia T. Hassell
sehassell@aol.com
12512 Cutten Road, Suite A
Houston, Texas  77066

Leonard H. Simon
lsimon@pendergraftsimon.com
Pendergraft & Simon, L.L.P.
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas  77019

_____
Heather Asselin

012637.000001\4813-9978-8347.v1