# EXHIBIT E



**12211 DUNCAN ROAD**
**HOUSTON, TEXAS 77066**
PH. 281-893-2570
FAX 281-580-9170
*est. 1976*

August 7, 2012

Re: Meeting of August 1, 2012

Dear Royce,

This letter is in regards to our meeting on Wednesday, August 1 of 2012. Hassell Construction Company Inc. respectfully acknowledges and accepts your notification of your business decision to go in a different direction than what you had previously agreed upon. With respect to your new direction, Hassell would like to take this opportunity to give emphasis to our previous agreement with you that is still in place. You were notified via email on August 3, 2012 that you had exceeded your available funds, per our February agreement, and at this time no draw requests can be processed except for on-the-job payroll, which must include back up (i.e. time sheets, etc) and be certified by you.

Hassell plans to proceed with the Sylvan Rodriguez and Transtar projects with a written subcontract from R. Hassell Builders and provided that the company can adequately fund the projects through-out and up to the point of completion. Hassell Construction Company's portion will be 3% of the contract revenue and Southwest Escrow will handle all of the funds control, per the direction of the Surety Company. Hassell Construction Company, Inc. will pay the fee for the funds control. All administration of these projects will be handled through our office by Mike Hassell. No one from R. Hassell Builders or R. Hassell Company can represent themselves as Hassell Construction Company, Inc. in any manner. Hassell Construction Company will have a subcontract prepared for these two projects and submitted to you for your signature if these terms are agreeable to you. The Surety Company has verbally informed

Hassell Construction Company that they will no longer support any further work past these two projects with R. Hassell Builders and R. Hassell Company as the arrangements and conditions that were presented to them for approval of these projects will no longer take place.  Thank you in advance.


Sincerely,

James C. Hassell
CEO
Hassell Construction Company, Inc.
12211 Duncan Rd
Houston, TX 77066

# EXHIBIT F



**Chapman, Scott <Scott.Chapman@chsinc.com>**          11/4/13

to me

Mr. Hassell,

I have reviewed your request for information with our legal counsel who confirms CHS Surety is under no obligation to provide this information. On September 15th a similar request was made by Silvia Hassell on September 16th CHS Surety confirmed to Mrs. Hassell this information would not be provided.

Thank you

**Scott D. Chapman**
Director of Surety
CHS Surety

25025 I-45 N Freeway, Suite 525, The Woodlands, Texas 77380
Direct Phone: 832-482-4731
Direct Fax: 414-231-4600
Toll Free: 866-694-3018
Main Phone: 832-482-4730
Main Fax: 832-585-0781

*We do not guarantee receipt of incoming e-mail messages, be advised that coverage is not considered bound, changed or cancelled by using e-mail unless you receive subsequent written confirmation of your request or speak directly with one of our licensed representatives.*

*CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it are confidential information which is intended only for the named recipient and which may be legally privileged. If you receive this communication by error, please immediately notify the sender by telephone at 281-863-9861 for instructions on its destruction or return. Any disclosure, copying, distribution, or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited*

# EXHIBIT G



**Sawyer, Gene <Gene.Sawyer@libertymutual.com>**          9/11/13

to me

At this time, we are awaiting a response from Hassell Construction on your claim.  I expect they will respond soon with their position.  In the meantime, you should be gathering the support for your claim as outlined in our letter.

Lastly, it appears you may be an indemnitor listed on the indemnityagreement.  If that is the case, you would not be a proper claimant.  We will review this issue further to confirm.


Gene Sawyer
Liberty Mutual Surety
Surety Claims Dept
ph 214.622.9922

# EXHIBIT H

**Sawyer, Gene <Gene.Sawyer@libertymutual.com>**     8/21/14

to me, James

Royce –

In response to your email, we offer the following.

First of all, it is our understanding that R. Hassell Construction, Royce and
Silvia Hassell, personally, and the companies are indemnitors under certain
indemnity agreement in favor of Liberty. It is further our understanding that
there are no claims currently pending against Liberty which would give rise to
liability of Mr. Hassell, et al under any of the agreements.

You have asked for a confidential conversation with Liberty about issues that
may infer or could give rise to some legal liability of Liberty toward yourself. If
such a conversation were to occur, under no circumstances could we agree to
keep the content confidential. This is true whether Liberty has in-house
counsel or outside counsel attend such a meeting. Further, as an indemnitor,
you would be liable for all costs incurred by Liberty associated with such a
non-privileged conversation.

