Phillip Hassell  **70**
Hassell v RHHC
6/2/2017
Peggy Antone, CRR

# HASSELL CONSTRUCTION COMPANY, INC.

### FINANCIAL STATEMENTS

### FOR THE YEAR ENDED JUNE 30, 2016



**Morris, Ligon & Rodriguez**
Certified Public Accountants
A Professional Corporation

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002087

**HCCI Net
Worth Contest
Exhibit _____**

**Exhibit
H**

RHHC Parties Ex. 398

# HASSELL CONSTRUCTION COMPANY, INC.

## FINANCIAL STATEMENTS

### FOR THE YEAR ENDED JUNE 30, 2016

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-00208

# C O N T E N T S

**FINANCIAL STATEMENTS**

| | |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 2 |
| BALANCE SHEET | 4 |
| STATEMENT OF INCOME AND RETAINED EARNINGS | 5 |
| STATEMENT OF CASH FLOWS | 7 |
| NOTES TO FINANCIAL STATEMENTS | 8 |

**SUPPLEMENTAL SCHEDULES**

| | |
|---|---|
| INDEPENDENT AUDITORS' REPORT ON SUPPLEMENTARY INFORMATION | 18 |
| ACCOUNTS RECEIVABLE | 19 |
| NOTES PAYABLE | 20 |
| RECONCILIATION OF CONTRACT REVENUE AND COST | 21 |
| CONTRACTS IN PROGRESS | 22 |
| COMPLETED CONTRACTS | 24 |

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002089



**Morris, Ligon & Rodriguez**
Certified Public Accountants
A Professional Corporation

245 Commerce Green, Suite 210
Sugar Land, Texas 77478
(281) 242-2400
Fax: (281) 242-6717
http://www.mlrcpa.com

## INDEPENDENT AUDITORS' REPORT

Board of Directors
Hassell Construction Company, Inc.
Houston, Texas

We have audited the accompanying financial statements of Hassell Construction Company, Inc., which comprise the balance sheet as of June 30, 2016, and the related statements of income and retained earnings and cash flows for the year then ended, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements
Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of the financial statements that are free from material misstatement, whether due to fraud or error.

### Auditors' Responsibility
Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our qualified audit opinion.

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002090

Independent Auditors' Report
Page 2

## Basis for Qualified Opinion

As discussed in Note 14 to the financial statements, the Company has reported in other assets an account receivable and a note receivable from various related parties in the aggregate amount of $4,128,861. We were unable to obtain appropriate and sufficient audit evidence about the carrying amount and collectability of the receivables because we were unable to confirm the amounts with the related parties. Consequently, we were unable to determine whether any adjustment to this amount was necessary.

## Qualified Opinion

In our opinion, except for the possible effects on the June 30, 2016 financial statements of the matter discussed in the Basis for Qualified Opinion paragraph, the financial statements referred to in the first paragraph present fairly, in all material respects, the financial position of Hassell Construction Company, Inc. as of June 30, 2016, and the results of its operations and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

Morris, Ligon & Rodriguez

*Morris, Ligon & Rodriguez*

October 24, 2016

HASSELL CONSTRUCTION COMPANY, INC.
BALANCE SHEET
JUNE 30, 2016

A S S E T S

| | | | |
|---|---|---:|---:|
| **CURRENT ASSETS:** | | | |
| Cash | | | $ 1,365,929 |
| Certificate of deposit | | | 673,625 |
| Accounts receivable: | | | |
| Estimates and trade | $ 4,029,301 | | |
| Retainage | 1,979,499 | | |
| Officers | 13,017 | | |
| Affiliate | 459 | | |
| Other | 3,519 | | 6,025,795 |
| Work in progress: | | | |
| Cost and estimated earnings in excess | | | |
| of billings on contracts in progress | | | 1,039,894 |
| Prepaid expenses and deposits: | | | |
| Prepaid rent | 1,000 | | |
| Prepaid insurance | 60,773 | | |
| Deposits - other | 9,457 | | 71,230 |
| | | | |
| Total current assets | | | 9,176,473 |
| | | | |
| **PROPERTY AND EQUIPMENT:** | | | |
| Buildings and improvements | 198,574 | | |
| Machinery and equipment | 8,506,898 | | |
| Leasehold improvements | 109,498 | | |
| Automobiles and trucks | 164,723 | | |
| Furniture and fixtures | 104,036 | | |
| | 9,083,729 | | |
| Less accumulated depreciation | 6,889,915 | | |
| | 2,193,814 | | |
| Land | 79,145 | | 2,272,959 |
| | | | |
| **OTHER ASSETS:** | | | |
| Accounts receivable - trade and retainage | 302,909 | | |
| Account receivable - related parties | 3,766,012 | | |
| Note receivable - related party | 362,849 | | |
| Miscellaneous deposits | 3,027 | | |
| Certificate of deposit | 1,502,398 | | |
| Cash value life insurance | 63,622 | | 6,000,817 |
| | | | |
| TOTAL | | | $ 17,450,249 |

See notes to financial statements

## LIABILITIES AND STOCKHOLDERS' EQUITY

**CURRENT LIABILITIES:**

| | | | |
|---|---|---|---|
| Current maturities of long-term debt | | $ | 454,870 |
| Accounts payable: | | | |
| Trade | $ 2,836,720 | | |
| Subcontractor retainage | 534,020 | | |
| Miscellaneous | 4,243 | 3,374,983 | |
| Accrued expenses: | | | |
| Insurance, interest and taxes | 121,132 | | |
| Payrolls | 125,726 | | |
| Other | 126,188 | 373,046 | |
| Advance billings: | | | |
| Billings in excess of cost and estimated earnings on contracts in progress | | 1,227,689 | |
| Federal income tax payable - current | | 304,611 | |
| Total current liabilities | | 5,735,199 | |

**DEFERRED FEDERAL INCOME TAX**                    578,550

**LONG-TERM DEBT:**

| | | |
|---|---|---|
| Total | 5,002,387 | |
| Less current maturities | 454,870 | 4,547,517 |

**STOCKHOLDERS' EQUITY:**

| | | |
|---|---|---|
| Preferred stock | 1,647,000 | |
| Common stock | 112,006 | |
| Additional paid-in capital | 1,059,903 | |
| Retained earnings | 4,174,095 | |
| | 6,993,004 | |
| Less treasury stock - at cost | (404,021) | 6,588,983 |

