# R. HASSELL HOLDING COMPANIES, INC.
# BALANCE SHEET

September 30, 2011

## ASSETS

### CURRENT ASSETS

| | | |
|---|---:|---:|
| Cash | | $248,885.42 |
| | | |
| A/R - Trade | $3,008,214.28 | |
| A/R - Retainage | $501,934.15 | |
| A/R - Employees | $26,476.03 | |
| A/R - Officers | $722,937.39 | |
| Affiliate - GR Group Resources | $183,049.29 | |
|     Total Accounts Receivable | | $4,442,611.14 |
| | | |
| Cost in excess of billings | | $450,474.00 |
| | | |
| Prepaid - Insurance | $16,510.02 | |
| Prepaid - Other | | |
| Deposits - Utilities | $3,250.00 | |
|     Total Prepaid Expenses | | $19,760.02 |
| | | |
|     Total Current Assets | | $5,161,730.58 |

### PROPERTY AND EQUIPMENT

| | | |
|---|---:|---:|
| Machinery & Equipment | $8,283,796.36 | |
| Autos & Trucks | $395,195.47 | |
| Furniture & Fixtures | $353,585.36 | |
| Leasehold Improvements | $626,324.51 | |
| Accumulated Depreciation | ($7,259,373.21) | |
|     Total Property & Equipment | | $2,399,528.49 |
| | | |
| **TOTAL ASSETS** | | $7,561,259.07 |

Exhibit
C-74

Exhibit
S

HCCI-AAA-PRODUCTION-002604

# R. HASSELL HOLDING COMPANIES, INC.
## BALANCE SHEET

September 30, 2011

### LIABILITIES & EQUITY

**CURRENT LIABILITIES**

| | | | |
|---|---|---|---|
| N/P - Currrent Maturity - Long Term Debt | | $372,187.24 | |
| | | | |
| A/P - Trade | $1,617,320.25 | | |
| Subcontractor Retainage | $1,252,557.82 | | |
| A/P - Juan Gonzalez | $100,000.00 | | |
| A/P - Hassell Construction | $2,420,488.53 | | |
| Miscellaneous | $50,000.00 | | |
| Total Acccounts Payable | | $5,440,366.60 | |
| Accrued Payroll Taxes | ($4,843.02) | | |
| Total Accrued Liabilities | | ($4,843.02) | |
| Billings in excess of cost | | $1,161,365.00 | |
| Total Current Liabilities | | | $6,969,075.82 |

**OTHER LIABILITIES**

| | | |
|---|---|---|
| N/P - Long Term Debt | $2,370,819.70 | |
| Total Other Liabilities | | $2,370,819.70 |

**STOCKHOLDER'S EQUITY**

| | | |
|---|---|---|
| Common Stock | $10.00 | |
| Paid in Capital | $1,474,521.28 | |
| Retained Earnings | ($1,698,859.41) | |
| Current Net Income (Loss) | ($1,554,308.32) | |
| Total Stockholder's Equity | | ($1,778,636.45) |
| Total Liabilities and Equity | | $7,561,259.07 |

HCCI-AAA-PRODUCTION-002605

# R. HASSELL HOLDING COMPANIES, INC.
## INCOME STATEMENT
September 30, 2011

|  | Year to Date |  |
|---|---|---|
| Construction Income | $12,547,887.49 |  |
| Over/Under Billed | ($507,167.00) |  |
| Sales |  | $12,040,720.49 |
|  |  |  |
| Cost of Sales | $12,225,269.68 | $12,225,269.68 |
|  |  |  |
| Gross Profit |  | ($184,549.19) |
|  |  |  |
| Car Allowance | $101,612.34 |  |
| Contract Services | $6,748.32 |  |
| Depreciation | $56,897.28 |  |
| Dues & Subscriptions | $1,961.67 |  |
| Engineering & Plans | $7,055.76 |  |
| Insurance Employer Group | $134,294.08 |  |
| Insurance - General | $109,922.41 |  |
| Interest | $212,585.30 |  |
| Legal, Audit & Other | $43,516.48 |  |
| Licenses & Permits | $3,548.94 |  |
| Office Supply/Office Expenses | $33,908.47 |  |
| Repairs & Maintenance | $5,331.68 |  |
| Office Salaries | $154,963.94 |  |
| Officers Salaries | $451,492.25 |  |
| Postage | $7,432.23 |  |
| Sales & Promotion | $3,776.56 |  |
| Taxes - Ad Valorem & General | $39,795.55 |  |
| Taxes - Payroll | $20,825.50 |  |
| Telephone & Radio | $14,181.31 |  |
| Utilities | $15,970.77 |  |
| Miscellaneous | $11,461.97 |  |
|  |  |  |
| Operating Expenses |  | $1,437,282.81 |
|  |  |  |
| Profit from Operations |  | ($1,621,832.00) |
| Other Income | $23.68 |  |
| Gain/Loss on Sale of Assets | $67,500.00 |  |
| Interest Income |  |  |
|  |  |  |
| Other Income |  | $67,523.68 |
|  |  |  |
| Net Profit |  | ($1,554,308.32) |

HCCI-AAA-PRODUCTION-002606

PAGE 2 OF 2

R. HASSELL HOLDING COMPANIES, INC.
R. HASSELL & CO., INC.
CONSOLIDATED SCHEDULE OF CONTRACTS IN PROGRESS
SEPTEMBER 30, 2011

