IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ROYCE J. HASSELL | § § | CASE NO. 19-30964 |
| DEBTOR. | § § | |

| | | |
|---|---|---|
| HASSELL CONSTRUCTION COMPANY, INC. | § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| ROYCE J. HASSELL | § | ADV PROC. 19-03452 |
| *Defendant / Counter-Plaintiff / Cross-Plaintiff,* | § § § | |
| v. | § § | |
| HASSELL CONSTRUCTION COMPANY, INC., MICHAEL HASSELL (INDIVIDUALLY), PHILLIP HASSELL, SHAWN HASSELL POTTS, AND MICHAEL HASSELL AS TRUSTEE OF THE JAMES C. HASSELL INTERVIVOS TRUST | § § § § § § § § § | |
| *Counter-Defendants and/or Third Party Defendants*. | § § | |

## CERTIFICATE OF SERVICE REGARDING SERVED INTERROGATORIES

Pursuant to the agreement of the parties, on February 8, 2020, a true and correct copy of the foregoing

- *Royce J. Hassell's First Set of Interrogatories to Jason Hassell*;

- *Royce J. Hassell's First Set of Interrogatories to Shawn Hassell Potts*;

- *Royce J. Hassell's First Set of Interrogatories to Phillip Hassell*;

- *Royce J. Hassell's First Set of Interrogatories to Michael Hassell, Individually*; and

- *Royce J. Hassell's First Set of Interrogatories to Michael Hassell in His Capacity as Trustee of the James C. Hassell Intervivos Trust*

was served electronically via email upon the parties listed below:

| Shane Kotlarsky | Bogdan Rentea |
|---|---|
| Shane.Kotlarsky@lewisbrisbois.com | brentea@rentealaw.com |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | RENTEA & ASSOCIATES |
| 24 Greenway Plaza, Suite 1400 | 108 Wild Basin Road South, Suite 250 |
| Houston, Texas 77046 | Austin, Texas 78746 |

Dated: February 9, 2022.

**OKIN ADAMS LLP**

By: /s/ *James W. Bartlett, Jr.*
    James W. Bartlett, Jr.
    Texas Bar No. 00795238
    Email: jbartlett@okinadams.com
    Christopher Adams
    Texas Bar No. 24009857
    Email: cadams@okinadams.com
    Edward A. Clarkson, III
    Texas Bar No. 24059118
    Email: eclarkson@okinadams.com
    1113 Vine St., Suite 240
    Houston, Texas 77002
    Tel: 713.228.4100
    Fax: 346.247.7158

**ATTORNEYS FOR THE DEBTORS**