IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| ROYCE J. HASSELL | § § § | CASE NO. 19-30694 |
| DEBTOR. | § | |

| | | |
|---|---|---|
| HASSELL CONSTRUCTION COMPANY, INC. | § § | |
| *Plaintiff/Counter-Defendant,* | § § | |
| v. | § § | |
| ROYCE J. HASSELL | § § | ADV PROC. 19-03452 |
| *Defendant/Counter-Plaintiff* */Cross-Plaintiff* | § § § | |
| v. | § § | |
| HASSELL CONSTRUCTION COMPANY, INC., MICHAEL HASSELL (INDIVIDUALLY), PHILLIP HASSELL, SHAWN HASSELL POTTS, JASON HASSELL, AND MICHAEL HASSELL AS TRUSTEE OF THE JAMES C. HASSELL INTERVIVOS TRUST | § § § § § § § § § | |
| *Counter-Defendants and/or Third-Party Defendants*. | § § | |

**STIPULATION AND AGREED ORDER AMENDING THE SECOND AMENDED
COMPREHENSIVE SCHEDULING ORDER, PRE-TRIAL, AND TRIAL ORDER**
**[Related Docket No. 93]**

     WHEREAS, Royce J. Hassell and Hassell Construction Company, Inc., Michael Hassell (individually), Michael Hassell (as Trustee of the James C. Hassell Inter-Vivos Trust), Shawn Hassell Potts, Phillip Hassell, and Jason Hassell, are parties to the above referenced and styled case (collectively, the "Parties").

     WHEREAS, on January 24, 2022, this Court entered the *Second Amended Comprehensive Scheduling Order, Pre-Trial, and Trial Order* [Adversary Docket No. 93] (the "Scheduling Order").

WHEREAS, on February 14, 2022, the *Motion of Randy Williams, Trustee of the RHHC Bankruptcy Estate, Joined by the HCCI Parties, to Compel Royce Hassell to Turn Over Certain Records of RHHC* [Adversary Docket Nos. 98] was filed, and on February 17, 2022, the *Motion to Compel Production of Communications to Which the Attorney Client Privilege has been Asserted* [Adversary Docket No. 99] (collectively, the "Motions to Compel") was filed.

WHEREAS the Scheduling Order provides, among other things, that the deadline to respond to such Motions to Compel is set for March 3, 2022 (the "Response Deadline").

WHEREAS the hearing on the Motions to Compel is presently set for March 10, 2022 at 10:30 a.m. (the "Hearing Date").

WHEREAS the Parties seek to modify both the Response Deadline and the Hearing Date.

NOW THEREFORE, the Parties agree to and/or do not oppose the following:

1. The Response Deadline shall be modified to be March 17, 2022.

2. The Hearing Date shall be April 7, 2022 at 9:00 a.m.

IT IS SO ORDERED

Signed: February __, 2022

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

4873-1227-3681, v. 1

AGREED:

| | |
|---|---|
| **OKIN ADAMS LLP**<br>By: /s/ *James W. Bartlett, Jr.*<br>James W. Bartlett, Jr.<br>Texas Bar No. 00795238<br>Email:  jbartlett@okinadams.com<br>Christopher Adams<br>Texas Bar No. 24009857<br>Email:  cadams@okinadams.com<br>Edward A. Clarkson, III<br>Texas Bar No. 24059118<br>Email:  eclarkson@okinadams.com<br>1113 Vine St., Suite 240<br>Houston, Texas 77002<br>Tel: 713.228.4100<br>Fax: 346.247.7158<br><br>**COUNSEL FOR THE DEBTOR** | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>By:  /s/ *Shane L. Kotlarsky by permission*<br>Shane L. Kotlarsky<br>State Bar Number: 24083329<br>Email: shane.kotlarsky@lewisbrisbois.com<br>Fed. Id. No. 1998301<br>24 Greenway Plaza, Suite 1400<br>Houston, Texas 77046<br>Telephone: (832) 742-6716<br>Facsimile: (713) 759-6830<br><br>**COUNSEL FOR HASSELL CONSTRUCTION COMPANY, INC., MICHAEL HASSELL IN HIS INDIVIDUAL CAPACITY, PHILLIP HASSELL, AND SHAWN HASSELL POTTS** |
| **RENTEA & ASSOCIATES**<br><br>By: */s/ Bogdan Rentea by permission*<br>Bogdan Rentea<br>Texas Bar No. 16781000<br>108 Wild Basin Road South, Ste 250<br>Austin, TX 78746<br>Telephone: 512-472-6291<br>Fax: 512-472-6278<br>Email: brentea@rentealaw.com<br><br><br>**COUNSEL FOR HASSELL CONSTRUCTION COMPANY, INC., MICHAEL HASSELL (INDIVIDUALLY), MICHAEL HASSELL (AS TRUSTEE OF THE JAMES C. HASSELL INTER-VIVOS TRUST), SHAWN HASSELL POTTS, PHILLIP HASSELL, AND JASON HASSELL** | **THE PROBUS LAW FIRM**<br><br>By:*/s/ Matthew B. Probus by permission*<br>Matthew B. Probus<br>State Bar No. 16341200<br>Fed. I.D. No. 10915<br>10497 Town & Country Way, Suite 930<br>Houston, Texas 77024<br>(713) 258-2700 – Telephone<br>(713) 258-2701–Telecopy<br>matthewprobus@theprobuslawfirm.com<br><br>**ATTORNEY FOR RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE** |

4873-1227-3681, v. 1