| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Case No: 19-30694 | Name of Debtor: **Royce J. Hassell** |
| Adversary Proceeding: 19-03452 | **Adversary Proceeding: Hassell Construction Company, Inc., Plaintiff/Counter-Defendant v. Royce J. Hassell, Defendant/Counter-Plaintiff/Cross-Plaintiff v. Hassell Construction Company, Inc., Michael Hassell (Individually), Phillip Hassell, Shawn Hassell Potts, Jason Hassell, and Michael Hassell as Trustee of the James. C. Hassell Inter-Vivos Trust** |
| <u>Witnesses</u>:<br>1. Royce J. Hassell.<br><br>2. Any witness designated by any other party<br><br>3. Any rebuttal or impeachment witness | Judge: Marvin Isgur |
| | Hearing Date:  May 31, 2022 |
| | Hearing Time:  9:00 a.m. |
| | Party's Name: Royce J. Hassell |
| | Attorney's Name: Christopher Adams |
| | Attorney's Phone:  (713) 228-4100 |

**Nature of Proceedings:**

1. Hearing on Royce J. Hassell's Motion for Leave to Amend Complaint (Docket No. 117)

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| A. | Royce J. Hassell's Answer to the First Amended Complaint of Hassell Construction Company, Inc., Counterclaims against Hassell Construction Company, Inc., Third Party Claims and Objection to Claims 17 – 21 (Docket No. 38) | | | | |

1

2

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| B. | Transcript of the July 25, 2018 oral hearing in Case No. 18-31189-H1-7; *In re Hassell 2021 Venture;* in the United States Bankruptcy Court for the Southern District of Texas | | | | |
| C. | Phillip Hassell's Objections and Answers to Royce J. Hassell's First Set of Interrogatories | | | | |
| D. | Jason Hassell's Objections and Answers to Royce J. Hassell's First Set of Interrogatories | | | | |
| E. | Michael Hassell, Individually's Objections and Answers to Royce J. Hassell's First Set of Interrogatories | | | | |
| F. | Texas Franchise Tax Public Information Report: Re Hassell Construction Co., Inc., Dated May 11, 2018 | | | | |
| G. | Texas Franchise Tax Public Information Report: Re Hassell Construction Co., Inc., Dated May 8, 2018 | | | | |
| H. | Texas Franchise Tax Public Information Report: Re Hassell Construction Co., Inc., Dated May 12, 2019 | | | | |

Dated May 29, 2022                  **OKIN ADAMS LLP**

                                      By:    /s/ *Christopher Adams*
                                        Christopher Adams
                                        Texas Bar No. 24009857
                                        Email: cadams@okinadams.com
                                        James W. Bartlett, Jr. (*via* audio only)
                                        Texas Bar No. 00795238
                                        Email: jbartlett@okinadams.com
                                        Edward A. Clarkson, III
                                        Texas Bar No. 24059118
                                        Email: eclarkson@okinadams.com
                                        1113 Vine St., Suite 240
                                        Houston, Texas 77002
                                        Tel: 713.228.4100
                                        Fax: 888.865.2118

                                        **ATTORNEYS FOR THE DEBTOR**