IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROYCE J. HASSELL | § | Case No: 19-30694 |
| | § | |
| Debtor. | § | |
| | § | |
| HASSELL CONSTRUCTION COMPANY, INC. | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | ADV. PROC. 19-03452 |
| | § | |
| ROYCE J. HASSELL | § | |
| *Defendant/Counter-Plaintiff/Cross-Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| HASSELL CONSTRUCTION COMPANY, INC., MICHAEL HASSELL (INDIVIDUALLY), PHILLIP HASSELL, SHAWN HASSELL POTTS, AND MICHAEL HASSELL AS TRUSTSEE OF THE JAMES C. HASSELL INTERVIVOS TRUST, | § | |
| *Counter-Defendants and/or Third Party Defendants*. | § | |

## NOTICE OF RESOLUTION

Plaintiff and Counter-Defendant Hassell Construction Company, Inc. and Third-Party Defendants Michael Hassell (individually), Phillip Hassell, Shawn Hassell Potts, and James C. Hassell file this notice of resolution to inform the Court that the parties have agreed to a resolution in principle of all claims by all parties in this adversary proceeding, as well as withdrawal of all POCs filed and withdrawal of all contested motions. The parties are

currently negotiating the specific terms of the resolution and will file a Rule 9019 motion with the Court once a final agreement is reached.

    Respectfully Submitted,
**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**

*/s/ Shane L. Kotlarsky*
Shane L. Kotlarsky
State Bar Number: 24083329
Fed. ID No. 1998301
shane.kotlarsky@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (832) 742-6716
Facsimile: (713) 759-6830
24 Greenway Plaza, Suite 1400
Houston, Texas 77046

**COUNSEL FOR HASSELL CONSTRUCTION COMPANY, INC., MICHAEL HASSELL IN HIS INDIVIDUAL CAPACITY, PHILLIP HASSELL, JIM HASSELL, AND SHAWN HASSELL POTTS**

AND

*/s/ Bogdan Rentea*
Bogdan Rentea
Texas Bar No. 16781000
Southern District of Texas – Bar #22859
RENTEA & ASSOCIATES
108 Wild Basin Road South, Ste 250
Austin, Texas 78746
Tele: (512) 472-6291
Fax: (512) 472-6278
brentea@rentealaw.com

**ATTORNEYS FOR HASSELL CONSTRUCTION COMPANY, INC., PHILLIP HASSELL, MICHAEL HASSELL, SHAWN POTTS, JASON HASSELL, AND MICHAEL HASSELL AS TRUSTEE OF THE JAMES C. HASSELL INTER-VIVOS TRUST**

## **CERTIFICATE OF SERVICE**

      This shall verify a true and correct copy of the above motion has been provided to all known counsel of record on December 1, 2022, through the Court's ECF system.

                                          */s/ Shane L. Kotlarsky*
                                          Shane L. Kotlarsky