We would encourage you to send us any information or issues in writing to our
attention and we will respond as appropriate if necessary.

Gene Sawyer
Liberty Mutual Surety
Surety Claims Dept
ph 214.622.9922

# EXHIBIT I

# Transtar Funding Request

Inbox x

**Mike**                                                           8/23/13
**Hassell <mhassell@hassellconstruction.com>**
to me, Phil

Royce,

Your funding request for Transtar was forwarded to Beth Gary with Southwest Escrow. Mrs Gary has indicated a previous email but if you need her contact information her number is 281-298-5161 and email is bgary@swbc-csg,com. Please contact Mrs. Gary for all funding information.

Thank you,

Michael Hassell

# Hassell Construction - Funds Control

Inbox x

**Beth Gary <bgary@swec-csg.com>**                 8/15/13

to me

Royce,
My name is Beth Gary with Southwest Escrow. I am the funds control company that will be handling both jobs with Harris County for Transtar 1 and 2. I have attached the vouchers that we would like you to use when submitting your draw package for processing. I also need to see a copy of the budget for both jobs that breaks out cost and overhead & profit. Please let me know if you have any questions. I look forward to working with you on this job.

Thanks,
Beth Gary

******** *PLease Note our New Address* **********
*Beth Gary ~ bgary@swec-csg.com*
*Construction Services Group & Southwest Escrow Company*
*200 River Pointe Dr. Suite 306 ~ Conroe, TX 77304*
*Phone: 281-298-5161 ext. 201 ~ Fax: 281-298-8523*
**IN GOD WE TRUST**
*"This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail or by telephone."*

# EXHIBIT J

# Transtar



**Royce Hassell <conrcrete@gmail.com>**                    10/23/13

to James, Gene

Gentlemen,

I just received this email from Hassell Construction's "trust fund control" company Southwest. Of course I dispute Mrs. Gary's statement, especially since the last look I had at project costs before I was locked out showed an almost $300,000 advance (over) billing and those funds have not been deposited with Southwest that I know of. Furthermore the project was making our projected profit.

Without funds we will suspend operations very soon.

Sincerely,

Royce

**Beth Gary**                                        3:56 PM (1 hour ago)

to me, jphassell, Shawn, Mike

Royce,

I have received your voicemail about the inquiry when a check will be ready for R. Hassell Builders. We will not be issuing any checks to R. Hassel Builders until the shortfall on Transtar 1 is sufficed to pay all vendors that are due money for July and August. Please let me know if you have any questions.

Thanks,
Beth Gary

********   *PLease Note our New Address* **********
*Beth Gary ~ bgary@swec-csg.com*
*Construction Services Group & Southwest Escrow Company*
*200 River Pointe Dr. Suite 306 ~ Conroe, TX 77304*
*Phone: 281-298-5161 ext. 201 ~ Fax: 281-298-8523*
**IN GOD WE TRUST**

# EXHIBIT K



**12211 DUNCAN ROAD
HOUSTON, TEXAS 77066**
PH. 281-893-2570
FAX 281-580-9170
*est. 1976*

September 17, 2013

RRR No. 70082810000135472271 &

BY TELECOPIER  713-963-9169

Re: Letter of Conflict

Dear Pascal,

I am writing to inform you that I am rescinding my signature on the letter dated March 26, 2013, concerning the engagement of Coats|Rose. I was influenced by Royce Hassell to sign that letter, and as part of an effort at family reconciliation, I did so. However, regrettably the letter presented to me by Royce contains or implies facts that are not true. When we consulted Coats|Rose, we sought advice only on behalf of Hassell Construction Company, Inc., and not for Royce or any of his companies. We didn't even have knowledge of the matter referenced in the letter, and clearly did not and could not have imparted confidential information to Coats|Rose concerning the matter. There is not now, nor has there ever been a conflict regarding our engagement with Coats|Rose, and it should not have been suggested to them otherwise. Please be clear on our position – we have no objection to Coats|Rose's continued participation in whatever matter they are involved in with regards to R. Hassell. Please also note that we do not consent to the use of that letter for any purpose. If required to do so, we will furnish testimony or affidavits about the letter consistent with this communication.

Also, be advised that until otherwise notified, Coats|Rose is our counsel in all matters concerning our relationship with Royce Hassell or his companies; therefore, should you need to communicate with us regarding that relationship, please do so through Patrick Gaas at Coats|Rose.

One more thing – we did not authorize the receipt of the previous engagement agreement and retainer check from Coats|Rose. It was never disclosed to us that you had received the check. Please return both items to me, they can be sent to Mr. Gaas.