TOTAL                                   $ 17,450,249

**HASSELL CONSTRUCTION COMPANY, INC.**
**STATEMENT OF INCOME AND RETAINED EARNINGS**
**FOR THE YEAR ENDED JUNE 30, 2016**

| | | |
|---|---:|---:|
| **CONSTRUCTION REVENUE** | | $ 26,264,174 |
| | | |
| **DIRECT COSTS:** | | |
| Labor | $ 3,714,264 | |
| Materials | 11,976,263 | |
| Subcontracts | 3,447,173 | |
| Depreciation | 968,713 | |
| Equipment operating costs | 623,136 | |
| Leased employees | 936,049 | |
| Labor burden and fringes | 718,563 | |
| Equipment rentals | 1,190,036 | |
| Tools and supplies | 75,417 | |
| Automobiles and trucks | 233,475 | |
| Performance bonds | 49,257 | |
| Minor equipment rentals | 67,831 | |
| Field office | 47,578 | |
| Other direct costs | 492,327 | 24,540,082 |
| | | |
| **FIELD PROFIT** | | 1,724,092 |
| | | |
| **GENERAL AND ADMINISTRATIVE EXPENSES:** | | |
| Car allowance and operations | 44,530 | |
| Computer expense | 17,709 | |
| Contributions | 3,450 | |
| Depreciation | 11,719 | |
| Dues and subscriptions | 18,166 | |
| Insurance | 205,706 | |
| Leased employees | 1,711,225 | |
| Legal and professional | 305,375 | |
| License and permits | 13,266 | |
| Meals and entertainment | 17,735 | |
| Office supplies and expense | 61,328 | |
| Rent | 81,672 | |
| Salaries - office | 10,259 | |
| Salaries - officer | 80,821 | |
| Salaries - safety award bonuses | 15,080 | |
| Sales and promotional | 3,532 | |
| Taxes - ad valorem and general | 208,463 | |
| Taxes - payroll | 5,432 | |
| Telephone and radio | 59,117 | |
| Travel | 3,907 | |
| Utilities | 11,157 | |
| Miscellaneous | 43,574 | 2,933,223 |
| | | |
| **OPERATING LOSS** | | (1,209,131) |
| | | |
| **OTHER INCOME (EXPENSE):** | | |
| Gain on disposal of assets | 2,376,547 | |
| Interest income | 184,907 | |
| Interest expense | (206,838) | |
| Miscellaneous | 7,784 | 2,362,400 |
| | | |
| **INCOME BEFORE FEDERAL INCOME TAXES** | | 1,153,269 |

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002094

**HASSELL CONSTRUCTION COMPANY, INC.**
**STATEMENT OF INCOME AND RETAINED EARNINGS**
**FOR THE YEAR ENDED JUNE 30, 2016**

| | | |
|---|---|---|
| **PROVISION FOR FEDERAL INCOME TAXES:** | | |
| Current | 438,873 | |
| Deferred | (40,935) | 397,938 |
| **NET INCOME** | | 755,331 |
| **RETAINED EARNINGS - BEGINNING OF YEAR** | | 3,418,764 |
| **RETAINED EARNINGS - END OF YEAR** | | $  4,174,095 |

See notes to financial statements

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002095

HASSELL CONSTRUCTION COMPANY, INC.
STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED JUNE 30, 2016

**CASH FLOWS FROM OPERATING ACTIVITIES:**

| | | | |
|---|---|---|---|
| Net income | $ | 755,331 | |
| Adjustments to reconcile net income to net cash | | | |
| used by operating activities: | | | |
| Depreciation | | 980,432 | |
| Increase in cash surrender value of life insurance | | (3,885) | |
| Deferred federal income tax | | (40,935) | |
| Gain on disposal of assets | | (2,376,547) | $ (685,604) |
| | | | |
| Changes in operating assets and liabilities: | | | |
| Decrease (increase) in operating assets: | | | |
| Accounts receivable | | 511,849 | |
| Work in progress | | 523,833 | |
| Prepaid expenses and deposits | | (6,981) | |
| Other assets | | (176,349) | |
| Increase (decrease) in operating liabilities: | | | |
| Accounts payable | | (2,260,484) | |
| Accrued expenses | | 29,543 | |
| Advance billings | | 505,065 | |
| Federal income tax payable - current | | 304,611 | (568,913) |

**CASH FLOWS FROM INVESTING ACTIVITIES:**

| | | | |
|---|---|---|---|
| Net investment in certificates of deposits | | (1,504,419) | |
| Proceeds from disposal of assets | | 2,827,283 | |
| Purchase of property and equipment | | (83,270) | 1,239,594 |

**CASH FLOWS FROM FINANCING ACTIVITIES:**

| | | | |
|---|---|---|---|
| Proceeds from long-term debt | | 976,217 | |
| Payments of long-term debt | | (1,788,031) | (811,814) |

| | | | |
|---|---|---|---|
| DECREASE IN CASH | | | (826,737) |
| CASH - BEGINNING OF YEAR | | | 2,192,666 |
| CASH - END OF YEAR | | | $ 1,365,929 |

**SUPPLEMENTAL DISCLOSURES:**

| | | | |
|---|---|---|---|
| Income tax paid | | | $ 83,500 |
| Interest paid | | | 206,838 |
| Non-cash investing and financing activities: | | | |
| Direct financing of property and equipment purchases | | | 1,049,945 |

See notes to financial statements

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002096

**HASSELL CONSTRUCTION COMPANY, INC.**
**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED JUNE 30, 2016**

1. **Nature of Business and Significant Accounting Policies**

Nature of Business
The Company's operations consist of concrete paving, underground utility installation and site work.

Accounting Estimates
The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those amounts.

Fair Value Measurements
The carrying value of cash and cash equivalents, accounts receivable, prepaid expenses and deposits, accounts payable and accrued expenses approximate fair value due to the short-term maturities of these assets and liabilities. The carrying amounts of the Company's long-term debt approximate fair value based on borrowing rates currently available for debt of similar terms and maturities.

Balance Sheet Classifications
The Company includes in current assets and current liabilities amounts, such as retentions, receivable and payable, under construction contracts which may extend beyond one year. A one-year time period is used as the basis for classifying all other current assets and current liabilities.

Cash and Cash Equivalents
Cash includes checking, money market, and certificate of deposit accounts, and all highly liquid investments with an original maturity of three months or less, if any.

Certificates of Deposit
Certificates of deposit with a maturity in excess of three months but less than one year are included in current assets on the balance sheet. Certificates of deposit with remaining maturity dates in excess of one year are included in other assets on the balance sheet. Certificates of deposit are stated at cost plus accrued interest (see Note 3).

Income and Expense Recognition
Income and expenses are recognized using the accrual method of accounting with revenue from long-term construction contracts being recognized using the percentage of completion method. The percentage of completion is determined by the ratio of cost incurred to date to the estimated total cost to be incurred. No field profit is recognized on contracts less than fifteen percent complete. Losses on contracts are provided for in their entirety when estimates indicate a loss will be incurred.

The Company has occasionally combined contracts that are in the same area with the same owner. The Audit and Accounting Guide for Construction Contractors states that the basic presumption should be that each contract represents a separate profit center, that is, costs and revenues are generally accumulated and income is normally measured on a contract-by-contract basis. The basic presumption can only be overcome by persuasive evidence to the contrary. Management believes there is persuasive evidence that combining these contracts is necessary, on these occasions, as the jobs are in such close proximity to each other that each job benefits from sharing costs and resources so the matching of revenue and costs are more accurate if combined. Management also believes there is no material difference between the income recognized on the contracts combined and the income that would be recognized if the contracts were separately stated.