| JOB NO. | CUSTOMER/DESCRIPTION OTHER CONTRACTS | #1 CONTRACT AMOUNT | #2 CONTRACT COST | #3 PROJECTED PROFIT AMOUNT | #4 PROJECTED PERCENT | #5 INCOME BILLED | #6 ACTUAL COST TO DATE | #7 ACTUAL PROFIT | #8 GAAP ACTUAL PERCENT | #9 GAAP PERCENT COMPLETE | #10 PROFIT EARNED TO DATE | #11 PROFIT PRIOR YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0904 | ELLA BLVD./HARRIS COUNTY | $1,234,770 | $1,196,011 | 38,759 | 3.14% | $1,234,770 | $1,196,011 | 38,759 | 3.14% | 100.00% | 38,759 | 211 |
| 1015 | STERLING RIDGE PARK & RIDE/BRAZOS TRANSIT DIST. | $2,647,850 | $2,352,441 | 295,409 | 11.16% | $2,628,008 | $2,352,441 | 177,247 | 7.01% | 100.00% | 295,409 | 227 |
| 1019 | RESEARCH FOREST DR/MONTGOMERY CTY | $2,870,733 | $2,458,644 | 412,080 | 14.35% | $2,541,526 | $2,458,644 | 82,885 | 3.26% | 100.00% | 412,085 | 131 |
| 1022 | STERLING RIDGE CHESWOOD MANOR/CHESMAR HOMES | $153,608 | $98,920 | 55,228 | 35.92% | $153,908 | $98,920 | 55,228 | 35.92% | 100.00% | 55,208 | 53 |
| 1023 | TELFAIR, SECT. 26/NEWLAND COMMUNITIES | $438,788 | $381,356 | 57,432 | 13.09% | $429,798 | $381,356 | 57,432 | 0.150684826 | 100.00% | 57,432 | 57 |
| 1025 | WILLOW CREEK FARMS SECT.2/RYLAND-ASHTON WOODS | $496,567 | $419,124 | 77,443 | 15.60% | $496,567 | $419,124 | 77,443 | 0.155969789 | 100.00% | 77,443 | 77 |
| 1026 | THE PRESERVE AT NORTH HAMPTON/RYLAND HOMES | $733,074 | $578,612 | 154,462 | 13.21% | $783,014 | $482,826 | 300,188 | 0.38337601 | 71.18% | 74,291 | |
| 1101 | TREELINE, SECT.-1/RYLAND HOMES | $312,102 | $365,410 | (53,308) | -17.05% | $312,102 | $366,410 | (53,308) | -0.17035782 | 100.00% | (53,308) | |
| 1102 | HOLLY TERRACE/D.R. HORTON HOMES | $290,747 | $340,742 | (49,995) | -17.20% | $290,747 | $340,742 | (49,995) | -0.17195502 | 100.00% | (49,995) | |
| 1103 | NORTH LAKE/RYLAND HOMES | $643,649 | $683,018 | (39,369) | -6.12% | $643,649 | $683,018 | (39,369) | -0.06116032 | 100.00% | (39,358) | |
| 1104 | HOLLY TERRACE CLEARING / DR HORTON | $14,700 | $840 | 13,860 | 94.29% | $14,700 | $840 | 13,860 | 0.942857143 | 100.00% | 13,860 | |
| 1105 | TELFAIR, SECT. 27/A.TAYLOR MORRISON | $519,750 | $503,840 | 15,910 | 3.06% | $490,602 | $409,155 | 81,437 | 0.155954024 | 81.21% | 12,920 | |
| 1108 | SPRINGWOODS VILLAGE PKWY/HARRIS COUNTY | $14,890,787 | $13,421,617 | 1,269,170 | 8.84% | $938,028 | $683,333 | 251,896 | 0.268188234 | 5.00% | 64,817 | |
| | SUBTOTAL OTHER CONTRACTS THIS PAGE | $26,088,772 | $22,901,225 | $2,197,097 | 8.75% | $10,366,103 | $9,872,540 | $803,563 | 9.14% | 43.11% | $909,424 | $453.71 |
| | GRAND TOTAL, ALL CONTRACTS | $25,930,300 | $23,566,219 | $2,234,081 | 8.42% | $11,699,031 | $10,667,474 | $1,020,567 | 8.81% | 43.02% | $896,418 | 443.72 |
| | TOTAL - BUILDERS | $10,008,952 | $9,657,789 | 351,273 | 3.51% | $9,102,491 | $9,246,308 | 528,093 | 5.81% | 75.27% | 131,341 | 295.71 |
| | TOTAL - COMPANY | $25,930,300 | $23,556,219 | 2,234,081 | 8.62% | $11,698,031 | $10,667,474 | 1,020,557 | 8.81% | 45.02% | $566,418 | 443.72 |
| | TOTAL BUILDERS & COMPANY | $35,930,302 | $33,314,008 | 2,625,354 | 12.52% | $19,854,522 | $18,712,872 | 1,338,500 | 9.26% | 54.07% | 1,127,759 | 711.44 |
| | SHOP COST | | | | | | | | | | | |
| | CLOSED JOB COST | | | | | $0 | $235,632 | (235,632) | | | (235,632) | |
| | EQUIPMENT REPAIRS | | | | | -$331,639 | -$358,635 | 57,799 | | | 57,799 | |
| | EQUIPMENT DEPRECIATION | | | | | $0 | $106,644 | (106,644) | | | (106,644) | |
| | GRAND TOTAL | $35,930,302 | $33,314,008 | 2,625,354 | 12.52% | $19,016,683 | $18,181,899 | $216,329 | 6.34% | 54.28% | 528,885 | 711.44 |

PAGE 1 OF 2

**R. HASSELL HOLDING COMPANIES, INC.**
**R. HASSELL BUILDERS, INC.**
**SCHEDULE OF CONTRACTS IN PROGRESS**
**SEPTEMBER 30, 2011**

| JOB NO. | CUSTOMER/DESCRIPTION | OPEN CLOSED | CONTRACT AMOUNT 1 | CONTRACT COST 2 | PROJECTED PROFIT AMOUNT 3 | PROJECTED PERCENT 4 | INCOME BILLED 5 | ACTUAL COST TO DATE 6 | ACTUAL PROFIT 7 | ACTUAL PERCENT 8 | CAAP PERCENT COMPLETE 9 | PROFIT EARNED TO DATE 10 | PROFIT PRIOR YEARS 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9B02 | BAYTOWN CITY HALL/CITY OF BAYTOWN | O | $1,449,048 | $1,407,523 | 41,525 | 2.87% | $1,449,048 | $1,407,523 | 41,525 | 2.87% | 100.00% | 41,525 | 132 |
| 9B03 | FIRE STATION #6/CITY OF BAYTOWN | O | $1,513,481 | $1,573,332 | (26,851) | -1.32% | $1,546,461 | $1,573,332 | (26,851) | -1.32% | 100.00% | (26,851) | 123 |
| B101 | N.C. FOOTE AQUATIC CTR/CITY OF BAYTOWN | O | $2,210,050 | $2,271,123 | (61,073) | -2.76% | $2,210,050 | $2,271,123 | (61,073) | -2.76% | 100.00% | (61,073) | 11 |
| B102 | HILHOUSE SATELLITE SERVICE CENTER/CITY OF PEARLAND | O | $2,107,180 | $1,909,508 | 197,672 | 9.32% | $1,054,928 | $1,455,296 | 429,933 | 25.34% | 78.74% | 151,592 | |
| B111 | KINGWOOD COMMUNITY CENTER/CITY OF HOUSTON | O | $2,294,303 | $2,054,303 | 240,000 | 10.46% | $580,061 | $222,913 | 362,070 | 62.28% | 10.35% | 25,042 | |
| B112 | WILLOWBEND TOWNHOMES | O | | | 0 | | $0 | $3,111 | (3,111) | | | 0 | |
| TOTAL | | | $10,009,062 | 59,617,789 | $391,273 | 3.91% | $9,153,491 | $7,345,298 | $505,093 | 5.91% | 74.37% | $131,341 | $255.71 |