Sincerely,

Hassell Construction Company, Inc.

James P. Hassell

President

# EXHIBIT L



**12211 DUNCAN ROAD**
**HOUSTON, TEXAS 77066**
PH. 281-893-2570
FAX 281-580-9170
*est. 1976*

NOTICE TO OWNER AND ORIGINAL CONTRACTOR

August 15, 2013

Stellar Oilfield Rentals
28024 N. Highway 288B
Angelton, TX 77515
CERTIFIED MAIL/RETURN RECEIPT
REQUESTED: # 70082810000135472240

R. Hassell Builders
12512 Cutten Rd. Suite A
Houston, TX 77066
CERTIFIED MAIL/RETURN RECEIPT
REQUESTED: # 70082810000135472257

    We have furnished labor and materials to R. Hassell Builders, contractor on the construction in progress on your property located at 28024 N. Highway 288B, Angleton TX 77515. We have not been paid the amount due us through the month of July in the amount of 143,881.27, as shown by the attached statement which is made a part hereof. Under the mechanic's lien laws of Texas, a subcontractor or supplier of goods or labor is required to notify the owner of all claims which are not paid. Failure to give this notice may cause us to lose our rights under the mechanic's lien laws if the sums are not finally paid.

    The law requires that we advise you that if our bill is not paid, you may be personally liable and your property subjected to a lien unless you withhold payments to the contractor for payment of our statement or unless the bill is otherwise paid or settled.

Demand is hereby made for the payment of our claim from funds withheld by owner unless the contractor disputes this claim as required by law.

Should you have any question concerning our claim, please advise us. We will appreciate being advised if there is a dispute as to our claim.

            Sincerely,

            Hassell Construction Company, Inc.

            Michael L. Hassell
            Executive Vice-President

RECEIVED AUG 1 9 2013

# EXHIBIT M



# COATS | ROSE
*A Professional Corporation*

BRADLEY J. REEVES
ASSOCIATE

breeves@coatsrose.com
Direct Dial
(713) 653-5711

November 15, 2013

## NOTICE OF FILED AFFIDAVIT CLAIMING
## MECHANIC'S AND MATERIALMEN'S LIEN

*Via Certified Mail/RRR #7196 9008 9111 8513 5565*
Stellar Oilfield Rentals
28024 N. Highway 288B
Angleton, TX 77515
      c/o Randy Pelt
      P.O. Box 1839
      Angleton, TX 77516-1839

      Re:    Lien Affidavit of Hassell Construction Company, Inc. for Stellar Oilfield Rentals
              Project

To Whom It May Concern:

      Enclosed is a copy of the mechanic's and materialman's lien affidavit filed with the Brazoria County clerk on November 14, 2013.

      Demand is hereby made upon you for the immediate payment of the amount claimed in the affidavit. If you know of any reason why you may not be liable for this obligation, in whole or in part, please inform us accordingly as soon as possible.

      Also, if a payment pond has been furnished, please forward a copy of the affidavit to the surety and let us know the name and address of the surety and its agent. We would also request a copy of the bond.

      We regret that this action had to be taken. If there is any reason why you believe that you or your property should not be liable for this claim, please contact Pat Gaas or Brad Reeves of Coats, Rose, Yale, Ryman & Lee, P.C. within the next ten (10) days so that this matter can be resolved without formal legal action. Thank you for your assistance in this matter.

RECEIVED NOV 1 8 2013

3 East Greenway Plaza, Suite 2000   Houston, Texas 77046-0307
Phone: 713-651-0111   Fax: 713-651-0220
Web: www.coatsrose.com

HOUSTON | CLEAR LAKE | AUSTIN | DALLAS | SAN ANTONIO | NEW ORLEANS
4848-4037-1478.v1

November 15, 2013
Page 2

Sincerely,

Patrick E. Gaas
Bradley J. Reeves

PEG/bjr
Enclosures

cc:   *Via Certified Mail/RRR #7196 9008 9111 8513 5572*
      R. Hassell Builders, Inc.
      By and through registered agent:
      Royce J. Hassell
      12512 Cutten Rd., Suite A
      Houston, TX 77066-1822

2013055624 MML
Total Pages: 4                    MC

## AFFIDAVIT CLAIMING MECHANIC'S AND MATERIALMEN'S LIEN

STATE OF TEXAS      §
                        §
COUNTY OF HARRIS    §

BEFORE ME, a notary public in and for the State of Texas, on this day personally appeared the undersigned, who being by me duly sworn, on oath states:

1.      My name is James Phillip Hassell. I am President of Hassell Construction Company, Inc. ("Claimant") and am authorized to make this affidavit on its behalf as the sworn statement of its claim.