**HASSELL CONSTRUCTION COMPANY, INC.**
**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED JUNE 30, 2016**

1. **Nature of Business and Significant Accounting Policies - Continued**

Deferred Federal Income Tax
Deferred federal income tax is determined using the liability method, where deferred tax assets and liabilities are recognized for temporary differences between the tax basis of assets and liabilities and their reported amounts in the financial statements. Deferred tax assets include tax carryforwards and are reduced by a valuation allowance if, based on available evidence, it is more likely than not that some portion or all of the deferred tax asset will not be realized.

Property, Equipment, and Depreciation
Property and equipment are stated at cost. Maintenance and repairs are charged to operations as incurred. Depreciation is computed using the straight-line method over the following estimated useful lives:

| | |
|---|---|
| Buildings and improvements | 15 to 25 years |
| Machinery and equipment | 3 to 8 years |
| Leasehold improvements | 15 to 20 years |
| Automobiles and trucks | 5 years |
| Furniture and fixtures | 3 to 8 years |

Advertising
The Company expenses advertising costs when incurred.

Accrued Compensated Absences
Certain employees are entitled to paid vacations, sick days and personal days off, depending on job classification, length of service, and other factors. An accrued compensated absences estimate has not been made for the year ended June 30, 2016. Management does not expect this cost to have a significant impact on the Company's financial statements.

Warranties
Many of the Company's construction contracts contain warranty provisions covering defects in equipment, materials or workmanship that continue up to one year after the customer accepts the project or upon substantial completion. Because the Company has not experienced material warranty costs management does not believe an accrual for these costs is necessary.

2. **Concentration of Credit Risk**

The Company maintains cash accounts and certificates of deposit in several banks. The accounts are insured up to $250,000 at each institution by the Federal Deposit Insurance Corporation. The amounts in excess of this coverage are uninsured and are subject to loss should the banks fail, with possible offset against outstanding loans. At June 30, 2016 the Company had $3,251,300 in uninsured cash and certificate of deposit balances.

The Company provides construction services for and grants credit to various governmental and private entities located throughout the greater Houston and Southeast Texas areas.

3. **Certificates of Deposit**

At June 30, 2016, the Company had a three month certificate of deposit in the amount of $181,206, with interest of .125%, maturing September 30, 2016. On September 30, 2016 the Company renewed this certificate of deposit (see Note 17).

At June 30, 2016, the Company had a one year certificate of deposit in the amount of $673,625, with interest of .3%, maturing August 24, 2016. On August 24, 2016 the Company renewed this certificate of deposit (see Note 17).

HASSELL CONSTRUCTION COMPANY, INC.
NOTES TO FINANCIAL STATEMENTS
FOR THE YEAR ENDED JUNE 30, 2016

### 3. Certificates of Deposit - Continued

At June 30, 2016, the Company also had a two year certificate of deposit in the amount of $1,502,398, with interest of .65%, maturing February 25, 2018. The certificate serves as collateral on the Company's line of credit with CommunityBank of Texas (see Note 5).

### 4. Accounts Receivable and Bad Debt Allowance

Trade accounts receivable are periodically evaluated for collectability based on past credit history with customers and their current financial condition. Management of the Company is of the opinion trade accounts receivable at June 30, 2016 are collectible. Accordingly, no provision for bad debt allowance has been made.

At June 30, 2016 the Company had an accounts receivable trade and retainage balance of $302,909 where collection is being delayed as a result of a lawsuit (see Note 16). Management is of the opinion this balance is collectible. The account receivable is shown as other assets in these financial statements.

### 5. Line of Credit

During the year ended June 30, 2016 the Company extended its line of credit agreement with CommunityBank of Texas to mature on July 25, 2017 with an interest rate equal to the greater of the published prime rate or 5%, collateralized by chattel paper, accounts, eligible equipment, general intangibles, a Deed of Trust, a certificate of deposit, and the personal guaranty of the principal stockholder. The agreement provides for advances up to $5,000,000 limited to the borrowing base. The borrowing base is 80% of eligible accounts receivable reported at the end of each month and 65% of eligible equipment. The equipment must be appraised at least once in each fiscal year by an appraisal firm acceptable to lender. At June 30, 2016 the Company had a $3,813,711 balance on the line of credit (see Note 6).

The line of credit agreement requires that the Company meet certain financial covenants at all times including a current ratio of not less than 1.25 to 1.00, working capital of not less than $3,000,000, tangible net worth of not less than $5,250,000 and debt to tangible net worth of not more than 3.5 to 1.00 all of which are to be tested at the end of each fiscal year. The agreement also requires that the Company be in compliance with various affirmative and negative covenants.

### 6. Long-Term Debt

Long-term debt consists of the following:

| | | |
|---|---|---|
| Note payable in monthly installments of $3,334, including annual interest of 4%, collateralized by a Peterbilt tractor | $ | 15,460 |
| Note payable in monthly installments of $4,565, including annual interest of 3.6%, collateralized by various equipment | | 31,572 |
| Note payable in monthly installments of $1,729, including annual interest of 5%, collateralized by a Ford F550 | | 6,452 |
| Note payable in monthly installments of $2,557, with no interest, collateralized by a planer | | 25,563 |
| Note payable in monthly installments of $1,941, including annual interest of 4.5%, collateralized by a Peterbilt 337 | | 22,586 |

HASSELL CONSTRUCTION COMPANY, INC.
NOTES TO FINANCIAL STATEMENTS
FOR THE YEAR ENDED JUNE 30, 2016

6. Long-Term Debt - Continued

| | |
|---|---:|
| Note payable in monthly installments of $2,589, including annual interest of 1.24%, collateralized by a D21P-8 crawler dozer | 4,858 |
| Note payable in monthly installments of $2,767, with no interest, collateralized by a D39PX-23 crawler dozer | 60,883 |
| Note payable in monthly installments of $2,804, with no interest, collateralized by a WA200-6 wheel loader | 61,694 |
| Note payable in monthly installments of $2,719, with no interest, collateralized by a PC88MR-8 hydraulic excavator | 19,031 |
| Note payable in monthly installments of $4,151, with no interest, collateralized by a D61PX-23 crawler dozer | 178,486 |
| Note payable in monthly installments of $4,151, with no interest, collateralized by a D61PX-23 crawler dozer | 178,486 |
| Note payable in monthly installments of $3,839, with no interest, collateralized by a PC240LC-10 hydraulic excavator | 165,098 |
| Note payable in monthly installments of $2,984, with no interest, collateralized by a WA200-7 wheel loader | 128,295 |
| Note payable in monthly installments of $3,178, with no interest, collateralized by a WA200-7 wheel loader | 136,662 |
| Note payable in monthly installments of $3,571, with no interest, collateralized by a PC240LC-10 hydraulic excavator | 153,550 |
| Line of credit (see Note 5) | 3,813,711 |
| | 5,002,387 |
| Less current maturities | 454,870 |
| | $ 4,547,517 |

The following are maturities of long-term debt:

| | | |
|---|---|---:|
| June 30, 2017 | $ | 454,870 |
| June 30, 2018 | | 4,131,914 |
| June 30, 2019 | | 262,486 |
| June 30, 2020 | | 153,117 |
| | $ | 5,002,387 |

Certain note agreements contain a due on demand clause. Subsequent to June 30, 2016 the Company obtained waivers for these due on demand clauses.