**R. HASSELL HOLDING COMPANIES, INC.**
**R. HASSELL & CO., INC.**
**SCHEDULE OF CONTRACTS IN PROGRESS**
**SEPTEMBER 30, 2011**

| JOB NO. | CUSTOMER/DESCRIPTION | OPEN CLOSED | CONTRACT AMOUNT 1 | CONTRACT COST 2 | PROJECTED PROFIT AMOUNT 3 | PROJECTED PERCENT 4 | INCOME BILLED 5 | ACTUAL COST TO DATE 6 | ACTUAL PROFIT 7 | ACTUAL PERCENT 8 | CAAP PERCENT COMPLETE 9 | PROFIT EARNED TO DATE 10 | PROFIT PRIOR YEARS 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | THE WOODLANDS CONTRACTS: | | | | | | | | | | | | |
| 1000 | VLGE OF CREEKSIDE PK WEST.4 | C | $213,078 | $187,352 | 25,726 | 12.07% | $213,078 | $187,352 | 25,726 | 12.07% | 100.00% | 25,726 | 6.05 |
| 1021 | VLGE OF CREEKSIDE PK WEST.6 | C | $148,878 | $178,747 | (29,868) | -19.93% | $149,878 | $178,747 | (29,868) | -19.93% | 100.00% | (29,868) | 3.03 |
| 1024 | VLGE OF STERLING RIDGE, SECT.99 | C | $468,972 | $427,835 | 41,137 | 8.77% | $468,972 | $427,835 | 41,137 | 8.77% | 100.00% | 41,137 | 2.83 |
| | SUB-TOTAL-WOODLANDS CONTRACTS | | $831,928 | $794,934 | 36,994 | 4.45% | $831,928 | $794,934 | 36,994 | 4.45% | 100.00% | 36,994 | $11.56 |

HCCI-AAA-PRODUCTION-002608

5/7/2018 10:41 AM
Chris Daniel - District Clerk Harris County
Envelope No. 24401014
By: Bonnie Lugo
Filed: 5/7/2018 10:41 AM

## CAUSE NO. 2013-61995A

| | | |
|---|---|---|
| R. HASSELL & COMPANY, INC., | § | IN THE DISTRICT COURT OF |
| and R. HASSELL BUILDERS, INC., | § | |
|    Plaintiff/Garnishor | § | |
| | § | |
| VS. | § | |
| | § | |
| COMMUNITYBANK OF TEXAS, | § | |
| N.A., | § | |
|    Garnishee, | § | HARRIS COUNTY, TEXAS |
| | § | |
| AND | § | |
| | § | |
| R. HASSELL HOLDING CO., INC., | § | |
| HASSELL CONSTRUCTION | § | |
| COMPANY, INC., G R GROUP | § | |
| RESOURCES, LLP, | § | |
| ROYCE J. HASSELL and | § | |
| SILVIA T. HASSELL, | § | |
|    DefendantsJudgment Debtors | § | 61ST  JUDICIAL DISTRICT |

## GARNISHEE'S VERIFIED ORIGINAL ANSWER
## AND REQUEST FOR ATTORNEYS' FEES

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMMUNITYBANK OF TEXAS, N.A.**, Garnishee, files this Verified Original Answer

and Request for Attorney's Fees to the Writ of Garnishment issued on April 12, 2018, and served on

the Garnishee, April 13, 2018, and in answer shows the following:

### Service of Writ

1.   The Writ was served on the Garnishee on April 13, 2018.

### Indebtedness to Defendant/Judgment Debtor

2.   On the date of service of the Writ, the Garnishee was indebted to the

Defendant/Judgment Debtor, **HASSELL CONSTRUCTION COMPANY, INC.**, in the amount

of **$1,459,405.23.**

HCCI Net Worth Contest Exhibit _____

Exhibit T

## Bank's Security Interest in Deposits

3.      The Garnishee holds a perfected security interest in the deposits reflected in Paragraph 2.  Therefore, the Judgment Debtor's right to any of these deposits is governed and restricted by the terms of the Commercial Security Agreement dated October 25, 2015, which grants the Bank its security interest in the deposits.  Therefore, the Bank held a priority interest and lien in the deposits over any claim which may be asserted by the Garnishor in this case.  At the time of the service of the Writ of Garnishment the Judgment Debtor was indebted to the Garnishee in an amount well in excess of funds on deposit pursuant to the terms of a Promissory Note dated June 28, 2011, and an Extension of Real Estate Note and Lien dated October 25, 2017, thus subjecting the funds reflected in paragraph 2 to the Bank's prior perfected security interest.

## Bank's Setoff

4.      At the time of the service of the Writ of Garnishment the Judgment Debtor was indebted to the Garnishee in amounts in excess of funds the Judgment Debtor had on deposit with the Garnishee, thus subjecting the funds reflected in paragraph 2 to the Bank's right of setoff, and the Garnishee set off such funds against the unpaid balance of the indebtedness.  In addition, the Judgment Debtor gave the Bank a contractual right of set off in its Deposit Account Agreement pursuant to which the Garnishee had the right to set off funds of the Judgment Debtor on deposit with the Garnishee against obligations of the Judgment Debtor to the Garnishee.  *San Felipe National Bank v. Caton*, 668 S.W.2d 804 (Tex. Civ. App. -- Houston [14th Dist.], 1984, no writ).

## Effects of Defendant/Judgment Debtor

5.      On the date of service of the Writ of Garnishment, April 13, 2018, the Garnishee had in its possession no effects of the Defendant/Judgment Debtor.

### Effects Received Prior to Answer Date

6.      The Garnishee has had no effects of the Defendant/Judgment Debtor come into its possession from the date the Writ was served, April 13, 2018, to the date of this Answer, May 7, 2018.

### Other Persons Indebted to the Defendant/Judgment Debtor

7.      The Garnishee has no knowledge of any other persons who are indebted to the Defendant/Judgment Debtor, **HASSELL CONSTRUCTION COMPANY, INC.,** nor does the Garnishee have knowledge of any other persons who have effects belonging to the Defendant/Judgment Debtor, **HASSELL CONSTRUCTION COMPANY, INC.,** in their possession.

### REQUEST FOR ATTORNEY'S FEES

8.      The Garnishee files this request for attorney's fees against the Garnishor seeking to recover its costs in accordance with Part VI, Section 4 Tex. R. Civ. P.

### Notice

9.      The Garnishor can be given notice of this claim through its attorney of record in accordance with Rule 21a of the Tex. R. Civ. P.