2.      Claimant furnished labor and/or materials for the improvement of the following described property in Brazoria County, Texas:

*Commonly known as* **28024 N. Highway 288B, Angleton, Brazoria County, Texas 77515.**

3.      The name and last known address of the person or entity to whom the labor and/or materials were furnished for such improvement is Stellar Oilfield Rentals, care of Randy Pelt, P.O. Box 1839, Angleton, Texas 77516-1839, at the request of R. Hassell Builders, Inc., care of registered agent, Royce J. Hassell, 12512 Cutten Rd., Suite A, Houston, TX 77066-1822. It is believed that the labor and/or materials were furnished to Stellar Oilfield Rentals pursuant to a request made to R. Hassell Builders, Inc., who in turn requested the labor and/or materials be furnished by Claimant.

4.      The name and address of the Original Contractor for such improvement is R. Hassell Builders, Inc., care of registered agent, Royce J. Hassell, 12512 Cutten Road, Suite A, Houston, TX 77066-1822.

5.      The name and last known address of the owner or reputed owner of the land and the improvements thereon is Stellar Oilfield Rentals, care of Randy Pelt, P.O. Box 1839, Angleton, Texas 77516-1839.

6.      The labor and/or material furnished by Claimant is generally described as provided materials, equipment, and labor to remove existing materials and place on-site, grade existing areas and place asphalt base for driving and/or parking/storage areas. Claimant is hereby asserting a claim for work performed and/or materials furnished in the months of April, May, June, and July, 2013.

8.      The amount due, owing and unpaid to claimant for such labor and/or material is $143,881.27, which is true, correct, and just, with all just and lawful offsets, payments, and credits known to affiant allowed.

9.      Claimant's name is Hassell Construction Company, Inc. and its mailing and physical address is 12211 Duncan Road, Houston, TX 77066.

10. Claimant sent its Notice of Claim to Stellar Oilfield Rentals and R. Hassell Builders, Inc., on August 15, 2013 by certified mail, return receipt requested. A second notice was sent to Stellar Oilfield Rentals and R. Hassell Builders, Inc. on September 13, 2013 prior to the filing of this lien affidavit.

Claimant claims a lien against all the above described property and improvements thereon in the amount shown above pursuant to Chapter 53 of the Property Code of the State of Texas, and makes this sworn statement of claim in support thereof.

Claimant expressly claims a first lien on all removables and claims a Constitutional mechanic's and materialman's lien to the extent that Claimant is deemed an Original Contractor.

HASSELL CONSTRUCTION COMPANY, INC.



James Phillip Hassell, President

Subscribed and sworn to before me by the said James Phillip Hassell this 14th day of November, 2013, to certify which witness my hand and seal of office.

MARTHA E. BREIDENTHAL
MY COMMISSION EXPIRES:
May 04, 2016

Notary Public in and for the
STATE OF TEXAS

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

BEFORE ME, the undersigned authority, on this day personally appeared James Phillip Hassell, President of Hassell Construction Company, Inc., known to me to be the person whose name is subscribed to the foregoing instrument, who after being by me duly sworn acknowledged that the statements contained above are true and correct, that he/she executed same for the purposes and consideration therein expressed, in the capacity therein stated, and as the act and deed of said corporation.

Given under my hand and seal of office, this 14th day of November, 2013.

MARTHA E. BREIDENTHAL
MY COMMISSION EXPIRES:
May 04, 2016

Notary Public in and for the
STATE OF TEXAS

2

4828-4571-3173.v1

AFTER RECORDING RETURN TO:

Patrick E. Gaas
Coats, Rose, Yale, Ryman & Lee, P.C.
3 E. Greenway Plaza, Suite 2000
Houston, TX 77046

4847-6315-1893, v. 1

4828-4571-3173.v1

# FILED and RECORDED

Instrument Number: 2013055624

Filing and Recording Date: 11/14/2013 04:35:08 PM  Pages: 4  Recording Fee: $24.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Brazoria County, Texas.



Joyce Hudman, County Clerk
Brazoria County, Texas

ANY PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR IS INVALID UNDER FEDERAL LAW AND IS UNENFORCEABLE.

*DO NOT DESTROY - Warning, this document is part of the Official Public Record.*

cclerk-carla