7. Operating Leases

During the year ended June 30, 2016 the Company leased certain equipment and vehicles under agreements classified as operating leases. Total rental expense incurred by the Company for these leases for the year ended June 30, 2016 was $413,664.

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002100

HASSELL CONSTRUCTION COMPANY, INC.
NOTES TO FINANCIAL STATEMENTS
FOR THE YEAR ENDED JUNE 30, 2016

## 7. Operating Leases - Continued

Minimum future rental payments under non-cancelable operating leases having remaining terms in excess of one year as of June 30, 2016 are:

| Year Ended | Amount |
|---|---|
| June 30, 2017 | $ 266,781 |
| June 30, 2018 | 72,892 |
| | $ 339,673 |

## 8. Deferred Federal Income Tax

Deferred federal income tax is provided for the difference between financial and taxable income resulting from the use of the Modified Accelerated Cost Recovery System for federal income tax purposes. At June 30, 2016 the Company had a deferred tax liability in the amount of $578,550.

## 9. Capital Structure

| | Authorized | Issued | |
|---|---|---|---|
| | Shares | Shares | Par Value |
| Class A common stock - $1 par value | 1,000,000 | 102,006 | $ 102,006 |
| Class B common stock - no par value | 1,000,000 | 130,099 | 10,000 |
| Preferred stock - $15 par value | 1,000,000 | 109,800 | 1,647,000 |
| | 3,000,000 | 341,905 | $ 1,759,006 |

At June 30, 2016, 27,450 shares of preferred stock and 36,300 shares of class A common stock were held as treasury stock.

Class A common stock has voting rights of one vote per share and no liquidation or dividend preference.

Class B common stock has no voting rights until the death of James C. Hassell, the principal stockholder, whereupon class B common shares shall become entitled to one vote per share. It has no liquidation or dividend preference.

The preferred stock has voting rights of ten votes per share and a liquidation preference of 100% of its par value per share. It has first priority to non-cumulative, non-participating dividends of 9% of its par value.

## 10. Significant Estimates

As stated in Note 1, the Company uses the percentage of completion method for recognizing revenue earned on contracts in progress. The reliability of this method for determining revenue earned to date is dependent on the accuracy of the contract amounts and management's estimate of the cost to complete the contracts. Contract amounts are determined based on the original estimate of the unit quantities multiplied by the unit prices. It is reasonably possible that future quantity variances could occur due to changes in the scope of the original contract or due to differences in actual quantities incurred upon completion from those originally estimated at inception of the contract. Management's estimates of cost to complete contracts in progress at the balance sheet date could change due to unpredictable events such as adverse weather. Significant changes in the contract amounts or total estimated cost could materially effect the revenue and net income reported on the statement of income and retained earnings.

HASSELL CONSTRUCTION COMPANY, INC.
NOTES TO FINANCIAL STATEMENTS
FOR THE YEAR ENDED JUNE 30, 2016

### 11. Cost and Estimated Earnings on Contracts in Progress

Billings in excess of cost and estimated earnings on contracts in progress at June 30, 2016 consist of the following:

| | | | | |
|---|---|---|---|---|
| Billings to date | | | $ | 89,954,691 |
| Less: | | | | |
|     Cost to date | $ | 84,793,186 | | |
|     Estimated earnings | | 4,973,710 | | 89,766,896 |
|    Billings in excess of cost and estimated earnings -- net | | | $ | 187,795 |
| | | | | |
| Billings in excess of cost and estimated earnings on contracts in progress | | | $ | 1,227,689 |
| Cost and estimated earnings in excess of billings on contracts in progress | | | | 1,039,894 |
|    Billings in excess of cost and estimated earnings - net | | | $ | 187,795 |

### 12. Backlog

The following schedule summarizes changes in backlog amounts on contracts during the year ended June 30, 2016. Backlog represents the amount of gross revenue the Company expects to realize from contracts in progress at year end and contractual agreements on work which has not yet begun.

| | | |
|---|---|---|
| Backlog balance at June 30, 2015 | $ | 23,126,876 |
| Revisions to contract estimates at June 30, 2015 | | 817,146 |
| New contracts added during the year ended June 30, 2016 | | 7,247,856 |
| | | 31,191,878 |
| Less contract revenues earned during the year ended June 30, 2016 | | 26,264,174 |
| Backlog balance at June 30, 2016 | $ | 4,927,704 |

The Company entered into additional contracts with estimated revenues of $12,976,557 between July 1, 2016 and October 24, 2016.

### 13. Major Customers

For the year ended June 30, 2016 the Company had revenues in excess of 10% of its gross revenues attributable to various customers which totaled $11,093,720. At June 30, 2016 amounts due from these customers included in accounts receivable were $3,271,258.

### 14. Related Party Transactions

During the year ended June 30, 2016 the Company rented certain equipment from a trust which owns all of the class B common stock of the Company. The rental costs incurred during the year ended June 30, 2016 were $81,188 reported in direct costs - equipment rentals on the statement of income and retained earnings, and accrued expenses - other on the balance sheet.

During the year ended June 30, 2016 the Company entered into a contract with a related company, owned 50% by the principal stockholder of the Company, to provide paving services related to a community development. The contract is 18.46% complete at June 30, 2016. Revenues earned to date related to this contract at June 30, 2016 totaled $226,135. At June 30, 2016 the Company reported cost and estimated earnings in excess of billings of $114,762 on this contract.

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002102

**HASSELL CONSTRUCTION COMPANY, INC.**
**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED JUNE 30, 2016**

### 14. Related Party Transactions - Continued

During the year ended June 30, 2016 the Company recorded leased labor expenses of $2,647,274, payable to a related company. Amounts due to this affiliate at June 30, 2016 which are included in accounts payable - trade, totaled $47,553. The Company also had amounts due from this affiliate of $459 and $7,204 which are included in accounts receivable - affiliate and accounts receivable - trade, respectively, at June 30, 2016. The Company also leases office space from this affiliate on a month-to-month basis. Total rental expense for the year ended June 30, 2016 was $60,500. The Company purchased this office building from this affiliate on August 31, 2016 (see Note 17). During the year ended June 30, 2012 the Company entered into a contract with this affiliate to provide paving services related to a community development. The contract is 91.21% complete at June 30, 2016. Revenues earned to date related to this contract at June 30, 2016 totaled $1,267,819. At June 30, 2016 the Company reported cost and estimated earnings in excess of billings of $20,494 on this contract.