### Employment of Counsel

10.      The Garnishee has engaged **CHERNOSKY, SMITH, RESSLING & SMITH, PLLC,** as its attorneys to represent it in this proceeding.  Rule 677, Tex. R. Civ. P. permits the Garnishee to recover its costs which Rule has been interpreted to include its reasonable attorneys fees in answering this writ. A reasonable fee for such services rendered on behalf of the Garnishee is at least ONE THOUSAND AND NO/100 DOLLARS ($1,000.00).

## Requested Relief

11.     Therefore, **COMMUNITYBANK OF TEXAS, N.A.**, the Garnishee, respectfully

requests the following:

a.      That all claims to any funds in the possession of the Garnishee be determined and adjudicated, and that the Garnishee be discharged from any and all liability to **R. HASSELL & COMPANY, INC., and R. HASSELL BUILDERS, INC.**, or any parties who may have any interest in any funds declared in this Answer;

b.      That the Garnishee have and recover of and against **R. HASSELL & COMPANY, INC., and R. HASSELL BUILDERS, INC.**, or from the funds subject to garnishment, as provided in Rule 677 of the Texas Rules of Civil Procedure, costs and expenses, including reasonable attorney's fees in the amount of at least ONE THOUSAND AND NO/100 DOLLARS ($1,000.00); and

c.      Such other and further relief to which the Garnishee may be justly entitled.

Respectfully submitted,

**CHERNOSKY, SMITH, RESSLING & SMITH, PLLC**

/s/  Michael J. Smith
MICHAEL J. SMITH
TBN:  18650880
4646 Wild Indigo, Suite 110
Houston, Texas  77027
Telephone:  (713) 800-8608
Facsimile:  (713) 622-1026
Email:  msmith@csrslaw.com
**Attorneys for Communitybank of Texas, N.A.**

## CERTIFICATE OF SERVICE

I, Michael J. Smith, hereby certify that a true and correct copy of the foregoing Garnishee's Verified Original Answer and Request for Attorneys' Fees has been served on all adverse parties and/or all counsel for all adverse parties via certified mail, return receipt requested, and/or via messenger, and/or via facsimile and/or U.S. mail, postage prepaid, on this the _____ day of May, 2018, to:

Derrick B. Carson
LOCKE LORD LLP.
600 Travis, Suite 2800
Houston, Texas 77002
Telephone:     (713) 226-1197
Facsimile:     (713) 229-2612
Email:  dcarson@lockelord.com
*Via Electronic Notice*
*Counsel for the Plaintiff/Garnishor*

**CM/RRR NO. 7017 1450 0001 3900 4921**
**(and via first class mail)**
Hassell Construction Company, Inc.
12211 Duncan Rd.
Houston, Texas 77066-2105
*Defendant/Judgment Debtor*

**CM/RRR NO. 7017 1450 0001 3900 4983**
**(and via first class mail)**
Hassell Construction Company, Inc.
16111 Hollister St.
Houston, Texas 77066-1409
*Defendant/Judgment Debtor*

/s/  *Michael J. Smith*
MICHAEL J. SMITH

## VERIFICATION

THE STATE OF TEXAS      §
                                  §
COUNTY OF HARRIS      §

      BEFORE ME, the undersigned notary public, on this day personally appeared LLOYD "CHUCK" BOLTON, who, being by me duly sworn, on her oath deposed and said that he is a Vice President of COMMUNITYBANK OF TEXAS, N.A., the Garnishee in the above-entitled and numbered cause; that he has read the above and foregoing Verified Original Answer to Writ of Garnishment, and that every statement contained therein is within his personal knowledge based upon the records of the Garnishee, as kept in the ordinary course of its business, and are true and correct.

                                                    LLOYD "CHUCK" BOLTON

      SUBSCRIBED AND SWORN TO BEFORE ME on this the ___7th___ day of May, 2018, to certify which witness my hand and official seal.

BELINDA R. MCCRACKIN
My Notary ID # 6813512
Expires January 30, 2022

                                   NOTARY PUBLIC, STATE OF TEXAS

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

CT Lien Solutions
2727 Allen Parkway Suite 1000
Houston, TX 77019
USA

**FILING NUMBER:** 08-0028039898
**FILING DATE:** 08/21/2008 03:01 PM
**DOCUMENT NUMBER:** 226823620038
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR EDI FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **HASSELL CONSTRUCTION COMPANY, INC.** | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **12211 DUNCAN ROAD** | **HOUSTON** | **TX** | **77066-2105** | **USA** |

| 1d. TAX ID#: SSN OR EIN | ADD'L DEBTOR INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. ORG JURISDICTION | 1g. ORG. ID #, if any |
|---|---|---|---|---|
| | | **Corporation** | **TX** | **0038563600** NONE ☐ |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID#: SSN OR EIN | ADD'L DEBTOR INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. ORG JURISDICTION | 2g. ORG. ID #, if any |
|---|---|---|---|---|
| | | | | NONE ☐ |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **Vista Bank Texas** | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P O Box 690668** | **Houston** | **TX** | **77269-0668** | **USA** |

4. This FINANCING STATEMENT covers the following collateral:
All Chattel Paper, Accounts and General Intangibles; whether any of the
foregoing is owned now or acquired later; all accessions, additions,
replacements, and substitutions relating to any of the foregoing; all records of
any kind relatingto any of the foregoing; all proceeds relating to any of the
foregoing (including insurance, general intangibles and other accounts
proceeds).

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
   **31525892**

**FILING OFFICE COPY**

HCCI Net
Worth Contest
Exhibit ____

Exhibit
U

**UCC FINANCING STATEMENT AMENDMENT**

**FOLLOW INSTRUCTIONS**

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)** | |
| CT Lien Solutions | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)** | |

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
**\*\*CT Lien Solutions
2727 Allen Parkway
Ste. 100
Houston, TX 77019
USA

**FILING NUMBER: 17-00291408**
**FILING DATE:** 08/25/2017     10:36 AM
**DOCUMENT NUMBER:** 758799770001
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| **08-0028039898** | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

**3.** ☑ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and also name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes. This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c  ☐ ADD name: Complete item 7a or 7b, and item 7c  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **COMMUNITYBANK OF TEXAS N.A.** | | | |
| | 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5999 DELAWARE** | **BEAUMONT** | **TX** | **77706** | **USA** |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **VISTA BANK TEXAS** | | | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

**FILING OFFICE COPY**

**HCCI Net
Worth Contest
Exhibit _____**

## Hassell, Rosalyn

**From:** Bluzard, James <JAMES.BLUZARD@LibertyMutual.com>
**Sent:** Thursday, November 14, 2013 2:39 PM
**To:** Hassell, Rosalyn
**Subject:** Hassell Construction

Rosalyn:

Per our discussion, the May financials of Hassell Construction (hereafter HCCI) continue to show deterioration.   This is directly related to the Receivables that tie to Royce Hassell and R Hassell Companies.  Standard surety financial analysis procedures disallow all receivables that are due from related parties unless we feel these are being collected / reasonable expectation of collectability in the near future.  Once disallowed, this causes a detrimental effect on the financial strength of HCCI.  As such, a corresponding adjustment will be made to HCCI's Surety Program.