On July 1, 2012 the Company entered into a joint venture agreement with the related companies of R. Hassell & Co., Inc., R Hassell Builders, Inc., The R Hassell Holding Companies, Inc. and G.R. Group Resources, Inc. (collectively R. Hassell) to engage as joint venturers in the construction of certain public and/or private contracts awarded to the Company or the related companies from that date until termination of the agreement. The joint venture agreement called for sharing of profits with R. Hassell receiving 25% of net profits on completed contracts and the Company receiving 75% of net profits. Net losses on completed contracts are to be shared equally. The agreement provides that applicable main or branch office overhead of the joint venturers may be charged to the joint venture construction projects. Equipment costs and other costs of construction were to be charged to contracts under the joint venture agreement in accordance with sound accounting practices. The joint venture agreement was terminated on July 17, 2013. All contracts entered into between July 1, 2012 and July 17, 2013 are governed by the joint venture agreement. There were three contracts in progress at June 30, 2016 subject to the joint venture agreement. There were no contracts completed during the year ended June 30, 2016 subject to the joint venture agreement. The Company is reporting a balance due from the related companies in other assets of $3,766,012 at June 30, 2016. This balance includes interest charges of $175,462 along with other costs incurred on behalf of the related companies of $143,881 for the year ended June 30, 2016 (see note 16).

At June 30, 2011 the Company had an unsecured note receivable due from a related party in the amount of $362,849. The note was to be payable in full on October 15, 2011 with annual interest of 5% payable quarterly. The balance has not been paid as of the date of the auditors' report and has been reported in other assets as of June 30, 2016.

### 15. Accounting for Uncertainty in Income Taxes

The Company files United States income tax returns and files State of Texas franchise tax returns. At June 30, 2016, the Company's tax returns open for review by taxing authorities included the years ended June 30, 2013 to June 30, 2015 for United States tax returns, and the years ended June 30, 2012 to June 30, 2015 for the State of Texas tax returns.

HASSELL CONSTRUCTION COMPANY, INC.
NOTES TO FINANCIAL STATEMENTS
FOR THE YEAR ENDED JUNE 30, 2016

## 16. Litigation and Contingency

The Company has filed a lawsuit against Springwoods Realty Company and Harris County Improvement District No. 18 (owners) which were owners of a contract on which the Company was the general contractor. The Company is seeking to recover damages proximately caused by the failure of the owners to provide the Company with plans adequate and suitable to bid and build the project, alternatively caused by the disruption, delays and hindrances to the progress of its work, and alternatively caused by certain alleged fraudulent practices by Springwoods Realty Company. The Company has engaged an expert to determine the amount of the damages incurred, however, his report has not yet been finalized. The owners vigorously deny any liability. The owners have sued the project's engineering firm for indemnity and contribution. The case was abated pending a determination of certain legal issues in a potential bankruptcy proceeding pending in the Bankruptcy Court for the Southern District of Texas, but this bankruptcy proceeding was dismissed during the year ended June 30, 2016 (see below). The case is currently set for a hearing on defendants' motions for summary judgement. The Company's management is confident that it will prevail and is actively pursuing this claim and will pursue settlement upon reasonable terms. At June 30, 2016 the Company has recorded uncollected accounts receivable of $302,909 on this contract (see Note 4). The Company subcontracted the majority of this contract to R. Hassell & Co., Inc. (a related company) and advanced the related company funds to complete the contract. Any amount received by the Company as the result of a favorable outcome will be applied to the account receivable and note receivable from the related parties reported in other assets on the balance sheet (see Note 14). On September 15, 2014 several related parties that have previously brought claims against the Company, which are now subject to an arbitration proceeding, have attempted to intervene in this matter (see below).

The related companies of R. Hassell (plaintiffs) who had entered into a joint venture agreement with the Company (see Note 14) have filed a petition for declaratory judgment against the Company alleging that the Company breached the joint venture agreement by failure to provide the plaintiffs with an accounting of the joint venture projects; by failure to reimburse the plaintiffs for costs incurred on joint venture projects which include labor, equipment, subcontract, overhead and by failure to pay the plaintiffs their share of joint venture profits. In addition, the plaintiffs are alleging that the Company breached the joint venture agreement by taking over assets of the plaintiff and utilizing them to conduct work on construction projects that were not included in the joint venture. The plaintiff is seeking to recover $4,999,999, plus attorneys' fees, interest, arbitration costs and punitive / exemplary damages. The judge in this case has remanded it to binding arbitration. The plaintiffs requested that the judge reconsider this decision and the request was denied. As a result the plaintiffs filed a Demand for Arbitration dated May 2, 2014 against the Company. In addition, the plaintiffs filed a Petition for Writ of Mandamus in the Texas Court of Appeals seeking review of the trial courts order compelling arbitration and abatement of the lawsuit. The outcome of the Petition for Writ of Mandamus is unknown at this time. The arbitration proceedings had been stayed by order of the Bankruptcy Court pending the resolution of the involuntary petition (as explained in the following paragraphs) but the bankruptcies have since been dismissed and arguably stayed until October 17, 2016. On October 18, 2016 the American Arbitration Association (AAA) held an initial status conference to discuss issuance of a new scheduling order. At this time the panel entered an order setting new deadlines to amend pleadings and a hearing schedule regarding the same in December 2016. It is anticipated that a scheduling order setting this matter for final hearing will be entered thereafter. The Company intends to vigorously defend itself against these claims.

HASSELL CONSTRUCTION COMPANY, INC.
NOTES TO FINANCIAL STATEMENTS
FOR THE YEAR ENDED JUNE 30, 2016

## 16. Litigation and Contingency - Continued

On May 2, 2014 the Company filed its own Demand for Arbitration: James C. Hassell and Hassell Construction Company, Inc. v. R. Hassell, and Royce J. Hassell and Silvia T. Hassell. The Company is seeking to recover up to $10,000,000 based on claims of breach of contract, fraud, breach of fiduciary duty and business disparagement. The Company has also sought to foreclose on several deeds of trust securing indebtedness to the Company. Royce and Silvia Hassell filed a lawsuit seeking a judicial declaration that they are not proper parties to the pending arbitration and whether real property interests of theirs are arbitrable. The Company intends to vigorously pursue these claims. On December 16, 2014 Royce and Silvia Hassell filed another Petition for Writ of Mandamus in the First Court of Appeals seeking relief from the order transferring their individual claims to arbitration. The Petition for Writ of Mandamus was pending and stayed by order of Bankruptcy Court pending the resolution of the involuntary petition (as explained in the below paragraph) but the bankruptcy has since been dismissed and the stay lifted. According to outside legal counsel, the court could consider the petition, however, based on the passage of time it seems somewhat unlikely.