I want to take a moment to point out the trend of the R Hassell Companies receivables as shown on HCCI's f/s.  Based on this trend it does not seem plausible that positive movement on these receivable will be seen soon, thus this is a disallowed asset:

- 6/30/11 0
- 6/30/12 1.7mm
- 2/28/13 3mm
- 5/31/13 3.3mm
- 10/31/13     3.6mm (approximation, as mentioned on our call today)

This increasing trend is concerning as it seems to indicate that R Hassell Companies does not have the ability to repay their liability to HCCI anytime soon.  While it has been explained that HCCI has attempted to take security interests in real estate properties to help collateralize the receivables, it is hard to believe that none of the properties has been able to sell (to include home/homes in a hot area of Houston; lakefront on Lake Conroe; and a ranch…amongst others).

I lay out the above because it leads to the next concerning trend on HCCI's balance sheet – bank line borrowing.  As I understand, a large majority of the bank line borrowing is tied to the R Hassell Companies receivables.  Also, for the 1st time that I recall, on the last two interim financial statements the bank line borrowing exceeds HCCI's cash balances.  I believe the bank line is set to renew next month, and it is important that HCCI is able to renew the bank line for no less than the current $5mm borrowing limit, and without having to post additional collateral to the bank.

Some other items to consider:

- Monthly Interest on the Royce Hassell/R Hassell receivables seems to run about $15m.  Thus $180m / year.  Thus if HCCI makes $180m Net Income After Taxes, HCCI's balance sheet would not show any improvement (due to disallowance of the interest that is adding to the R Hassell Builders receivables).
- The general monthly Revenue range that HCCI needs to operate in to be profitable seems to be about $4mm / month.  Throughout our relationship HCCI's balance sheet has supported adequate capacity for HCCI to meet or exceed this $4mm / month Revenue breakeven point.  However due to the growing Royce Hassell / R Hassell Companies receivables, an adjustment to HCCI's surety capacity will need to be made, which will likely make it difficult for HCCI to meet $4mm of Revenues / month.

Exhibit
V

1

Exhibit
C-177

**HCCI Ex. 69**

HCCI Ex. 69

- My understanding is HCCI's CPA has not been able to release the final audit. This prohibits HCCI from pursuing the type of TxDOT work which has been HCCI's "bread and butter" work. It is important that the Audit can be completed, to allow HCCI to renew their TxDOT qualification to be able to bid TxDOT work. In addition, surety capacity adjustments might need to be made should we not receive the FYE CPA Audit by 12/31/13 (which is six months from HCCI's FYE).

Areas that could provide an immediate positive impact to HCCI's financials thus surety capacity:

- Additional liquidity / equity into HCCI. This could be achieved by:

- Collection of some or all of the aforementioned disallowed Royce Hassell / R Hassell Companies receivables
- Additional capital injection and/or loan & subordination of funds by the owners of HCCI into HCCI.

We can speak more in the near future of the adjustments in capacity. As I understand, current backlog is in the $25mm range. Given the current state of HCCI's balance sheet we would not be looking to add significantly to that exposure. I understand HCCI has several jobs coming out for bid next week, which HCCI has put significant time, effort, and cost into preparing to bid.

Talk soon.

Regards,

James Bluzard

This inbound email has been scanned for all viruses by the MessageLabs SkyScan service.



**From:** Royce Hassell [mailto:conrcrete@gmail.com]
**Sent:** Thursday, March 31, 2011 11:43 AM
**To:** Phil Hassell; Shawn Potts; Michael Hassell
**Subject:** Re: payables

Phil,

As we discussed last weekend, it is going to be April before we are out of this hole.  Furthermore, how can you expect for me to go for three months and not have any income to keep the business going?  I am not complaining but I think it is unrealistic to assume that we can just pay bills and not make payroll etc. (if we are truly working off your LOC then we should have either included some $ for our expenses or resolve it afterwards.  As we discussed when we did the LOC wire, you asked me about "living money" and I said give me some time for the dust to settle and Id get back to you.  When I did there was no reply) Its not a very likeable situation on my part but I don't think either of us can afford for me to not keep the projects moving forward.  I've done that and now you are livid.

Having said that, I have tried to show you how by the end of April we should be back on level ground.  Here is another recapp of EXACTLY where we are cost vs. revenue.  I don't know what else to show or say but that we are in much better shape than we were even 6 months ago.

| | |
|---|---|
| LOC | -$1,116,342.00 |
| Jan. Pay Request | $498,637.00 |
| Feb. Pay | $690,899.00 |
| March Pay | $892,000.00 |
| Subtotal | $965,194.00 |
| Costs thru 3/30 | Includes the unpaids |
| Hillhouse | -$70,000.00 |
| NC Foote | -$330,000.00 |

**HCCI Ex. 104**

1

**Exhibit W**

| Research | -$326,000.00 |
| FS | -$364,000.00 |
| | -$124,806.00 |

Obviously, I wish the $124 was a positive number but there is money in the retainage account to cover this if we aren't able to make it up in profit and if I don't then Ill cut you a check when the Willowbend property closes. I don't think that will be necessary though.  Additionally, it doesn't include any April receivables which some of those costs are associated with.

Surely the $124 isn't a large enough amount for your Surety to question our sustainability, is it?

Brother, I want to make this work and I trying as hard as I know how under the circumstances.


Royce

On Thu, Mar 31, 2011 at 10:05 AM, Phil <jphassell@hassellconstruction.com> wrote:
Shawn,

Here is what should have been paid with the funds that we wired Royce, according to the aging report that we discussed in our meeting on Friday when you were leaving for Spring Break.
Royce sent a check preview on March 14 for NC Foote & Research and on March 15 for Hillhouse and Wayne Grey, I used these for the funds that were wired to Royce. The only thing that changed was that I added $21,672.00 to Southern Star to pay them in full for NC Foote because the balance was way past due. What Royce has paid is not what we had planned on, I am not sure what the situation is. I have a meeting with Dad tomorrow about my meeting with the bonding company next week, he is going to blow a gasket with the bills not being paid like I presented to him. I will not be able to go to the bonding with the current status of payment. This situation needs to be remedied immediately. I have copied Royce on this e-mail and will call as soon as I can to discuss it with him.