The Company filed a motion to consolidate the two proceedings and on September 3, 2014 the R7 arbitrator granted the motion to consolidate. On February 5, 2015, an Involuntary Petition under Chapter 7 of the Bankruptcy Code was filed against two alleged debtors, Hassell 2012 Joint Venture and Springwoods Joint Venture (collectively, the "Alleged Debtors"), by R. Hassell Holding Company, Inc. The Company is alleged to be involved as a joint venturer in these joint ventures. The Involuntary Petition alleges, under penalty of perjury, that the Alleged Debtors are "generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount." The Court subsequently split the case into two separate cases. The Court ruled that Hassell 2012 Joint Venture was a partnership under Texas Law, but upon motion by the Company, the court has now dismissed this case which is a significant victory for the Company. R. Hassell Holding, Inc. filed a Motion for Reconsideration of the Court's ruling, but this was denied on October 17, 2016. The Springwoods Joint Venture case was also dismissed during the year ended June 30, 2016 and is considered final and non-appealable.

On October 15, 2013 The Company filed a lawsuit against Trunkline Gas Company, LLC, Panhandle Eastern Pipe Line Company, LP, Southern Union Panhandle, LLC, Sea Robin Pipeline Company, LLC, Isaacks Directional Drilling and Isaacks Contracting, Inc. seeking to recover damages of between $300,000 and $500,000 incurred due to delays as a result of the migration of drilling mud from a well into the excavation, preparation and paving being conducted by the Company on the Springwoods Village Parkway Phase II project. The Company has since made the decision to non-suit its claims against the defendants but the Company will remain in the case however, because one of its subcontractors (R. Hassell & Co., Inc.) on the Springwoods Village Parkway Phase II project filed a plea in intervention and alleged cross claims against the Company for inter alia breach of an alleged partnership agreement involving the Springwoods Village Parkway Phase II project. The case was abated pending a determination of certain legal issues in a potential bankruptcy proceeding pending in the Bankruptcy Court for the Southern District of Texas, but this bankruptcy proceeding was dismissed during the year ended June 30, 2016 (see aforementioned paragraphs). During the course of the bankruptcy proceeding, the bankruptcy judge, although not fully and finally deciding the issue, authored a memorandum opinion calling into serious doubt whether the Company and R. Hassell & Co., Inc. were in fact partners in the Springwoods Village Parkway Phase II project. Discovery has just begun, and according to outside legal counsel, it is too early in the case to determine whether the Company may have any real liability or the extent of damages flowing therefrom. However, given the bankruptcy judge's memorandum opinion, the Company believes that its liability and any damages are limited and potentially minimal, if not non-existent, other than the cost of the defense. The Company has not recorded any amounts in connection with this lawsuit in these financial statements.

**HASSELL CONSTRUCTION COMPANY, INC.**
**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED JUNE 30, 2016**

16. **Litigation and Contingency - Continued**

On February 7, 2015 a Company employee was injured inside a trench excavation during operations to tie-in a water line.  On that same day, Occupational Safety and Health Administration (OSHA) conducted a site inspection of the Company's operations for the water-line job.  On July 22, 2015 OSHA issued the Company citations resulting from its site inspection on February 7, 2015.  The citations further assessed a total of $420,300 in proposed penalties against the Company.  On August 11, 2015, the Company served its notice of contest, thereby officially contesting the citations, including the proposed penalties.  On September 2, 2015, the Secretary of Labor filed his complaint against the Company, which the Company has timely answered.  On July 26, 2016 the parties attended a mandatory settlement conference conducted by an administrative law judge for the Occupational Safety and Health Review Commission (OSHRC).  As a result of this conference the Company and the Secretary of Labor reached a tentative settlement of this matter dependent on the Company's production of the June 30, 2016 audited financial statements demonstrating no significant change in the company's financial status as of the June 30, 2015 audit.  Legal counsel is unable to opine as to whether the likelihood of an unfavorable outcome is either probable or remote and, thus, expresses no opinion as to the likely outcome of this matter.  In the opinion of Company management, this matter will not have a material effect on the Company's financial position.  The Company has not recorded any amounts in connection with this lawsuit in these financial statements.

17. **Subsequent Events**

On August 24, 2016 and September 30, 2016 the Company renewed two certificates of deposit (see Note 3).

On August 31, 2016 the Company purchased an office building from an affiliated company, which the Company had previously leased on a month-to-month basis, for $360,000 (see Note 14).

The Company evaluated events that occurred subsequent to June 30, 2016 through the date of issuance of these financial statements on October 24, 2016.  There were no other material recognized or non-recognized subsequent events during this period, other than as mentioned in note 16.

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002106

SUPPLEMENTAL SCHEDULES

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002107



**Morris, Ligon & Rodriguez**
Certified Public Accountants
A Professional Corporation

245 Commerce Green, Suite 210
Sugar Land, Texas 77478
(281) 242-2400
Fax: (281) 242-6717
http://www.mlrcpa.com

## INDEPENDENT AUDITORS' REPORT ON SUPPLEMENTARY INFORMATION

Board of Directors
Hassell Construction Company, Inc.
Houston, Texas

We have audited the financial statements of Hassell Construction Company, Inc. as of and for the year ended June 30, 2016, and our report thereon dated October 24, 2016, which expressed a qualified opinion on those financial statements, appears on pages 2 and 3. Our audit was conducted for the purpose of forming an opinion on the financial statements as a whole. The attached schedules of accounts receivable, notes payable, reconciliation of contract revenue and cost, contracts in progress, and completed contracts are presented for purposes of additional analysis and are not a required part of the financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audit of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the financial statements as a whole.

Morris, Ligon & Rodriguez

*Morris, Ligon & Rodriguez*

October 24, 2016

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002108

**HASSELL CONSTRUCTION COMPANY, INC.**
**ACCOUNTS RECEIVABLE**
**JUNE 30, 2016**

| Customer | Total | Retainage | Estimates and Trade |
|---|---|---|---|
| **Current** | | | |
| CC Telge Road, LP | $ 96,278 | | $ 96,278 |
| City of Tomball | 1,418,566 | $ 500,866 | 917,700 |
| CW SCOA West, LP | 423,297 | 292,547 | 130,750 |
| Fort Bend County | 787,430 | 450,470 | 336,960 |
| GR-M1, Ltd | 64,926 | | 64,926 |
| Harper Brothers Construction, LLC | 179,452 | | 179,452 |
| Harris County | 1,041,878 | 511,334 | 530,544 |
| JH Navasota Development | 111,373 | | 111,373 |
| Nash Cinco NW, LLC | 649,081 | 63,563 | 585,518 |
| Smith and Company | 1,065,260 | 129,020 | 936,240 |
| All others each less than $50,000 | 171,259 | 31,699 | 139,560 |
| Subtotal | 6,008,800 | 1,979,499 | 4,029,301 |
| **Long-Term** | | | |
| Harris County Improvement District No. 18 | 302,909 | 50,000 | 252,909 |
| Total | $ 6,311,709 | $ 2,029,499 | $ 4,282,210 |