NC FOOTE:  $278,441.58

| Acme | 13,698.90 |
| Brazos | 5,691.60 |
| Chemical | 2,782.12 |
| HCB | 34,650.00 |
| Progressive | 180,500.00 |
| Southern Star | 30,198.00 |
| Volt master | 10,920.96 |

Wayne Grey   $252,993.70

DTA           44,346.00

White Water    208,647.70

Hillhouse    $ 45,368.58

| | |
|---|---|
| CMC | 1,556.20 |
| CL Davis | 7,225.00 |
| Hasssell | 36,587.38 |

Firestation    $270,590.73

| | |
|---|---|
| Advantage | 9,630.00 |
| Allstate | 7,506.81 |
| American | 42.78 |
| ARCI | 40,500.00 |
| ARCI | 27,000.00 |
| Arc. Louvers | 1,824.00 |
| CMC | 548.60 |
| Curry | 30,150.00 |
| Geargrid | 6,407.00 |
| HAD | 21,807.00 |
| HAD | 2,484.00 |
| HCB | 17,460.00 |
| Impact | 2,697.00 |
| Multi-graphics | 644.00 |
| Myrex | 1,028.79 |
| Old Spring | 24,300.00 |
| Overhead | 19,800.00 |
| Voltmaster | 47,547.00 |
| Voltmaster | 9,213.75 |

Research    $268,947.53

| | |
|---|---|
| AAA Asphalt | 2,174.04 |
| AAA Asphalt | 14,759.82 |
| Cherry | 971.60 |
| CMC | 3,951.44 |
| Curb Planet | 4,982.50 |
| GE Capital | 3,426.01 |
| Highway Paving | 36,476.80 |
| Lazer | 4,143.82 |
| Max Heavy Haul | 1,800.00 |
| Precision | 1,485.00 |
| Southern Star | 173,370.50 |
| Steel Effects | 21,406.00 |

Phillip Hassell
Hassell Construction Company, Inc.
12211 Duncan Road
Houston, Texas  77066
281-893-2570 Office
281-580-9170 Fax

 This email is free from viruses and malware because avast! Antivirus protection is active.

Dad, here are two options the way I see it. I am willing to do whatever you think is best for everyone. I will love you the same whatever you decide. You have really been a great help to me and you will never know how much I appreciate it. I have been working very hard to make this work and I am willing to keep working very hard whatever direction we go.

**Option A:** As you can see there are enough assets to pay off everyone I owe. But we must be careful not to fire sale any assets or we will lose part of the value. The equipment was just appraised by Trustmark at $2,800,000 and the Trustmark Line of Credit and Equipment notes are $2,500,000. If they're paid off with the equipment then the ranch is free and clear. It would probably take couple of months or more to sell the equipment and somewhat longer to sell the real estate.

**Option B:** I believe we can make Option B work if we can manage the cash flow. Yesterday, the Springwoods people agreed to release 5 percent retainage which will bring in $300,000 for us. They asked for our pay app today and they are going to expedite payment. I believe that with that retainage, income off the jobs, and selling about $200,000 in equipment I can make it to October without drawing anymore on the line of credit provided I get a little more work. By October (when the second half of the Springwood retainage is paid plus the mobilization) the line should be paid down at least $500,000.

On a positive note Trustmark is working with me to convert our notes to a 14 month term. They offered to do this so that I can pursue bonding on my own, plus they are reducing the principal payments a little which will help the cash flow. Also, I have started talking to Suretec (I am almost through closing out those jobs-only have one more vendor to pay off) about a bonding program (see their email). If we continue on I will be asking them for a proposal next month on a bonding program. If we can get our own bonding I know it will help matters.

Please find attached our current financial.

Thanks for your help. See you tomorrow.

**Exhibit
X**

Current ASSET/LIABILITY status as of July 3, 2012 (Combined Company and Personal)

## ASSETS:

| | |
|---|---:|
| EQUIPMENT (Appraised Value) | 2,800,000 |
| REAL PROPERTY FMV | 7,400,000 |
| SWP RETAINAGE/MOBILIZATION OUTSTANDING | 850,000 |
| | $11,050,000* |

*$11,050,000 DOES NOT INCLUDE VALUE OF R. HASSELL AS AN ONGOING BUSINESS OR SVP CLAIM

## COMBINED COMPANY/PERSONAL LIABILITIES:

| | |
|---|---:|
| REAL ESTATE NOTES/ALLEGIANCE LOC | 3,625,000 |
| HASSELL LOC | 3,200,000 |
| TRUSTMARK LOC/EQUIPMENT NOTE | 2,500,000 |
| | $9,325,000 |

## NET ASSETS:

**$1,725,000** (DOES NOT INCLUDE VALUE BUSINESS OR SVP CLAIM)

## REAL ESTATE SCHEDULE:

| REAL ESTATE SCHEDULE SECURED BY HASSELL | | FMV VALUE NET OF DEBT/ CLOSING COSTS |
|---|---|---:|
| BUFFALO 1 | FMV $1,800,00 LESS DEBT OF $1,360,000 and $150,000 closing | $ 440,000 |
| BUFFALO 2 | FMV $700,000 LESS DEBT OF $300,000 and $70,000 closing costs | 330,000 |
| LAKE | FMV $1,300,000 LESS DEBT OF $365,000 and $100,000 closing costs | 835,000 |
| MAPLES | FMV$2,100,000 LESS DEBT OF $1,600,000 and $150,000 closing costs | 350,000 |
| RANCH | FMV $1,500,000 CLOSING COSTS $200,000 | 1,300,000 |
| NET VALUE OF REAL ESTATE IF SOLD AT FMV | | $3,255,000 |

**PLAN:  FINISH CURRENT JOBS/NO NEW WORK/SVP CLAIM IS SETTLED/CLOSE R. HASSELL COMPANIES**

**1. EQUIPMENT SOLD TO PAY OFF TRUSTMARK:**

| | |
|---|---|
| EQUIPMENT | $2,800,000 |
| TRUSTMARK DEBT | -$2,500,000 |
| NET VALUE OF EQUIPMENT | $ 300,000 |

**2. HASSELL LOC PAID WITH ASSETS AVAILABLE AFTER PAYING TRUSTMARK:**

| | | |
|---|---|---|
| NET ON EQUIPMENT | $ 300,000 | |
| SVP RETAINAGE/MOBILIZATION | 850,000 | MINUS COSTS OF CLOSING |
| NET VALUE OF REAL ESTATE ONCE SOLD | 3,255,000 | (LESS IF QUICK SALE AT LESS THAN FMV) |
| TOTAL AVAILABLE TO PAY OFF HASSELL LOC | $ 4,405,000 | PLUS SVP CLAIM |