See notes to financial statements

| | Aged Estimates and Trade | | | |
| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days |
|---|---|---|---|---|
| | | | | $ 96,278 |
| $ 345,812 | $ 11,535 | $ 560,353 | | |
| | | | | 130,750 |
| 80,526 | 256,434 | | | |
| | | | | 64,926 |
| | | | | 179,452 |
| | | 501,408 | | 29,136 |
| 111,373 | | | | |
| 21,942 | 497,439 | 66,137 | | |
| 160,027 | 681,234 | 94,979 | | |
| 6,819 | 39,861 | | | 92,880 |
| 726,499 | 1,486,503 | 1,222,877 | | 593,422 |
| | | | | 252,909 |
| $ 726,499 | $ 1,486,503 | $ 1,222,877 | | $ 846,331 |

HASSELL CONSTRUCTION COMPANY, INC.
NOTES PAYABLE
JUNE 30, 2016

| Payable to and collateral | Payments Including Interest | | Payments Remaining | Net Balance Due | Current Amount | Non-Current Amount |
|---|---|---|---|---|---|---|

**Long-term debt:**

| Capital One Equipment Leasing and Finance | | | | | | |
|---|---|---|---|---|---|---|
| Peterbilt tractor | $ 3,334 | | 5 | $ 15,460 | $ 15,460 | |
| | | | | | | |
| CommunityBank of Texas | | | | | | |
| Ford F550 | 1,729 | | 4 | 6,452 | 6,452 | |
| Peterbilt 337 | 1,941 | | 12 | 22,586 | 22,586 | |
| Line of credit | | | | | | |
| Accounts, instruments and chattel paper, general intangibles and other rights to payment, a certificate of deposit, and eligible equipment | | (2) | | 3,813,711 | | $ 3,813,711 |
| | 3,670 | | | 3,842,749 | 29,038 | 3,813,711 |
| | | | | | | |
| GE Capital | | | | | | |
| Planer | 2,557 | (1) | 10 | 25,563 | 25,563 | |
| | | | | | | |
| Komatsu Financial | | | | | | |
| D39PX-23 crawler dozer | 2,767 | (1) | 22 | 60,883 | 33,209 | 27,674 |
| PC88MR-8 hydraulic excavator | 2,719 | (1) | 7 | 19,031 | 19,031 | |
| WA200-6 wheel loader | 2,804 | (1) | 22 | 61,694 | 33,652 | 28,042 |
| D21P-8 crawler dozer | 2,589 | | 2 | 4,858 | 4,858 | |
| D61PX-23 crawler dozer | 4,151 | (1) | 43 | 178,486 | 49,810 | 128,676 |
| D61PX-23 crawler dozer | 4,151 | (1) | 43 | 178,486 | 49,810 | 128,676 |
| PC240LC-10 hydraulic excavator | 3,839 | (1) | 43 | 165,098 | 46,074 | 119,024 |
| WA200-7 wheel loader | 2,984 | (1) | 43 | 128,295 | 35,803 | 92,492 |
| WA200-7 wheel loader | 3,178 | (1) | 43 | 136,662 | 38,139 | 98,523 |
| PC240LC-10 hydraulic excavator | 3,571 | (1) | 43 | 153,550 | 42,851 | 110,699 |
| | 32,753 | | | 1,087,043 | 353,237 | 733,806 |
| | | | | | | |
| Wells Fargo Equipment Finance | | | | | | |
| Various equipment | 4,565 | | 7 | 31,572 | 31,572 | |
| | | | | | | |
| | $ 46,879 | | | $ 5,002,387 | $ 454,870 | $ 4,547,517 |

(1) Non-interest bearing note
(2) Guaranteed by the principal stockholder

See notes to financial statements

20
HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002111

**HASSELL CONSTRUCTION COMPANY, INC.**
**RECONCILIATION OF CONTRACT REVENUE AND COST**
**FOR THE YEAR ENDED JUNE 30, 2016**

|  | Revenue | Cost | Field Profit |
|---|---|---|---|
| Contracts in progress | $ 89,766,896 | $ 84,793,186 | $ 4,973,710 |
| Completed contracts | 31,230,702 | 28,497,008 | 2,733,694 |
|  | 120,997,598 | 113,290,194 | 7,707,404 |
| Less contracts brought forward | 94,733,424 | 88,750,112 | 5,983,312 |
|  | $ 26,264,174 | $ 24,540,082 | $ 1,724,092 |

See notes to financial statements

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002112

HASSELL CONSTRUCTION COMPANY, INC.
CONTRACTS IN PROGRESS
JUNE 30, 2016

| Job No. | Customer/Description | Amended Contract | Cost Incurred To Date | Estimated Cost To Complete | Estimated Total Cost |
|---|---|---|---|---|---|
| 10-27 | Hassell Management Services, LLC<br>Holland Ridge | $ 1,390,000 | $ 1,254,150 | $ 120,850 | $ 1,375,000 |
| 11-18 | Harris County Improvement District No. 18<br>Springwoods Village Parkway, Phase II | 14,861,500 | 14,871,991 | 43,709 | 14,915,700 |
| 11-20 | Texas Department of Transportation<br>FM 1774, Montgomery County | 15,121,100 | 13,903,281 | 159,319 | 14,062,600 |
| 12-08<br>12-22 | Harris County<br>Transtar emergency building and parking lot | 10,437,600 | 11,057,071 | 22,529 | 11,079,600 |
| 12-17 | Texas Department of Transportation<br>US 59 frontage road<br>Harris County | 20,106,900 | 17,231,661 | 361,839 | 17,593,500 |
| 13-06 | Texas Department of Transportation<br>Staffordshire Road<br>Fort Bend County | 3,831,900 | 3,518,582 | 18 | 3,518,600 |
| 14-02 | City of Tomball<br>Tomball Medical Complex Drive | 6,127,500 | 5,237,821 | 376,179 | 5,614,000 |
| 14-12 | CC Telge Road, LP<br>Willowcreek Ranch<br>Sections 4 and 6 | 1,057,000 | 905,661 | 24,439 | 930,100 |
| 14-17 | Fort Bend County<br>Golfview, Section 2 | 4,525,200 | 4,558,418 | 193,482 | 4,751,900 |
| 15-01 | CW SCOA West, LP<br>Towne Lake, Section 35 | 2,190,100 | 1,989,736 | 164 | 1,989,900 |
| 15-02 | Harris County MUD No. 501<br>Towne Lake, Section 40 | 1,202,800 | 969,253 | 68,247 | 1,037,500 |
| 15-05 | Smith and Company<br>League Line Road extension | 3,856,500 | 2,536,924 | 971,476 | 3,508,400 |
| 15-06 | Caldwell Watson Development, Inc.<br>Willowcreek Ranch Lodge | 209,200 | 152,795 | 25,705 | 178,500 |
| 15-07 | Harper Brothers Construction, LLC<br>City of Sugar Land<br>Brazos River Park | 1,734,800 | 1,454,413 | 38,087 | 1,492,500 |
| 15-09 | GR-M1, Ltd.<br>Meridiana, Section 4 | 955,300 | 758,572 | 52,928 | 811,500 |