**3. LOSE VALUE OF ONGOING BUSINESS/SETTLE CLAIM AS QUICKLY AS POSSIBLE ($200,000 TO $400,000 NET)**

**4. JULY-OCTOBER CASH FLOW ANALYSIS:**

| | JULY | AUGUST | SEPTEMBER | OCTOBER | |
|---|---|---|---|---|---|
| NET FROM SPRINGWOODS PAY APPS | $ 50,000 | $50,000 | $100,000 | $210,000 (MOBILIZATION) | |
| SPRINGWOODS RETAINAGE | 300,000 | | | 300,000 | |
| KINGWOOD | | 30,000 | | | |
| TRANS STAR | | 60,000 | 60,000 | 50,000 | |
| | 350,000 | 140,000 | 160,000 | $560,000 | TOTAL $1,210,000 |

| | | |
|---|---|---|
| CASH FLOW | $1,210,000 | |
| 2.5 MOS PAYROLL/OH | 700,000 | (ESTIMATED PR/OH TO FINISH ALL JOBS EXCEPT TRANS STAR ) |
| NET TO HASSELL LOC | $ 510,000 | PLUS SETTLED SVP CLAIM |

# OPTION B

**PLAN:  CONTINUE WORKING/WORK ON GETTING OWN BONDING/HASSELL BONDS SOME WORK UNTIL BONDING
ESTABLISHED/DOES NOT INCREASE THE LOC**

**1. REDUCE COSTS BY ACCEPTING TRUSTMARK OFFER TO CONVERT NOTES TO 14 MONTHS**
**2. CONTINUE TO PURSUE BONDING WITH SURETEC (DISCUSSIONS HAVE BEGUN)**
**3. SELL $200,000 EQUIPMENT FOR NEEDED CASH FLOW**
**4. RETAIN VALUE OF ONGOING BUSINESS/PURSUE CLAIM FOR A LEGITIMATE SETTLEMENT**
**5. JULY-OCTOBER CASH FLOW ANALYSIS**

| | JULY | AUGUST | SEPTEMBER | OCTOBER |
|---|---|---|---|---|
| EQUIPMENT SALE | | 100,000 | 50,000 | 50,000 |
| NET FROM SPRINGWOODS PAY APPS | 50,000 | 50,000 | 100,000 | 210,000 |
| 5% SPRINGWOODS RETAINAGE | 300,000 | | | 300,000 |
| KINGWOOD | | 30,000 | | |
| GARY KING PAVING (low bidder waiting on bonds) | | 30,000 | 40,000 | 70,000 |
| NEW JOB | | | 50,000 | 100,000 |
| TRANS STAR | | 60,000 | 60,000 | 50,000 |
| | 350,000 | 270,000 | 300,000 | 780,000 |

| | | |
|---|---|---|
| CASH FLOW | $1,700,000 | |
| PAYROLL/OVERHEAD | - 1,200,000 | (4 MOS @ 160,000 PAYROLL/140,000 OFFICE OH PER MONTH) |
| NET TO HASSELL LOC | $ 500,000 | NET CASH FLOW THROUGH OCTOBER |

Jul. 3. 2012  6:02PM   R. HASSELL & CO., INC.                              No. 6550  P. 4

| | A | K |
|---|---|---|
| 4 | | **R. HASSELL** |
| 5 | | **HOLDING** |
| 6 | **CURRENT ASSETS** | **COMPANIES** |
| 7 | CASH | $937,397.78 |
| 8 | NOTE REC - 3 R DEVELOPMENT | $0.00 |
| 9 | MARKETABLE SECURITIES | $0.00 |
| 10 | OTHER CURRENT ASSETS | |
| 11 | TRADE | $2,511,418.71 |
| 12 | RETAINAGE | $1,685,356.60 |
| 13 | EMPLOYEES | $4,340.00 |
| 14 | OFFICERS | $358,263.99 |
| 15 | A/R - MISC. | $0.00 |
| 16 | AFFILIATE - RHC INC | $0.00 |
| 17 | AFFILIATE - 3R DEVELOPMENT | $0.00 |
| 18 | AFFILIATE - RHB INC | $0.00 |
| 19 | AFFILIATE - RHP, INC. | $0.00 |
| 20 | AFFILIATE - GR GROUP RESOURCES | $183,049.29 |
| 22 | COST IN EXCESS OF BILLINGS | -$300.00 |
| 23 | PREPAID INSURANCE | $43,191.54 |
| 24 | PREPAID - INTEREST | $0.00 |
| 25 | PREPAID OTHER | $0.00 |
| 26 | PREPAID TAXES | $0.00 |
| 27 | DEPOSITS - UTILITIES | $3,250.00 |
| 28 | DEPOSITS - BID & PLAN | $0.00 |
| 29 | DEPOSITS - MISC | $0.00 |
| 30 | NOTES RECEIVABLE/OFFICERS | $0.00 |
| 31 | **TOTAL CURRENT ASSETS** | **$5,725,967.91** |
| 32 | **PROPERTY & EQUIPMENT** | |
| 33 | BUILDINGS & IMPROVEMENTS | $0.00 |
| 34 | MACHINERY & EQUIPMENT | $7,268,321.15 |
| 35 | AUTOS & TRUCKS | $351,385.01 |
| 36 | FURNITURE & FIXTURES | $196,770.82 |
| 37 | LEASEHOLD IMPROVEMENTS | $0.00 |
| 38 | ACCUMLATED DEPRECIATION | -$6,404,219.97 |
| 39 | **TOTAL PROPERTY & EQUIP** | **$1,412,257.01** |
| 42 | | |
| 43 | **TOTAL ASSETS** | **$7,138,224.92** |

| | A | K |
|---|---|---|
| 47 | | **R. HASSELL** |
| 48 | | **HOLDING** |
| 49 | **CURRENT LIABILITIES** | **COMPANIES** |
| 50 | N/P-CURR MATURITY-L/T DEBT | $161,442.94 |
| 51 | | |
| 52 | TRADE | $497,861.15 |
| 53 | AFFILIATE-RBC, INC. | $0.00 |
| 54 | JUAN GONZALEZ | $0.00 |
| 55 | AFFILIATE-RHH, INC. | $0.00 |
| 56 | SUBCONTRACT RETAINAGE | $322,373.46 |
| 57 | MISCELLANEOUS | $0.00 |
| 58 | ACCRUED PAYROLL TAXES | $4,481.57 |
| 59 | ACCRUED BONUSES | $0.00 |
| 60 | ACCRUED FRANCHISE TAX | $0.00 |
| 61 | ACCRUED LIABILITY - OTHER | $0.00 |
| 62 | ACCRUED INSURANCE | $0.00 |
| 63 | BILLINGS IN EXCESS OF COST | $356,397.00 |
| 64 | **TOTAL CURRENT LIABILITIES** | **$1,342,556.12** |
| 65 | | |
| 66 | **OTHER LIABILITIES** | |
| 67 | N/P - LONG TERM DEBT | $2,577,300.96 |
| 68 | A/P - AFFILIATE - RHH, INC. | $0.00 |
| 69 | N/P ROYCE HASSELL | $0.00 |
| 70 | HASSELL CONSTRUCTION LOC | $2,581,324.83 |
| 71 | | **$5,158,625.79** |
| 72 | | |
| 73 | **STOCKHOLDER'S EQUITY** | |
| 74 | COMMON STOCK | $10.00 |
| 75 | PAID IN CAPITAL | $1,474,521.28 |
| 76 | TREASURY STOCK | $232,429.84 |
| 77 | OPENING BALANCE EQUITY | -$2,649,275.98 |
| 78 | RETAINED EARNINGS | -$1,739,680.11 |
| 79 | CURRENT NET INCOME | $762,783.29 |
| 80 | **TOTAL STOCKHOLDER'S EQUITY** | **-$1,919,211.68** |
| 81 | **TOTAL LIABILITY & EQUITY** | **$4,743,413.17** |