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002113

| Estimated Field Profit (Loss) | Percent Complete | Revenue Earned To Date | Billings To Date | Work in Progress | Advance Billings |
|---|---|---|---|---|---|
| $ 15,000 | 91.21 | $ 1,267,819 | $ 1,247,325 | $ 20,494 | |
| (54,200) (2) | 99.71 | 14,817,791 | 14,635,307 | 182,484 | |
| 1,058,500 | 98.87 | 14,950,232 | 14,806,266 | 143,966 | |
| (642,000) (2) | 99.80 | 10,415,071 | 10,226,671 | 188,400 | |
| 2,513,400 | 97.94 | 19,692,698 | 19,676,910 | 15,788 | |
| 313,300 | 100.00 | 3,831,900 | 3,626,824 | 205,076 | |
| 513,500 | 93.30 | 5,716,958 | 5,648,866 | 68,092 | |
| 126,900 | 97.37 | 1,029,201 | 962,777 | 66,424 | |
| (226,700) (2) | 95.93 | 4,331,718 | 4,517,574 | | $ 185,856 |
| 200,200 | 99.99 | 2,189,881 | 2,163,329 | 26,552 | |
| 165,300 | 93.42 | 1,123,656 | 1,202,767 | | 79,111 |
| 348,100 | 72.31 | 2,788,635 | 3,225,488 | | 436,853 |
| 30,700 | 85.60 | 179,075 | 209,104 | | 30,029 |
| 242,300 | 97.45 | 1,690,563 | 1,734,774 | | 44,211 |
| 143,800 | 93.48 | 893,014 | 955,254 | | 62,240 |

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002114

### HASSELL CONSTRUCTION COMPANY, INC.
### CONTRACTS IN PROGRESS
### JUNE 30, 2016

| Job No. | Customer/Description | Amended Contract | Cost Incurred To Date | Estimated Cost To Complete | Estimated Total Cost |
|---|---|---|---|---|---|
| 15-10 | City of Tomball | | | | |
| | Tomball Business Park | 4,898,600 | 3,578,232 | 821,768 | 4,400,000 |
| 16-01 | Nash FM 529, LLC | | | | |
| | Elyson, Section 5 | 649,800 | 596,458 | 17,642 | 614,100 |
| 16-02 | JH Navasota Development | | | | |
| | Pine Lakes Estates | 1,225,000 | 210,311 | 928,989 | 1,139,300 |
| 16-03 | Nash FM 529, LLC | | | | |
| | Elyson construction trailer site | 313,800 | 7,856 | 284,144 | 292,000 |
| | | $ 94,694,600 | $ 84,793,186 | $ 4,511,514 | $ 89,304,700 |

(1) No field profit is recognized on contracts less than 15% complete

(2) 100% of estimated loss is recognized at the time it is anticipated

See notes to financial statements

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002115

| Estimated Field Profit (Loss) | Percent Complete | Revenue Earned To Date | Billings To Date | Work in Progress | Advance Billings |
|---|---|---|---|---|---|
| 498,600 | 81.32 | 3,983,542 | 4,368,454 | | 384,912 |
| 35,700 | 97.13 | 631,151 | 635,628 | | 4,477 |
| 85,700 | 18.46 | 226,135 | 111,373 | 114,762 | |
| 21,800 | 2.69  (1) | 7,856 | | 7,856 | |
| $   5,389,900 | | $   89,766,896 | $   89,954,691 | $ 1,039,894 | $ 1,227,689 |

**HASSELL CONSTRUCTION COMPANY, INC.**
**COMPLETED CONTRACTS**
**FOR THE YEAR ENDED JUNE 30, 2016**

| Job No | Customer/Description | Revenue | Cost | Field Profit (Loss) Amount | Percent |
|--------|---------------------|---------|------|----------------|---------|
| 11-21 | Texas Department of Transportation<br>FM 646, Galveston County | $  9,733,271 | $  9,104,776 | $  628,495 | 6.46 |
| 13-10 | Texas Department of Transportation<br>Highway 105, Montgomery County | 1,653,948 | 1,432,303 | 221,645 | 13.40 |
| 14-01 | Harris County<br>Louetta Road | 1,506,918 | 1,533,470 | (26,552) | (1.76) |
| 14-04 | D.R. Horton-Texas, Ltd.<br>Shadow Lake Forest | 1,639,325 | 1,457,969 | 181,356 | 11.06 |
| 14-05 | JNC Development, Inc.<br>Plantation Lake, Section 22 | 395,403 | 362,567 | 32,836 | 8.30 |
| 14-07 | Harris County<br>Morton Ranch Road | 4,482,081 | 4,176,805 | 305,276 | 6.81 |
| 14-08 | Harris County MUD No. 500<br>Towne Lake Parkway | 1,524,278 | 1,371,462 | 152,816 | 10.03 |
| 14-09 | Montgomery County MUD No. 137<br>Northgrove, Sections 1 and 2 | 2,078,164 | 1,918,658 | 159,506 | 7.68 |
| 14-14 | Montgomery County MUD No. 137<br>Northgrove, Sections 3 and 4 | 1,294,330 | 1,135,102 | 159,228 | 12.30 |
| 14-15 | Pulte Homes of Texas, LP<br>Southridge Crossing, Section 3 | 675,033 | 596,288 | 78,745 | 11.67 |
| 14-16<br>14-18 | D.R. Horton-Texas, Ltd.<br>Fosters Ridge, Phase 1 and 2 | 1,807,177 | 1,662,164 | 145,013 | 8.02 |
| 15-03 | MP Construction, LLC<br>Willowcreek Reserve | 129,006 | 113,589 | 15,417 | 11.95 |
| 15-04 | Nash Cinco NW, LLC<br>Cinco Ranch Northwest<br>Section 15 | 705,242 | 649,253 | 55,989 | 7.94 |
| 15-08 | GR-M1, Ltd.<br>Meridiana, Sections 3 and 5 | 1,298,529 | 1,174,172 | 124,357 | 9.58 |
| 15-11 | Nash Cinco NW, LLC<br>Cinco Ranch Northwest<br>Section 17 | 1,123,241 | 999,384 | 123,857 | 11.03 |

-24-

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002117

**HASSELL CONSTRUCTION COMPANY, INC.**
**COMPLETED CONTRACTS**
**FOR THE YEAR ENDED JUNE 30, 2016**

| Job No | Customer/Description | Revenue | Cost | Field Profit (Loss) Amount | Percent |
|--------|---------------------|---------|------|-----------|---------|
| 15-12 | Terrabrook Eagle Springs, LLC<br>Eagle Springs, Section 51 | 841,583 | 708,418 | 133,165 | 15.82 |
| | Prior year closed jobs, miscellaneous small jobs, and master service contract | 343,173 | 230,927 | 112,246 | - |
| | Over-allocated job costs and reimbursed bond fees and insurance premiums | | (130,299) | 130,299 | - |
| | | $ 31,230,702 | $ 28,497,008 | $ 2,733,694 | 8.75 |

See notes to financial statements

HCCI-CONFIDENTIAL-AAA-PROTECTIVE ORDER-002118

25