**R. HASSELL AND CO., INC.**
**OPEN INVOICE REPORT**

| JOB # | JOB | SUBCONTRACTOR | AMOUNT | JOB SUBTOTAL |
|---|---|---|---|---|
| | Ella Blvd. from Spring Cypress | Chief Solutions, Inc. | 2,740.25 | 2,740.25 |
| | Ella Blvd. from Spring Cypress | CMC Construction Services | 1,640.00 | |
| | | | | |
| 1012 | West Blvd. | CMC Construction Services | 1,192.73 | |
| | West Blvd. | Curb Planet, Inc. | 2,450.00 | |
| | | | | |
| 1017 | Windsor Creek, Sect. 3 | Curb Planet, Inc. | 4,844.00 | |
| | | | | |
| 1018 | Carlton Woods Creekside, Sec. 12 | Curb Planet, Inc. | 650.00 | |
| | | | | |
| 1020 | Village of Creekside Pk. West, 4 | Curb Planet, Inc. | 2,500.00 | |
| | Village of Creekside Pk. West, 4 | Highway Pavement Specialties, Inc. | 2,429.50 | |
| | Village of Creekside Pk. West, 4 | Southern Star Concrete, Inc. | 70,339.00 | |
| | | | | |
| 1021 | Village of Creekside Pk. West, 6 | Curb Planet, Inc. | 1,750.00 | |
| | Village of Creekside Pk. West, 6 | Highway Pavement Specialties, Inc. | 1,304.00 | |
| | Village of Creekside Pk. West, 6 | Southern Star Concrete, Inc. | 50,079.50 | |
| | | | | |
| 1022 | Sterling Ridge Cheswood Manor | Curb Planet, Inc. | 1,329.50 | |
| | | | | |
| | | | | |
| 1024 | Village of Sterling Ridge, Sec. 99 | CMC Construction Services | 1,534.99 | |
| | Village of Sterling Ridge, Sec. 99 | Curb Planet, Inc. | 4,927.50 | |
| | Village of Sterling Ridge, Sec. 99 | Highway Pavement Specialties, Inc. | 7,409.00 | |
| | Village of Sterling Ridge, Sec. 99 | Procon Enterprises, Inc. | 16,412.16 | 16,412.16 |
| | Village of Sterling Ridge, Sec. 99 | Procon Enterprises, Inc. | 3,727.93 | 3,727.93 |
| | Village of Sterling Ridge, Sec. 99 | Southern Star Concrete, Inc. | 86,895.00 | |
| | | | | |
| 1025 | Willow Creek Farms, Sect. 2 | CMC Construction Services | 3,349.37 | |
| | Willow Creek Farms, Sect. 2 | Curb Planet, Inc. | 4,150.00 | |
| | Willow Creek Farms, Sect. 2 | Headwaters Resources | 18,806.64 | 18,806.64 |
| | Willow Creek Farms, Sect. 2 | Highway Pavement Specialties, Inc. | 9,980.12 | |
| | Willow Creek Farms, Sect. 2 | Procon Enterprises, Inc. | 8,509.22 | 8,509.22 |
| | | | | |
| | GCR TIRE | | 4,956.73 | 4,956.73 |
| | | | $313,907.14 | $55,152.93 |
| | | | | |
| | | | TOTAL | 313,907.14 |
| | Deals | | | |
| | Note | Southern Star | | ($207,313.50) |
| | Will work on future billings | Curb Plant | | ($22,601.00) |
| | "   "   "   " | Highway Pavt | | ($21,122.62) |
| | Working- AX 1/2 Jan  1/2 Feb | CMC | | (7,717.09) |
| | | | | |
| | | | TOTAL | $55,152.93 |
| | | | | |
| | City of Baytown City Hall | SHORTAGE | | $75,598.37 |
| | | | | |
| | Sterling Ridge Park & Ride | SHORTAGE | | $115,000.00 |
| | | | | |
| | | TOTAL W/O Acct Recv. (A/R) | | $245,751.30 |
| | | | | |
| | RECEIVABLES DUE | | | |
| | Woodlands Parkway | soon | | ($49,955.00) |
| | Sterling Ridge 99 | once invoices paid | | ($46,617.76) |
| | Various Woodlands Retainages | "   "   "   " | | ($26,576.06) |
| | | | | |
| | | ($123,148.82) | | |
| | | | | |
| | | TOTAL WITH A/R | | $122,602.48 |
| | | | | |
| | Immediate Shortage | | $55,152.93 | from above |
| | Baytown | | $69,276.18 | |
| | Sterling Ridge | | $55,000.00 | |
| | | | | |
| | | | $179,429.11 | |

(handwritten in margin)
1
55
115
50
220

200,000



Royce Hassell <conrcrete@gmail.com>

# FW: R. Hassell & Co., Inc. - 5043425 _P&P_ Woodlands Pkwy & Goslyn Rd

**Scott Olson** <solson@suretec.com>                    Tue, Jun 26, 2012 at 2:41 PM
To: Royce Hassell <conrcrete@gmail.com>, Robert Overby
<Robert@bondproinc.com>
Cc: Morris Plagens <mplagens@suretec.com>

Royce,

I'm sure we can work something out and I'm not trying to make it any worse than it already is. These are just costs associated with obtaining bonds and completing the work. On top of the bond premium, we have also incurred claims handling fees in excess of $14K associated with bonds issued on behalf of R. Hassell which we need to discuss and determine how to address at some point too.

In regards to new bonds, you have come a long way to get through these projects without walking away which is very admirable. Once all of the claims are closed out, I am sure Morris would consider issuing new bonds under standard underwriting practices.

Please feel free to contact me should you want to discuss.

Thanks,

Scott

**From:** Royce Hassell [mailto:conrcrete@gmail.com]